AO 442 (Rev. 10/03) Warrant for Arrest

FILED
U.S. DISTRICT COURT
DISTRICT OF KANSAS

# United States District Court

CLERK U.S. DISTRICT COURT  DISTRICT OF   Kansas
BY _____ DEPUTY CLERK
AT WICHITA, KS

UNITED STATES OF AMERICA

v.

LINDA K. SCHNEIDER
a/k/a LINDA K. ATTERBURY

**WARRANT FOR ARREST**

CASE NUMBER: 07-10234-WEB

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   LINDA K. SCHNEIDER; a/k/a LINDA K. ATTERBURY
                                                                            Name

and bring him or her forwith to the nearest magistrate judge to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of Court  [ ] Probation Violation Petition  [ ] Supervised Release Violation Petition  [ ] Violation Notice

charging him or her   (brief description of offense)

CONSPIRACY TO DISTRIBUTE AND DISPENSE A CONTROLLED SUBSTANCE RESULTING IN SERIOUS BODILY INJURY AND DEATH. See attached indictment for additional charges.

**Rule 5 has been set for December 21, 2007 at 1:30 p.m. before Judge Bostwick, Wichita, Kansas, Room 406.

in violation of  18  United States Code, Section(s)  371

INGRID A. CAMPBELL
Name of Issuing Officer

Acting Clerk of Court
Title of Issuing Officer

Signature of Issuing Officer

December 20, 2007   at Wichita, Kansas
Date and Location

### RETURN

This warrant was received and executed with the arrest of the above-named defendant
WICHITA, KANSAS

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 12-20-2007 | JAMES D. GREER | James D. Greer |
| DATE OF ARREST 12-20-2007 | SPECIAL AGENT | |