IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 07-10234-MLB |
| | ) | |
| STEPHEN J. SCHNEIDER, | ) | |
| and | ) | |
| LINDA K. SCHNEIDER, a/k/a | ) | |
| LINDA K. ATTERBURY, | ) | |
| d/b/a SCHNEIDER MEDICAL CLINIC, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

## GOVERNMENT'S LIST OF PROPOSED CASE-IN-CHIEF
## EXHIBIT AND WITNESS LISTS

The United States of America, by and through Assistant United States Attorney

Tanya J. Treadway, hereby submits its proposed Case-in-Chief Exhibit and Witness

Lists.  The government reserves the right to amend these lists prior to and during trial.

The government has previously provided the defendants with its proposed Case-

In-Chief Exhibits, and witness summaries, per the Court's order.

The government has informed the defense that it will agree to the reciprocal

exchange of Rule 26.2 materials one week prior to trial (January 26, 2009) and will also

agree to the reciprocal exchange of witness lists each Friday for the upcoming week, in

planned order of appearance.

1

Respectfully submitted,

MARIETTA PARKER
Acting United States Attorney

s/ Tanya J. Treadway

Tanya J. Treadway #13255
Assistant United States Attorney

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on December 8, 2008, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following individuals.  Additionally, a non-redacted version of the witness list was separately mailed, postage prepaid, to the following individuals and the Court:

Lawrence W. Williamson, Jr.
816 Ann Avenue
Kansas City, KS   66101

Uzo L. Ohaebosim
510 N. Topeka
Wichita, KS   67214

Eugene V. Gorokhov
1800 Wilson Blvd, Suite 12
Arlington, VA   22201

Kevin P. Byers
107 South High Street, Suite 400
Columbus, OH   43125-3456

s/   Tanya J. Treadway
Tanya J. Treadway #13255
Assistant United States Attorney

2

## GOVERNMENT PROPOSED CASE-IN-CHIEF WITNESSES

All previously disclosed experts

Any custodians, as needed

Any law enforcement officers who were present at searches, who served subpoenas, or who interviewed or had discussions with the defendants

Any former employees of the Schneider Medical Clinic, including the following:

Amy Beahan
Valerie Beahan
Brenda Beyer
Stacy Carrell
Cindy Curry
Brenda Eller
Jamie Dixon
Angela Dunnavent
Jamie Hilliard
Virginia Houck
Jody L. LeBrake
Stephanie A. Lewis
Chanda Little
Timothy MacDonald
Brenda Whitehead Maurer
Shirley Mills
Cynthia Mitchell
Dipika Patel
Ronda Shepard
Lawrence Simons
Tammi Stephens
Robbie Swonger
Crystal Updegraff
Christy Wolfe

Any former patients of the Schneider Medical Clinic, including the patients listed in Count 6 of the Indictment and:

Aaron A
Stephanie A
Donna A
George B
Nora B

1

Justin B
Sharon B
Alisha C
David C
Catherine D
Angela D
Lacie F
Debra F
Matthew G
Gordon G
Jessica H
Tabie H
Shaun H
Tonya K
Patricia K
Julia M
Mary M
Barbara M
Jessica P
Millissa R
Samantha S
Jessica S
Lilly S
Julia S
Deborah S
Michelle S
Jaime T
Ericka W

Any relatives of former and now deceased patients of the Schneider Medical Clinic, including:

John W. B
George B
Danny C
Sherry C
Jason C
Jennifer C
Freda D
Jennifer G
Larry G
Patty H
Shaun H
Darrell H
Mary H

Gwen H
Patricia K
Darlene M
Kenneth R
Phyllis R
Millissa R
Marci S
Lorilynn T

Any relatives of former patients of the Schneider Medical Clinic, including:

Stacy C
Nancy C
Mike C
David C
Tom C
Leo D
Susan L
Barbara M
Jessica S
Tonya V
Alicia W
Penny W

Any witnesses the defendants list, excluding the defendant themselves

3

**United States v. Schneider**
**07-10234-MLB**
**Government's Proposed Case-in-Chief Exhibits**

| No. | Description | I | O | A | Witness |
|---|---|---|---|---|---|
| 1 | Combination chronology chart of deaths and overdoses | | | | |
| 1A | Comprehensive Chart of Deceased Patients | | | | |
| 1B | Chart of Overdoses | | | | |
| 1C | Comparison – SMC deaths vs. other doctors | | | | |
| 1D | Comparison – SMC Overdoses vs. other doctors at Via Christi (Bar chart) | | | | |
| 1E | Parran Comprehensive Chart of Conclusions | | | | |
| 1F | UDS Chart | | | | |
| 1G | Chart of tolerance, addiction, dependence, pseudo-addiction | | | | |
| 1H | Red Flags and Scams | | | | |
| 1-I | Drug Lists/Schedules | | | | |
| 1J | Chart of 93 Health Care Benefit Programs and monies paid October 2002-2006 | | | | |
| 1-K | Chart of Prescription monies paid October 2002-2006 | | | | |
| 1-L | Chart of Actiq Prescriptions paid by Medicaid, First Guard, BCBS KS | | | | |
| 1M | Data re: # of patients and # of narcotics patients and by whom insured | | | | |
| 1N | Chart – office visit codes – percentages, dollars | | | | |
| 1-O DESC | Chart – 50 or more patients/day with nursing home information added (in descending order) | | | | |
| 1-O ASC | Chart – 50 or more patients/day with nursing home information added (in ascending order) | | | | |
| 1-O CHRON | Chart – 50 or more patients/day with nursing home information added (in chronological order) | | | | |
| 1P | Chart – out of town billings | | | | |
| 1Q | Jorgensen Comprehensive Spreadsheet | | | | |
| 1Q-1 | Jorgensen Individual Spreadsheets | | | | |
| 1R | Time Study | | | | |
| 1S | ICD 9 Codes | | | | |
| 1T | Time chart re: Physicians and Physician's Assistants | | | | |

| No. | Description | I | O | A | Witness |
|-----|-------------|---|---|---|---------|
| 2 | Timeline for Patricia G | | | | |
| 2A | Picture of Patricia G | | | | |
| 2B | Chart of Prescriptions for Patricia G | | | | |
| 2C | Copies of Redacted Prescriptions for Patricia G | | | | |
| 2D | Copies of Redacted Progress Notes, PADT's, Lab Results, Pain Management Agreement(s) from SMC Medical Chart for Patricia G | | | | |
| 2E | Copies of Redacted Fee Tickets for Patricia G | | | | |
| 2F | Copy of Redacted Death Certificate for Patricia G | | | | |
| 2G | Copy of Redacted Autopsy Report for Patricia G | | | | |
| 3 | Timeline for Eric T | | | | |
| 3A | Picture of Eric T | | | | |
| 3B | Chart of Prescriptions for Eric T | | | | |
| 3C | Copies of Redacted Prescriptions for Eric T | | | | |
| 3D | Copies of Redacted Progress Notes, PADT's, Lab Results, Pain Management Agreement(s) from SMC Medical Chart for Eric T | | | | |
| 3E | Copies of Redacted Fee Tickets for Eric T | | | | |
| 3F | Copy of Redacted Death Certificate for Eric T | | | | |
| 3G | Copy of Redacted Autopsy Report for Eric T | | | | |
| 4 | Timeline for Robin G | | | | |
| 4A | Picture of Robin G | | | | |
| 4B | Chart of Prescriptions for Robin G | | | | |
| 4C | Copies of Redacted Prescriptions for Robin G | | | | |
| 4D | Copies of Redacted Progress Notes, PADT's, Lab Results, Pain Management Agreement(s) from SMC Medical Chart for Robin G | | | | |
| 4E | Copies of Redacted Fee Tickets for Robin G | | | | |
| 4F | Copy of Redacted Death Certificate for Robin G | | | | |
| 4G | Copy of Redacted Autopsy Report for Robin G | | | | |
| 5 | Chart of contributed-to deaths | | | | |
| 5A | Timeline for Kandace B | | | | |
| 5A-1 | Picture of Kandace B | | | | |

2

| No. | Description | I | O | A | Witness |
|-----|-------------|---|---|---|---------|
| 5A-2 | Chart of Prescriptions for Kandace B | | | | |
| 5A-3 | Copies of Redacted Prescriptions for Kandace B | | | | |
| 5A-4 | Copies of Redacted Progress Notes, PADT's, Lab Results, Pain Management Agreement(s) from SMC Medical Chart for Kandace B | | | | |
| 5A-5 | Copy of Redacted Fee Tickets for Kandace B | | | | |
| 5A-6 | Copy of Redacted Death Certificate for Kandace B | | | | |
| 5A-7 | Copy of Redacted Autopsy Report for Kandace B | | | | |
| 5B | Timeline for Dalene C | | | | |
| 5B-1 | Picture of Dalene C | | | | |
| 5B-2 | Chart of Prescriptions for Dalene C | | | | |
| 5B-3 | Copies of Redacted Prescriptions for Dalene C | | | | |
| 5B-4 | Copies of Redacted Progress Notes, PADT's, Lab Results, Pain Management Agreement(s) from SMC Medical Chart for Dalene C | | | | |
| 5B-5 | Copy of Redacted Fee Tickets for Dalene C | | | | |
| 5B-6 | Copy of Redacted Death Certificate for Dalene C | | | | |
| 5B-7 | Copy of Redacted Autopsy Report for Dalene C | | | | |
| 5C | Timeline for Terry C | | | | |
| 5C-1 | Picture of Terry C | | | | |
| 5C-2 | Chart of Prescriptions for Terry C | | | | |
| 5C-3 | Copies of Redacted Prescriptions for Terry C | | | | |
| 5C-4 | Copies of Redacted Progress Notes, PADT's, Lab Results, Pain Management Agreement(s) from SMC Medical Chart for Terry C | | | | |
| 5C-5 | Copy of Redacted Fee Tickets for Terry C | | | | |
| 5C-6 | Copy of Redacted Death Certificate for Terry C | | | | |
| 5C-7 | Copy of Redacted Autopsy Report for Terry C | | | | |
| 5D | Timeline for Pamela F | | | | |
| 5D-1 | Picture of Pamela F | | | | |
| 5D-2 | Chart of Prescriptions for Pamela F | | | | |
| 5D-3 | Copies of Redacted Prescriptions for Pamela F | | | | |
| 5D-4 | Copies of Redacted Progress Notes, PADT's, Lab Results, Pain Management Agreement(s) from SMC Medical Chart for Pamela F | | | | |

| No. | Description | I | O | A | Witness |
|-----|-------------|---|---|---|---------|
| 5D-5 | Copy of Redacted Fee Tickets for Pamela F | | | | |
| 5D-6 | Copy of Redacted Death Certificate for Pamela F | | | | |
| 5D-7 | Copy of Redacted Autopsy Report for Pamela F | | | | |
| 5E | Timeline for Jeff H | | | | |
| 5E-1 | Picture of Jeff H | | | | |
| 5E-3 | Copies of Redacted Prescriptions for Jeff H | | | | |
| 5E-4 | Copies of Redacted Progress Notes, PADT's, Lab Results, Pain Management Agreement(s) from SMC Medical Chart for Jeff H | | | | |
| 5E-5 | Copy of Redacted Fee Tickets for Jeff H | | | | |
| 5E-6 | Copy of Redacted Death Certificate for Jeff H | | | | |
| 5E-7 | Copy of Redacted Autopsy Report for Jeff H | | | | |
| 5F | Timeline for Victor J | | | | |
| 5F-1 | Picture of Victor J | | | | |
| 5F-2 | Chart of Prescriptions for Victor J | | | | |
| 5F-3 | Copies of Redacted Prescriptions for Victor J | | | | |
| 5F-4 | Copies of Redacted Progress Notes, PADT's, Lab Results, Pain Management Agreement(s) from SMC Medical Chart for Victor J | | | | |
| 5F-5 | Copy of Redacted Fee Tickets for Victor J | | | | |
| 5F-6 | Copy of Redacted Death Certificate for Victor J | | | | |
| 5F-7 | Copy of Redacted Autopsy Report for Victor J | | | | |
| 5G | Timeline for Jeffrey J | | | | |
| 5G-1 | Picture of Jeffrey J | | | | |
| 5G-2 | Chart of Prescriptions for Jeffrey J | | | | |
| 5G-3 | Copies of Redacted Prescriptions for Jeffrey J | | | | |
| 5G-4 | Copies of Redacted Progress Notes, PADT's, Lab Results, Pain Management Agreement(s) from SMC Medical Chart for Jeffrey J | | | | |
| 5G-5 | Copy of Redacted Fee Tickets for Jeffrey J | | | | |
| 5G-6 | Copy of Redacted Death Certificate for Jeffrey J | | | | |
| 5G-7 | Copy of Redacted Autopsy Report for Jeffrey J | | | | |
| 5H | Timeline for Mary Sue L | | | | |

4

| No. | Description | I | O | A | Witness |
|---|---|---|---|---|---|
| 5H-1 | Picture of Mary Sue L | | | | |
| 5H-2 | Chart of Prescriptions for Mary Sue L | | | | |
| 5H-3 | Copies of Redacted Prescriptions for Mary Sue L | | | | |
| 5H-4 | Copies of Redacted Progress Notes, PADT's, Lab Results, Pain Management Agreement(s) from SMC Medical Chart for Mary Sue L | | | | |
| 5H-5 | Copy of Redacted Fee Tickets for Mary Sue L | | | | |
| 5H-6 | Copy of Redacted Death Certificate for Mary Sue L | | | | |
| 5H-7 | Copy of Redacted Autopsy Report for Mary Sue L | | | | |
| 5-I | Timeline for Heather M | | | | |
| 5-I-1 | Picture of Heather M | | | | |
| 5-I-4 | Copies of Redacted Progress Notes, PADT's, Lab Results, Pain Management Agreement(s) from SMC Medical Chart for Heather M | | | | |
| 5-I-6 | Copy of Redacted Death Certificate for Heather M | | | | |
| 5-I-7 | Copy of Redacted Autopsy Report for Heather M | | | | |
| 5J | Timeline for Jo Jo R | | | | |
| 5J-1 | Picture of Jo Jo R | | | | |
| 5J-2 | Chart of Prescriptions for Jo Jo R | | | | |
| 5J-3 | Copies of Redacted Prescriptions for Jo Jo R | | | | |
| 5J-4 | Copies of Redacted Progress Notes, PADT's, Lab Results, Pain Management Agreement(s) from SMC Medical Chart for Jo Jo R | | | | |
| 5J-5 | Copy of Redacted Fee Tickets for Jo Jo R | | | | |
| 5J-6 | Copy of Redacted Death Certificate for Jo Jo R | | | | |
| 5J-7 | Copy of Redacted Autopsy Report for Jo Jo R | | | | |
| 5K | Timeline for Billy R | | | | |
| 5K-1 | Picture of Billy R | | | | |
| 5K-2 | Chart of Prescriptions for Billy R | | | | |
| 5K-3 | Copies of Redacted Prescriptions for Billy R | | | | |
| 5K-4 | Copies of Redacted Progress Notes, PADT's, Lab Results, Pain Management Agreement(s) from SMC Medical Chart for Billy R | | | | |
| 5K-6 | Copy of Redacted Death Certificate for Billy R | | | | |
| 5K-7 | Copy of Redacted Autopsy Report for Billy R | | | | |

5

| No. | Description | I | O | A | Witness |
|---|---|---|---|---|---|
| 5L | Timeline for Brad S | | | | |
| 5L-1 | Picture of Brad S | | | | |
| 5L-2 | Chart of Prescriptions for Brad S | | | | |
| 5L-3 | Copies of Redacted Prescriptions for Brad S | | | | |
| 5L-4 | Copies of Redacted Progress Notes, PADT's, Lab Results, Pain Management Agreement(s) from SMC Medical Chart for Brad S | | | | |
| 5L-5 | Copy of Redacted Fee Tickets for Brad S | | | | |
| 5L-6 | Copy of Redacted Death Certificate for Brad S | | | | |
| 5L-7 | Copy of Redacted Autopsy Report for Brad S | | | | |
| 5M | Timeline for Katherine S | | | | |
| 5M-1 | Picture of Katherine S | | | | |
| 5M-2 | Chart of Prescriptions for Katherine S | | | | |
| 5M-3 | Copies of Redacted Prescriptions for Katherine S | | | | |
| 5M-4 | Copies of Redacted Progress Notes, PADT's, Lab Results, Pain Management Agreement(s) from SMC Medical Chart for Katherine S | | | | |
| 5M-5 | Copy of Redacted Fee Tickets for Katherine S | | | | |
| 5M-6 | Copy of Redacted Death Certificate for Katherine S | | | | |
| 5M-7 | Copy of Redacted Autopsy Report for Katherine S | | | | |
| 5N | Timeline for Evelyn S | | | | |
| 5N-4 | Copies of Redacted Progress Notes, PADT's, Lab Results, Pain Management Agreement(s) from SMC Medical Chart for Evelyn S | | | | |
| 5N-5 | Copy of Redacted Fee Tickets for Evelyn S | | | | |
| 5N-6 | Copy of Redacted Death Certificate for Evelyn S | | | | |
| 5N-7 | Copy of Redacted Autopsy Report for Evelyn S | | | | |
| 5-O | Timeline for Mary Jo S | | | | |
| 5-O-1 | Picture of Mary Jo S | | | | |
| 5-O-2 | Chart of Prescriptions for Mary Jo S | | | | |
| 5-O-3 | Copies of Redacted Prescriptions for Mary Jo S | | | | |
| 5-O-4 | Copies of Redacted Progress Notes, PADT's, Lab Results, Pain Management Agreement(s) from SMC Medical Chart for Mary Jo S | | | | |
| 5-O-5 | Copy of Redacted Fee Tickets for Mary Jo S | | | | |

6

| No. | Description | I | O | A | Witness |
|-----|-------------|---|---|---|---------|
| 5-O-6 | Copy of Redacted Death Certificate for Mary Jo S | | | | |
| 5-O-7 | Copy of Redacted Autopsy Report for Mary Jo S | | | | |
| 5P | Timeline for Robert S | | | | |
| 5P-1 | Picture of Robert S | | | | |
| 5P-2 | Chart of Prescriptions for Robert S | | | | |
| 5P-3 | Copies of Redacted Prescriptions for Robert S | | | | |
| 5P-4 | Copies of Redacted Progress Notes, PADT's, Lab Results, Pain Management Agreement(s) from SMC Medical Chart for Robert S | | | | |
| 5P-5 | Copy of Redacted Fee Tickets for Robert S | | | | |
| 5P-6 | Copy of Redacted Death Certificate for Robert S | | | | |
| 5P-7 | Copy of Redacted Autopsy Report for Robert S | | | | |
| 5Q | Timeline for Patsy W | | | | |
| 5Q-1 | Picture of Patsy W | | | | |
| 5Q-2 | Chart of Prescriptions for Patsy W | | | | |
| 5Q-3 | Copies of Redacted Prescriptions for | | | | |
| 5Q-4 | Copies of Redacted Progress Notes, PADT's, Lab Results, Pain Management Agreement(s) from SMC Medical Chart for Patsy W | | | | |
| 5Q-5 | Copy of Redacted Fee Tickets for Patsy W | | | | |
| 5Q-6 | Copy of Redacted Death Certificate for Patsy W | | | | |
| 5Q-7 | Copy of Redacted Autopsy Report for Patsy W | | | | |
| 5R | Timeline for Toni W | | | | |
| 5R-1 | Picture of Toni W | | | | |
| 5R-2 | Chart of Prescriptions for Toni W | | | | |
| 5R-3 | Copies of Redacted Prescriptions for Toni W | | | | |
| 5R-4 | Copies of Redacted Progress Notes, PADT's, Lab Results, Pain Management Agreement(s) from SMC Medical Chart for Toni W | | | | |
| 5R-5 | Copy of Redacted Fee Tickets for Toni W | | | | |
| 5R-6 | Copy of Redacted Death Certificate for Toni W | | | | |
| 5R-7 | Copy of Redacted Autopsy Report for Toni W | | | | |
| 6 | Actiq Chart – Indictment | | | | |

| No. | Description | I | O | A | Witness |
|-----|-------------|---|---|---|---------|
| 6A | Actiq Chart (77 patients) | | | | |
| 6B | Actiq Chart (summary) | | | | |
| 6C | Copy of December 8, 2004, First Guard Letter | | | | |
| 6D | Copy of Kansas Medical Assistance Program's June 2006 Change in Actiq Drug Coverage | | | | |
| 7 | Jorgensen's Chart re: Patricia G, with link to dates out of town, >50 days & Nursing Home visits | | | | |
| 8 | Jorgensen's Chart re: Eric T, with link to dates out of town, >50 days & Nursing Home visits | | | | |
| 9 | Jorgensen's Chart re: Robin G, with link to dates out of town, >50 days & Nursing Home visits | | | | |
| 10 | Medicaid Actiq Claims Chart (listing names of patients associated with Medicaid) | | | | |
| 11 | First Guard Actiq Claims Chart (listing names of patients associated with First Guard) | | | | |
| 12 | BC/BS of Kansas Actiq Claims Chart (listing names of patients associated with BC/BS) | | | | |
| 13 | Valid Random Review Results Chart – Medicaid | | | | |
| 13-A | Medicaid Regulations re: Documentation | | | | |
| 13-B | Medicaid Regulations re: Physician's Assistants | | | | |
| 13-C | Copayment Regulations | | | | |
| 13-D | Lock-in Guidelines | | | | |
| 13-E | List of Wichita area providers taking Medicaid patients | | | | |
| 13-F | Kansas Medical Assistance Program Pain Management Guidelines | | | | |
| 13-G | Standardized Credentialing Application, Provider Agreement | | | | |
| 13-H | Provider Numbers | | | | |
| 13-I | Electronic Funds Transfer documents | | | | |
| 13-J | Peer Review | | | | |
| 13-K | Addiction Treatment Chart | | | | |
| 13-L | Copy of May 5, 2005 Summary of EDS Review of 65 patients | | | | |
| 13-M | Copy of May 24, 2005, Medicaid Letter re: intent to terminate | | | | |
| 13-N | Copy of June 8, 2005, SRS Letters to Schneider and Schneider Medical Clinic reaffirming intent to terminate | | | | |

8

| No. | Description | I | O | A | Witness |
|---|---|---|---|---|---|
| 13-O | Copy of July 6, 2005, First Amended Verified Petition for Judicial Review and Application for Stay | | | | |
| 14 | Valid Random Review Results Chart – First Guard | | | | |
| 14-A | First Guard Regulations re: Documentation | | | | |
| 14-B | First Guard Regulations re: Physician's Assistants, if different | | | | |
| 14-C | Provider Agreement | | | | |
| 14-D | Provider Numbers | | | | |
| 15 | Valid Random Review Results Chart – Medicare | | | | |
| 15-A | Medicare Regulations re: Documentation | | | | |
| 15-B | Medicare Regulations re: Physician's Assistants | | | | |
| 15-C | Patient co-payment regulations | | | | |
| 15-D | June 5, 2002, Medicare Application from Schneider Medical Clinic | | | | |
| 15-E | June 5, 2002, Medicare Application from Stephen J. Schneider | | | | |
| 15-F | Copies of Medicare Letters assigned Performing Provider Numbers for Schneider Medical Clinic, Physicians and Physician's Assistants: July 25, 2002 (Schneider, He'bert, Atterbury) October 23, 2002 (St. Clair) July 12, 2004 (Klingsick) December 21, 2004 (Craig) March 24, 2005 (Hall) July 15, 2005 (Nguyen) October 11, 2005 (Akram) October 21, 2005 (Simons) February 1, 2006 (White) | | | | |
| 15-G | Electronic Funds Transfer documents | | | | |
| 15-H | Addiction Treatment Chart | | | | |
| 16 | Valid Random Review Results Chart –BC/BS of KS | | | | |
| 16-A | Excerpts regarding Documentation from Blue Cross/Blue Shield of Kansas Policy Memos dated January 2002, January 2003, January 2004, January 2005, January 2006, January 2007 | | | | |
| 16-B | Excerpts regarding Physician's Assistants from Blue Cross/Blue Shield of Kansas Policy Memos dated January 2002, January 2003; May 22, 2003 Summary of Changes for 2004 Policies and Procedures; July 2003 Competitive Allowance Program 2004 Contract; Policy Memo dated January 2004; November 5, 2004, Blue Shield Report on Modification of Policy on Billing for Services Provided by Physician Assistants; Policy Memos dated January 2005, January 2006, and January 2007 | | | | |

9

| No. | Description | I | O | A | Witness |
|---|---|---|---|---|---|
| 16-C | Patient co-payment definition | | | | |
| 16-D | Provider Agreements and Recredentialing Applications | | | | |
| 16-E | Provider Numbers | | | | |
| 16-F | EFT Authorization and List of Payments | | | | |
| 16-G | Blue Cross Pre-payment Review (?) | | | | |
| 16-H | Peer Review | | | | |
| 16-I | Termination Letters dated August 11, 2006, August 24, 2006, November 1, 2006 | | | | |
| 16-J | May 25, 2006, Letter to Simons | | | | |
| 16-K | September 3, 2003, Provider Contact Report | | | | |
| 16-L | Addiction Treatment Chart | | | | |
| 17 | Valid Random Review Results Chart –PHS | | | | |
| 17-A | Copy of PHS Regulations re: Physician's Assistants and July 10, 2003, Letter indicating 85% payments | | | | |
| 17-B | Provider Agreement | | | | |
| 17-C | Provider Numbers | | | | |
| 17-D | Payments | | | | |
| 17-E | Addiction Treatment Chart | | | | |
| 17-F | March 31, 2006, Letter of suspension | | | | |
| 17-G | Copy of May 9, 2006, Letter from PHS to Martha Ross re: Fair Hearing | | | | |
| 17-H | Copy of June 8, 2006, PHS Memorandum in Support of the Suspension of Stephen Schneider | | | | |
| 18 | Copy of Valley State Bank Money Order No. 115774, dated March 17, 2004, in the amount of $50,000, payable to Linda Atterbury | | | | |
| 18A | Copy of Excerpts from March 31, 2004, Bank Statement for Schneider Medical Clinic's Valley State Bank Account 015571, and withdrawal ticket, showing March 17, 2004, $50,000 Withdrawal funding Bank Money Order No. 115774 (Ex. 18) | | | | |
| 19 | Copy of Excerpts from Bank Statement for Linda K. Atterbury's Credit Union of America Account No. 600678, and deposit item, showing April 12, 2004, $50,000 Deposit of Bank Money Order No. 115774 (Ex. 18) | | | | |
| 20 | Copy of Credit Union of America Bank Check No. 902458, dated April 27, 2004, in the amount of $50,000, payable to Linda K. Atterbury | | | | |

| No. | Description | I | O | A | Witness |
|---|---|---|---|---|---|
| 20A | Copy of Excerpts from Bank Statement for Linda K. Atterbury's Credit Union of America Account No. 600678, and withdrawal ticket, showing April 27, 2004, $50,000 Withdrawal funding Bank Check No. 902458 (Ex. 20) | | | | |
| 21 | Copy of Excerpts from Bank Statement for Zoyie F. Schneider's and Linda Atterbury Schneider's Intrust Bank Account No. 5858364, and deposit item, showing April 28, 2004, $50,000 Deposit of Check No. 902458 (Ex. 20) | | | | |
| 22 | Copy of Intrust Bank Official Check No. 499955637, dated April 28, 2004, in the amount of $60,000, payable to Sara Levin de Gonzalez | | | | |
| 22A | Copy of Excerpts from Bank Statement for Zoyie F. Schneider's and Linda Atterbury Schneider's Intrust Bank Account No. 5858364 Bank Statement, and withdrawal ticket, showing April 28, 2004, $60,000 Withdrawal funding Check No. 499955637 (Ex. 22) | | | | |
| 23 | Copy of Valley State Bank Installment Loan No. 7741402, dated April 29, 2004, in the amount of $70,000, payable to Linda Atterbury Schneider or Stephen Schneider | | | | |
| 23A | Copy of Valley State Bank Money Order No. 116159, dated April 29, 2004, in the amount of $70,000, payable to Linda Atterbury Schneider or Stephen Schneider | | | | |
| 24 | Copy of Intrust Bank Official Check No. 499955644, dated April 29, 2004, in the amount of $70,000, payable to Sara De Levin Gonzalez, funded by Valley State Bank Money Order No. 116159 (Ex. 23A) | | | | |
| 25 | Copy of Excerpts from Stephen J. Schneider's and Linda Atterbury-Schneider's Intrust Bank Account No. 1100232025 Bank Statement, and deposit item, showing May 10, 2004, $130,000 Deposit, comprised of Bank Check No. 4999955637 and Bank Check No. 4999955644 (Ex. 22, 24) | | | | |
| 26 | Copy of Wire Transfer Order for wire transfer of $130,000 from Stephen J. Schneider's and Linda Atterbury-Schneider's Intrust Bank Account No. 1100232025, to Linda K. Atterbury's Bancomer Account No. 1158926336 in Alcapulco, Mexico | | | | |
| 26A | Copy of Excerpt from Stephen J. Schneider's and Linda Atterbury-Schneider's Intrust Bank Account No. 1100232025 Bank Statement, showing May 12, 2004, $130,000 International Wire Transfer (Ex. 26) | | | | |
| 27 | Copy of Valley State Bank Money Order No. 116855, dated July 9, 2004, in the amount of $100,000, payable to Linda Atterbury-Schneider | | | | |
| 27A | Copy of Excerpts from Schneider Medical Clinic's Valley State Bank Account No. 015571 Bank Statement, and withdrawal ticket, showing July 9, 2004, $100,000 Withdrawal funding Bank Money Order No. 116855 (Ex. 27) | | | | |

11

| No. | Description | I | O | A | Witness |
|---|---|---|---|---|---|
| 27B | Copy of Excerpts from Linda K. Atterbury's Credit Union of America Account No. 600678 Bank Statement, and deposit item, showing July 9, 2004 $100,000 Deposit of Bank Money Order No. 116855 (Ex. 27) | | | | |
| 28 | Copy of Check #1728, from Schneider Medical Clinic's Valley State Bank Account No. 015571, dated July 16, 2004, in the amount of $54,245, payable to Bob Moore | | | | |
| 28A | Copy of Excerpt from Schneider Medical Clinic's July 30, 2004 Valley State Bank Account No. 015571 Bank Statement, showing Check #1728 clearing on July 20, 2004, in the amount of $54,245 (Ex. 28) | | | | |
| 28B | Copies of Purchase Agreement, Workup Sheet, Accounting Distribution, and Certificate of Origin for a Vehicle from Bob Moore AutoGroup | | | | |
| 28C | Pictures of Hummer | | | | |
| 29 | Copy of Valley State Bank Money Order No. 117163, dated September 24, 2004, in the amount of $90,000, payable to Linda Atterbury-Schneider | | | | |
| 29A | Copy of Excerpts from Schneider Medical Clinic's September 30, 2004, Valley State Bank Account No. 015571 Bank Statement, and withdrawal ticket, showing September 24, 2004, $90,000 Withdrawal funding Bank Money Order No. 117163 (Ex. 29) | | | | |
| 29B | Copy of Excerpts from Linda K. Atterbury's Credit Union of America Account No. 600678 Bank Statement, and deposit item, showing September 24, 2004, $90,000 Deposit of Bank Money Order No. 117163 (Ex. 29) | | | | |
| 30 | Copy of Valley State Bank Money Order No. 118332, dated March 1, 2005, in the amount of $100,000, payable to Linda Atterbury | | | | |
| 30A | Copy of Excerpts from Schneider Medical Clinic's March 31, 2005, Valley State Bank Account No. 015571 Bank Statement, and withdrawal ticket, showing March 1, 2005, $100,000 Withdrawal funding Bank Money Order No. 118332 (Ex. 30) | | | | |
| 30B | Copy of Excerpts from Linda K. Atterbury's Credit Union of America Account No. 600678 Bank Statement, and deposit item showing March 1, 2005, $100,000 Deposit of Bank Money Order No. 118332 (Ex. 30) | | | | |
| 31 | Copy of Valley State Bank Money Order No. 118912, dated June 9, 2005, in the amount of $100,000, payable to Linda Atterbury | | | | |
| 31A | Copy of Excerpts from Schneider Medical Clinic's June 30, 2005, Valley State Bank Account No. 015571 Bank Statement, and withdrawal ticket, showing June 9, 2005, $100,000 Withdrawal funding Bank Money Order No. 118912 (Ex. 31) | | | | |

| No. | Description | I | O | A | Witness |
|---|---|---|---|---|---|
| 31B | Copy of Excerpts from Linda K. Atterbury's Credit Union of America Account No. 600678 Bank Statement, and withdrawal slip, showing June 10, 2005, withdrawal of $100,000, and deposit of $100,000 to Lee E. Atterbury's Credit Union of America Account No. 601131 | | | | |
| 31C | Copy of Excerpts from Lee E. Atterbury's Credit Union of America Account No. 601131 Bank Statement, and deposit item, showing June 9, 2005, $100,000 Deposit of Bank Money Order No. 118912 (Ex. 31) and $100,000 Deposit of $100,000 withdrawal from Linda K. Atterbury's Credit Union of America Account No. 600678 | | | | |
| 32 | Copy of Credit Union of America Bank Check No. 614182, dated September 15, 2005, in the amount of $85,000, payable to L.E. Atterbury | | | | |
| 32A | Copy of Excerpts from Linda K. Atterbury's Credit Union of America Account No. 600678 Bank Statement, and withdrawal ticket, showing Sept. 15, 2005, $85,000 Withdrawal funding Bank Check No. 614182 (Ex. 32) | | | | |
| 32B | Copy of September 23, 2005, Intrust Bank Certificate of Deposit No. 7241389001 in the amount of $85,000, funded by Bank Check No. 614182 (Ex. 32) | | | | |
| 32C | Copy of Excerpts from L. E. Atterbury's and Ellen Atterbury's January 3, 2006, Intrust Bank Statement, and deposit item, showing December 22, 2005, $85,363.36 Deposit of matured Bank Certificate of Deposit No. 7241389001 (Ex. 32B) | | | | |
| 33 | Copy of Intrust Bank Check No. 086739118, dated January 6, 2006, in the amount of $85,000, payable to Linda Atterbury | | | | |
| 33A | Copy of Excerpts from L.E. Atterbury's and Ellen Atterbury's February 1, 2006, Intrust Bank Statement, and withdrawal ticket, showing January 6, 2006 $85,000 withdrawal for Intrust Bank Official Check No. 086739118 (Ex. 33) | | | | |
| 33B | Copy of Excerpts from Schneider Properties' January 31, 2006, Valley State Bank Account No. 016012 Bank Statement, showing January 6, 2006, deposit of $85,000, funded by Intrust Bank Official Check No. 086739118 (Ex. 33) | | | | |
| 34 | Copy of Excerpts from Schneider Properties' January 31, 2006, Valley State Bank Account No. 016012 Bank Statement, and Wire Transfer Activity Record, showing January 6, 2006, $100,000 Wire Transfer to Nationwide Beverage Bottling's Union Bank of California Account No. 0850056633, plus $15 fee | | | | |
| 34A | Copy of Excerpts from Nationwide Beverage Bottling's January 31, 2006, Union Bank of California Account No. 0850056633 Bank Statement, showing January 6, 2006, deposit of $100,000 from Wire Transfer (Ex. 34) | | | | |
| 35 | Money Laundering Chart (Indictment) | | | | |

| No. | Description | I | O | A | Witness |
|-----|-------------|---|---|---|---------|
| 36 | Chart of Financial Accounts | | | | |
| 36A | Copies of Signature cards for Valley State Bank Account 015571 (Schneider Medical Clinic) | | | | |
| 36B | Copy of Signature card and LLC attachments for Valley State Bank Account 016012 (Schneider Properties) | | | | |
| 36C | Copy of Signature card for Credit Union of America Account 600678 (Linda K. Atterbury and Stephen Schneider) | | | | |
| 36D | Copy of Member Application & Agreement for Credit Union of America Account 601131 (Lee E. Atterbury, Ellen M. Atterbury) | | | | |
| 36E | Copy of Signature card for Bank of America Account (formerly Bank IV) –5760429 (Stephen J. Schneider, D.O., Linda Atterbury) | | | | |
| 36F | Copy of Signature Card for Intrust Bank Account 5858364 (Zoyie F. Schneider, Linda Atterbury Schneider) | | | | |
| 36G | Copy of Signature Card for Intrust (formerly Haysville State Bank) Account 1100232025 (Stephen Schneider or Linda Atterbury-Schneider) | | | | |
| 37 | Money Laundering Flow Chart (Counts 18-26) | | | | |
| 38 | Money Laundering Flow Chart (Counts 19, 27, 29-34) | | | | |
| 39 | Money Laundering Flow Chart (Estivo, L.E. Atterbury, Nationwide) | | | | |
| 40 | Combination Money Laundering Flow Chart (combining Exhibits 38 and 39) | | | | |
| 41 | Copy of Check #902852 to Dr. Michael Estivo; copy of Account Statement for Credit Union of America Account No. 600678 (Linda K. Atterbury), showing withdrawal of $100,000 on August 20, 2004, funding check #902852; copy of check # 101 from Michael Estivo to Linda Schneider for $100,000, dated August 17, 2005; copy of Account Statement for Credit Union of America Account #601131 (L.E. Atterbury), showing $100,000 deposit on August 24, 2005 | | | | |
| 42 | Copy of Account Statement for Credit Union of America Account #601131(L.E. Atterbury) showing withdrawal of $100,012, funding Wire Transfer of $100,000 to Nationwide Beverage Bottling, Inc., on July 12, 2005; | | | | |
| 43 | Copy of Account Statement for Valley State Bank Account #15571 (SMC Operating Account), showing withdrawal of $50,000, funding Wire Transfer of $50,000 to Nationwide Beverage Bottling, Inc. on October 7, 2005; and copy of account statement of Union Bank of California Account #0850056633, showing deposit | | | | |
| 44 | Copy of Account Statement for Credit Union of America Account #601131(L.E. Atterbury) showing withdrawal of $50,000, funding Check #616135 to Chase Manhattan Bank Re: Curtis Atterbury on September 15, 2006 | | | | |

14

| No. | Description | I | O | A | Witness |
|-----|-------------|---|---|---|---------|
| 45 | Copy of Account Statement for Credit Union of America Account #601131(L.E. Atterbury) showing withdrawal of $50,000, funding Check #616637 to United States Treasury, IRS, re: Tax ID #020601403 on December 11, 2006 | | | | |
| 46 | Chart of Defendants' Income from SMC Operating Account | | | | |
| 47 | Chart of SMC's Reported Income to SMC | | | | |
| 47A | Certified Copy of 2002 Federal Income Tax Returns | | | | |
| 47B | Certified Copy of 2003 Federal Income Tax Returns | | | | |
| 47C | Certified Copy of 2004 Federal Income Tax Returns | | | | |
| 47D | Certified Copy of 2005 Federal Income Tax Returns | | | | |
| 47E | Certified Copy of 2006 Federal Income Tax Returns | | | | |
| 47F | Certified Copy of 2007 Federal Income Tax Returns (if filed) | | | | |
| 50 | Copy of defendant Stephen J Schneider's Medical License | | | | |
| 51 | Copy of defendant Stephen J. Schneider's Board Certification in Family Medicine | | | | |
| 52 | Copy of defendant Stephen J. Schneider's Application for Credentialing to American Academy of Pain Management | | | | |
| 53 | Copy of Curriculum Vitae of Stephen J. Schneider | | | | |
| 54 | Copy of defendant Linda Atterbury Schneider's LPN License | | | | |
| 55 | Copy of Articles of Organization for Schneider Medical Clinic, LLC | | | | |
| 56 | Copy of Articles of Organization for Schneider Medical Properties, LLC | | | | |
| 57 | Pictures of Clinic | | | | |
| 58 | Copy of Web page print outs (November 15, 2005, last updated 1/12/03; August 1, 2006, last updated 1/16/06) | | | | |
| 59 | SMC Flier showing providers, hours | | | | |
| 60 | Copies of CPT Code Books excerpts for 2002-2007 | | | | |
| 60A | Chart of CPT Codes – Office Visits for New Patients | | | | |
| 60B | Chart of CPT Codes – Office Visits for Established Patients | | | | |
| 60C | Chart of CPT Codes – Nursing Home Visits | | | | |
| 61 | Copy of KBHA Guidelines for the Use of Controlled Substances for the Treatment of Pain | | | | |
| 62 | Copy of Administrative Regulations re: documentation requirements (K.A.R. 100-24-1) | | | | |

15

| No. | Description | I | O | A | Witness |
|-----|-------------|---|---|---|---------|
| 63 | Copy of Administrative Regulations re: Physician Assistant supervision (K.A.R. 100-28a-10) | | | | |
| 64 | Copy of Regulation re: Prescriptions 21 C.F.R. 1306.04 | | | | |
| 65 | Forensic Autopsy Performance Standards | | | | |
| 66 | Forensic Toxicology Laboratory Guidelines | | | | |
| 67 | ICD-9 Book | | | | |
| 68 | Baselt Text | | | | |
| 69 | Bates Text | | | | |
| 70 | Medical Society of Sedgwick County Rosters 2002-2007 | | | | |
| 71 | American Academy of Pain Management Kansas Membership Lists 2002-2007 | | | | |
| 72 | Poster – Most Abused Pharmaceutical Controlled Substances | | | | |
| 80 | Copy of excerpts from August 3, 2006, Stephen Schneider Deposition Testimony (video) | | | | |
| 80A | Copy of excerpts from August 3, 2006 Stephen Schneider Deposition Testimony (transcript) | | | | |
| 81 | Copy of Indictment (U.S. v. Linda Schneider) | | | | |
| 81-A | Copy of Plea Agreement and Petition to Enter Guilty Plea  (U.S. v. Linda Schneider) | | | | |
| 81-B | Copy of Judgment & Commitment Order  (U.S. v. Linda Schneider) | | | | |
| 82 | Copy of video of October 17, 2007, Voluntary Statement by Linda Schneider | | | | |
| 82A | Copy of transcript of October 17, 2007, Voluntary Statement by Linda Schneider | | | | |
| 83 | Copy of Stephen J. Schneider's Testimony in State v Blaine | | | | |
| 100 | Original February 5, 2004, PERC Letter re: Corrective Action Plan, with numerous attachments of forms useful for pain management patients, and copy of Return Receipt signed by Michael Atterbury | | | | |
| 100A | Copy of Return Receipt signed by Mike Atterbury February 13, 2004 | | | | |
| 101 | Copy of November 23, 2004, Letter to Graves T. Owen about trip to Wichita and dinner meeting on December 8, 2004 | | | | |
| 101A | Copy November 30, 2004, Letter to Graves T. Owen about trip to Wichita and dinner meeting on December 9, 2004 | | | | |
| 102 | Copy of December 2004 Schneider Clinic Corrective Action Plan | | | | |

16

| No. | Description | I | O | A | Witness |
|-----|-------------|---|---|---|---------|
| 103 | Copy of December 21, 2004, Note to File from William Pankey re: Quality of Care Review-Corrective Action Plan Visit | | | | |
| 104 | Copy of January 4, 2005, Letter from Schneider and St. Clair to First Guard re: Corrective Action plan for Chronic Pain Management, with attached Pain Management Agreement, and copy of business card of Dr. Graves T. Owen | | | | |
| 105 | Copy of January 13, 2005, Internal Memo at First Guard re: Corrective Action Plan | | | | |
| 106 | Copy of April 4, 2005, Fax from Vanessa Wooten at First Guard, indicating need for documented discussions and follow-up that occurred with Dr. Graves Owen | | | | |
| 107 | Copy of May 24, 2005 Deposition in Wicklund v. SECU | | | | |
| 108 | Copy of June 23, 2005, Letter to Cynthia Ludwig from Debra Klingsick | | | | |
| 108A | Copy of June 29, 2005, Letter to Shelly Wakeman from Debra Klingsick | | | | |
| 109 | Copy of September 13, 2005, Search Warrant | | | | |
| 109A | Copy of March 28, 2006, Search Warrant | | | | |
| 110 | Copy of May 30, 2006, Petition by KBHA | | | | |
| 110A | Copy of September 1, 2006, First Amended Petition by KBHA | | | | |
| 110B | Copy of November 13, 2007, Second Amended Petition by KBHA | | | | |
| 110C | Copy of Initial Order of Suspension | | | | |
| 111 | Copy of January 17, 2007, Promissory Note for $180,000 from Dr. Stephen J. Schneider to Lee Atterbury | | | | |
| 111-A | Copy of January 17, 2007, Real Estate Mortgage on real property located in Delaware, Oklahoma, securing Promissory Note | | | | |
| 112 | Copy of Subpoena for Quicken program | | | | |
| 113 | Original Morrison's notes re: sale of clinic | | | | |
| 150 | Autopsies of rest of 60 patients (not those in Counts 2-5) | | | | |
| 150A | Additional autopsies | | | | |
| 151 | Copies of Fronts of rest of 60 patient charts with "deceased" across them (not those in Counts 2-5) | | | | |
| 152 | Copies of "Schneider only" documents – medical files, fee tickets | | | | |
| 153 | Copies of altered fee tickets | | | | |
| 154 | Copies of Pain Management Agreements used by SMC over time | | | | |

| No. | Description | I | O | A | Witness |
|-----|-------------|---|---|---|---------|
| 155 | Original Blank prescriptions, signed | | | | |
| 156 | Copies of Tom Wagner Call Notes | | | | |
| 157 | Copy of September 16, 2005, E-mail from Dr. Brian Katan | | | | |
| 158 | Report of Investigation; Interview of Stephen Schneider on September 13, 2005 | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

18