Lawrence W. Williamson, Jr.
**Williamson Law Firm, LLC**
**Attorney and Counselor at Law**
816 Ann Ave
Kansas City, Kansas  66101
Telephone:  (913) 871-7060
Facsimile:   (913) 535-0736
E: l.williamson@williamsonfirm.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 07-10234-MLB |
| Plaintiff, | |
| vs. | EXHIBIT SHEET |
| STEPHEN J. SCHNEIDER and LINDA K. SCHNEIDER, a/k/a LINDA ATTERBURY, d/b/a/ SCHNEIDER MEDICAL CLINIC, | PROPOSED WITNESS LIST |
| Defendants. | |

## EXHIBIT SHEET

| No. | Description | I.D. | Off. | Adm. | Deposition or Witness |
|---|---|---|---|---|---|
| 400 | Schneider's treatment docs | | | | |
| 401 | Anderson records | | | | |
| 402 | Schneider orthopedic referral | | | | |
| 403 | Schneider MRI Referral I | | | | |
| 404 | Schneider MRI Referral II | | | | |
| 405 | Mccoy records | | | | |
| 406 | Schneider corrective patient action. | | | | |
| 407 | ER Doctor Record I | | | | |
| 408 | ER Doctor Record II | | | | |
| 409 | ER Doctor Record III | | | | |

| No. | Description | I.D. | Off. | Adm. | Deposition or Witness |
|---|---|---|---|---|---|
| 410 | ER Doctor Record IV | | | | |
| 411 | Submitted Claims | | | | |
| 412 | Patients per day | | | | |
| 413 | Claims review | | | | |
| 414 | Opioid Dosages | | | | |
| 415 | Sizemore record | | | | |
| 416 | PA Record | | | | |
| 417 | Gaskill Record | | | | |
| 418 | Personnel History | | | | |
| 419 | Lock-in record | | | | |
| 420 | Pain Management articles | | | | |
| 421 | Actiq article | | | | |
| 422 | Use of Actiq | | | | |
| 423 | BCBS findings | | | | |
| 424 | Monitoring record | | | | |
| 425 | Nature of patient condition I | | | | |
| 426 | Nature of patient condition II | | | | |
| 427 | First Guard Findings | | | | |
| 428 | First Guard Documents and Communications | | | | |
| 429 | Preferred Health Communications | | | | |
| 430 | Medicaid and SCHIP (HealthWave Program) Fact Sheet | | | | |
| 431 | KSBHA Pain Treatment Guidelines | | | | |
| 432 | Labcorp Communications | | | | |
| 433 | Lock In Patient Documentation | | | | |
| 434 | Medicaid Documentation | | | | |
| 435 | PA Documents and Applications | | | | |
| 436 | American Academy of Pain Management Information and code. | | | | |
| 437 | BCBS Communications | | | | |
| 438 | Schneider notice regarding Medicaid corrective action plan. | | | | |
| 439 | PA Evaluations and Collegiate relationships | | | | |

| No. | Description | I.D. | Off. | Adm. | Deposition or Witness |
|---|---|---|---|---|---|
| 440 | Opioid articles | | | | |
| 441 | Documents indicating the nature importance and community standing of the Schneider Medical Clinic, including open professional, operational, and patient communications. | | | | |
| 442 | Graphical and written representations of evaluation, statistical, auditing and coding standards. | | | | |
| 443 | Independent audit, comparison with government data, information pertaining to standards followed and transparency of method. | | | | |
| | RESERVED FOR FURTHER DOCUMENTS | | | | |

**PROPOSED WITNESS LIST**

The following witnesses will testify to the operation of the clinic, including, but not limited to: (a) no one ever asked such person to commit illegal acts; (b) such individual was not aware of any illegal activity; (c) the practitioners at the clinic cared about the patients; (c) the clinic attempted to follow the law in regards to billing and patient care; (d) contact by federal agents; and (e) other operational activities as relevant to rebut any testimony of government witnesses.

| | |
|---|---|
| Mohamed | Akrim |
| Curt | Atterbury |
| Heather | Bahruth |
| Amy | Beahan |
| Valerie | Beahan |
| Brenda | Beyer |
| Martha | Brown |
| Charles | Craig |
| Sonya | Davis |
| Kayla | Dungan |
| Brenda | Eller |
| Tess | Gahman |
| Katherine | Gaines |
| Elaine | Gallagher |
| Barbara | Haas |
| Lynnette | Kraft |
| Judy | Larsen |
| Tim | McDonald |
| Deborah | McEachern |
| Shirley | Mills |
| Hein | Nguyen |
| Kathy | Pauly |
| Chelly Lenea | Smith |
| Dr. Donna | St. Clair |

| | |
|---|---|
| Robert | Swanger |
| Robert | Swonger |
| Megan | Throckmorton |
| Connie | White |

The following witnesses will testify to the care that they received while in the care of the Schneider Medical Clinic, including but not limited to the fact that such person received prescriptions for legitimate pain, received physicals, received inform consent, and was never provided a prescription outside of the Clinic setting in an improper manner and for a condition that was not indicated.

| | |
|---|---|
| Monika | Arnold |
| Randy | Baker |
| Jack and Joann | Barton |
| David and Marva | Batman |
| Phillip | Bolin |
| Brenda Kay | Bratton |
| Odelia | Brock |
| Laurie | Brown |
| Rebecca | Carrington |
| Deborah | Daniels |
| Rhonda | Depass |
| Terry | Dishon |
| Angela Kay | Dodd |
| Kathy | Dominy |
| Carol | Downey |
| Loretta | Dugas |
| Marlene | Fether |
| Nadine | Foreman |
| Kelly | Gilbert |
| Charles and Dorothy | Gould |
| John David | Grant |
| Margaret K. | Grant |
| Paul | Greene |
| Linda | Gurce |
| Barbara | Haas |
| Phillip | Haase |
| Wayne and Mary | Haden |
| Kathleen | Hain |
| Vicky | Hampton |
| Dorothy | Hancock |
| Elisa | Hennessy |
| David | Higgins |
| Robert | Hanson |
| Carolyn | Hood |
| Vickie | Huntzinger |
| Matt | Johnson |
| Jon | Journey |
| Dora | Kitchings |
| Mary | Kocsis |

| | |
|---|---|
| David | Lamp |
| Richard | Lavine |
| Robert and Pamela | Lawyer |
| Sharon | Lytle |
| Debra | Mann |
| Jack | Mann |
| George and Lavonne | Mathiasen |
| Carrie | Meyers |
| Mavis | Mooberry |
| Brandy | Morarie |
| Kimberly | Parker |
| Karen S. | Peters |
| Debra | Redington |
| Billy | Reinschmiedt |
| Quilla | Roberts |
| Nancy | Rodgers |
| Cindy | Sams |
| Duane Kent | Schmidt |
| Betty Janine | Shulze |
| John and Judy | Sibling |
| Dennis | Sieg |
| Mary A. | Smith |
| Jimmy and Nora | Songer |
| Elaine | Spencer |
| Travene W | Starcher |
| Robert | Swanger |
| Robert | Swonger |
| Catherine | Terrell |
| Jeff T. | Tevis |
| Debbie | Thurman |
| Lorene | Trammell |
| Leland | Unruh |
| Amber | Welch |
| Jody | Wilson |
| Joan and Jimmy | Wise |
| Sam | Burchfield |
| Martin | Alice |
| Christina | Autrey |
| Daren | Baker |
| Mark | Ballard |
| Francein | Barber |
| Lillian | Bennett |
| Edward and Sharon | Billups |
| Debbie | Bledsoe |
| James | Boone |
| Kathina and Odelia | Brock |
| Cherokee | Burchfield |

| | |
|---|---|
| Clara | Burnam |
| Dr. Judith | Butler |
| Kathy | Callison |
| michael | Carrell |
| Vera | Collins |
| Joel | Copeland |
| Charles | Craig |
| Sharon | Davis |
| Sheela | Davison |
| Norma | Delarue |
| Leon and Carolyn | Dixon |
| Nephtali | Duran |
| Diana | Fisk |
| Jean "Jeannie" | Gentry |
| Jobi | George |
| Kelly | Granillo |
| Perry F. | Guffey |
| Linda | Guice |
| Glen | Haley |
| Sonya | Hankins |
| Charles | Harris |
| Patricia | Harris-Welch |
| Cory | Hatmaker |
| Lauri | Hayes |
| Oletta | Helms |
| Albert | Heslop |
| Greg Jackie | Hindi |
| Michael | Irvin |
| Doug | Jovonovich |
| Clinton and Mary | Justus |
| Juanita | Kelp |
| Alan | Kemp |
| Darrel/Debra | Kirk |
| James and Shirley | Laforte |
| Danna | Linton |
| Donna/Doug | Lloyd/Javochovich |
| Jaime | Lopez |
| Donna | Loyde |
| Larry | Lucas |
| Linda and Billy | May |
| Laurie | McKinney |
| Daniel | Mies |
| Reverend Jose | Montes |
| Robert and Debbie | Moore |
| Michael | Nichols |
| Aletha | Okoro |
| Dorathy | Patterson |
| Wiliam | Pearson |
| Edward and | Pridemore |

| | |
|---|---|
| Vickey | |
| Jennifer | Ralstin |
| Roy | Ralstin |
| Ernest | Reida |
| Mary | Retana |
| Robert | Righter |
| Jay | Rupp |
| Jennifer | Sandrick |
| Niel T. | Sandrick |
| James | Schuckman |
| Gloria | Scott |
| Brenda and Michael | Sentel |
| James | Shuckman |
| Douglas | Simrell |
| Deborah | Sowards |
| Darold | Stripling |
| Jasmine | Talavera |
| Charlotte/Steve | Tennant/Kline |
| Lowell | Toothman |
| La Donna | Trask |
| Paula | Treadwell |
| Mark | Van Nordstrand |
| Karen | Walker |
| Kim | Ward |
| Larry | Wayman |
| John | West |
| Terry L. | White |
| Russel | Wright |
| Deaborah | Yeager |
| Bonita | Zoglman |

The following witnesses will testify regarding the relationship that such witness had with the Schneider Medical Clinic and with patients thereof during the usual course of business.

| | |
|---|---|
| Dr. Eustaquio | Abay |
| Dr. Alan | Albarracin |
| Dr. Judith | Butler |
| Dr. Stanley | Capper |
| Dr. Raghu | Chaparala, MD |
| Dr. Steve | Couch |
| Dr. Roy | Danks |
| Dr. Brad | Dopps |
| Dr. Ali | Gadalla |
| Dr Joseph | Galichia |
| Anthony H. | Guarino |
| Kim | Hebert P.A. |
| Dr. George | Howell |
| Dr. Greg | Lakin |
| Dr. Joseph | Lemiek |

| | |
|---|---|
| Dr. Florante | Mancao |
| Dr. Steen | Mortensen, MD |
| Dr. Pedro | Murati |
| Dr. David | Neidree |
| Dr. David | Pappish |
| Dr. Craig | Parman |
| Dr. Richard | Piazza |
| Dr. Joeseph | Sack |
| Dr. Lawrence | Simons |
| Dr. Carolina | Soria |
| Dr. Donna | St. Clair |
| Dr. Ronald | Varner |
| Dr. Eric | Voth |
| Dr. George | Watson DO |

The following witnesses will discuss the results of audits, investigations, and correlating factual findings of the Schneider Medical Clinic and Dr. Stephen Schneider.

| | |
|---|---|
| Marie | Goelz |
| Deborah | Hunt |
| Tom | Johnson |
| Linda | Malcom |
| Craig | Sangles |
| Vennessa | Wooten |

The following witnesses will testify to the interaction that such witness had with the Schneider Medical Clinic in the usual course of business.

| | |
|---|---|
| Amanda and James | Allen |
| Lyle | Bontrager |
| Jeff A. | Cole |
| Darren | Doll |
| Dale | Eckerman |
| Sally | Estrada |
| Ron | Gieber |
| Elisa | Hennessy |
| Ty | Herrington |
| Dean | Jones |
| Mike | Long |
| Jon | Massey |
| Charlie (Chuck) | McClean |
| Tom | Mosley |
| John | Nicodemus |
| David | Ohnmeis |
| Calvin | Penner |
| Chris | Pruitt |
| David | Rangle |
| Todd | Riechenberger |

| | |
|---|---|
| Lisa | Rodgers |
| Tracey | Rohlman |
| Sandra | Sipes |
| Chad W. | Tabor |
| Todd | Tanner |
| Carlos | Trujillo |
| Tom | Wagoner |

The following witnesses will discuss the results of audits, investigations, and correlating factual findings of the Schneider Medical Clinic and Dr. Stephen Schneider.

| | |
|---|---|
| Diane | Bellquist |
| Jay | Hester |
| Kelly | Stevens |
| Dr. William | Pankey |

The following is a cumulative list of all the witnesses listed above.  Any additional witnesses listed will discuss their experience and knowledge relative to their interactions and observations of the clinic, the accused and the actual nature of the Schneider Medical Clinic, to rebut any additional evidence produced during the governments case in chief.

| **First name** | **Last name** |
|---|---|
| Dr. Eustaquio | Abay |
| Gregg |  Ackers |
| Mohamed | Akrim |
| Dr. Alan | Albarracin |
| Martin | Alice |
| Amanda and James | Allen |
| Dr. Daniel | Alvarez |
| Dr. Raul | Alvarez |
| Dr. Anita | Anderson |
| Monika | Arnold |
| Curt | Atterbury |
| Lee | Atterbury |
| Christina | Autrey |
| Heather | Bahruth |
| Dr. Ravi | Bajaj |
| Daren | Baker |
| Randy | Baker |
| Mark | Ballard |
| Francein | Barber |
| Jack and Joann | Barton |
| Connie | Bass |
| David and Marva | Batman |
| Amy | Beahan |
| Valerie | Beahan |
| Diane | Bellquist |
| Lillian | Bennett |
| Brenda | Beyer |

| | |
|---|---|
| Dr. Ralph | Bharati |
| Edward and Sharon | Billups |
| Debbie | Bledsoe |
| Pillip | Bolin |
| Lyle | Bontrager |
| James | Boone |
| Brenda Kay | Bratton |
| Kathina and Odelia | Brock |
| Odelia | Brock |
| Doug | Brown |
| Laurie | Brown |
| Martha | Brown |
| Cherokee | Burchfield |
| Jennifer | Burchfield |
| Sam | Burchfield |
| Clara | Burnam |
| Dr. Judith | Butler |
| Julie | Cain |
| Kathy | Callison |
| Dr. James N | Campbell |
| Dr. Stanley | Capper |
| michael | Carrell |
| Rebecca | Carrington |
| Carol | Carter |
| Nancy | Carter |
| Dr. Raghu | Chaparala, MD |
| Carol | Christian |
| Jeff A. | Cole |
| Vera | Collins |
| Joel | Copeland |
| Linda | Corbin |
| Dr. Steve | Couch |
| Mark | Cox |
| Charles | Craig |
| Doris | Curly |
| Mike | DanDurand |
| Deborah | Daniels |
| Dr. Roy | Danks |
| Joni | Darling |
| Sharon | Davis |
| Sonya | Davis |
| Sheela | Davison |
| Norma | Delarue |
| Rhonda | Depass |
| Terry | Dishon |
| Leon and Carolyn | Dixon |
| Robert | Dixon |
| Angela Kay | Dodd |
| Catherine | Doherty |

| | |
|---|---|
| Darren | Doll |
| Dr. Brad | Dopps |
| Carol | Downey |
| Loretta | Dugas |
| Kayla | Dungan |
| Nephtali | Duran |
| Dale | Eckerman |
| | |
| Brenda | Eller |
| Dr. Michael | Estivo |
| Sally | Estrada |
| Marlene | Fether |
| Frank | Fisher |
| Diana | Fisk |
| Donald | Fitzwater |
| Nadine | Foreman |
| Dr. Ali | Gadalla |
| Tess | Gahman |
| Katherine | Gaines |
| Dr Joseph | Galichia |
| Elaine | Gallagher |
| Jean "Jeannie" | Gentry |
| Jobi | George |
| Ron | Gieber |
| Kelly | Gilbert |
| Marie | Goelz |
| Charles and Dorothy | Gould |
| Brian | Grace |
| Kelly | Granillo |
| John David | Grant |
| Margaret K. | Grant |
| Paul | Greene |
| Billie | Grey |
| Don | Gribble |
| Bill | Gross |
| Anthony H. | Guarino |
| Perry F. | Guffey |
| Linda | Guice |
| Linda | Gurce |
| Barbara | Haas |
| Phillip | Haase |
| Wayne and Mary | Haden |
| Kathleen | Hain |
| Glen | Haley |
| Mike | Hall P.A. |
| George | Halpin |
| Irene | Hamilton |
| Vicky | Hampton |
| Dorothy | Hancock |
| Sonya | Hankins |

| | |
|---|---|
| Robert | Hanson |
| Charles | Harris |
| Patricia | Harris-Welch |
| | |
| Jennifer | Harry |
| Cory | Hatmaker |
| Lauri | Hayes |
| Kim | Hebert P.A. |
| Oletta | Helms |
| Russel | Helms |
| Elisa | Hennessy |
| Ty | Herrington |
| Albert | Heslop |
| David | Higgins |
| | |
| JoAnn | Higgins |
| Greg Jackie | Hindi |
| Linda L. | Hinds |
| Debbie | Hobbs |
| Carolyn | Hood |
| Dr. George | Howell |
| John | Howell |
| Gayla | Hulse |
| Deborah | Hunt |
| Lorie | Hunter |
| Vickie | Huntzinger |
| Michael | Irvin |
| Hester | Jay |
| Gary | Johnson |
| Matt | Johnson |
| Tom | Johnson |
| Dean | Jones |
| Dr. Douglas | Jorgensen |
| Jon | Journey |
| Doug | Jovonovich |
| Clinton and Mary | Justus |
| Juanita | Kelp |
| Alan |  Kemp |
| Wade | Kern |
| Connie | King |
| Darrel/Debra | Kirk |
| Dora | Kitchings |
| James | Kitchings |
| Dawn | Knight |
| Dr. Denis | Knight |
| Mary | Kocsis |
| Lynnette | Kraft |
| Tom | Krizanosky |
| Jerry | Kunkle |
| Andrew | Kuykendall |
| James and | Laforte |

| | |
|---|---|
| Shirley | |
| Dr. Greg | Lakin |
| David | Lamp |
| Dr. Milton | Landers |
| Dr. Val | Landis |
| Judy | Larsen |
| Charles | Larson |
| Richard | Lavine |
| Robert and Pamela | Lawyer |
| Dr. Joseph | Lemiek |
| Vicki | Lindon |
| Danna | Linton |
| Brian | Livingston |
| Donna/Doug | Lloyd/Javochovich |
| Mike | Long |
| Jaime | Lopez |
| Donna | Loyde |
| Larry | Lucas |
| Sharon | Lytle |
| Gary | Magner |
| Dr. Florante Richard | Mancao |
| Debra | Mann |
| Jack | Mann |
| Jon | Massey |
| Cathy | Matchett |
| George and Lavonne | Mathiasen |
| Linda and Billy | May |
| Charlie (Chuck) | McClean |
| Tim | McDonald |
| Deborah | McEachern |
| Dr. Harry | McKenzie |
| Laurie | McKinney |
| Lizzie | McNutt |
| Carrie | Meyers |
| Daniel | Mies |
| Shirley | Mills |
| Brenda | Monicol |
| Reverend Jose | Montes |
| Mavis | Mooberry |
| Robert and Debbie | Moore |
| Brandy | Morarie |
| Dr. Steen | Mortensen, MD |
| Tom | Mosley |
| Ray | Munsch |
| Dr. Pedro | Murati |
| Dr. Paul | Murphy |
| Dr. David | Neidree |
| Josh | Newman |
| Hein | Nguyen |

| | |
|---|---|
| Michael | Nichols |
| John | Nicodemus |
| Tim | Norton |
| Dr. Stephanie | Oberhelman |
| Dr. Jaime | Oeberst |
| Gary | Oehmke |
| David | Ohnmeis |
| Aletha | Okoro |
| John | Olson |
| Dr. Graves T | Owen |
| Dr. William | Pankey |
| Dr. David | Pappish |
| Kimberly | Parker |
| Toni | Parker |
| Dr. Craig | Parman |
| Dorathy | Patterson |
| Kathy | Pauly |
| Wiliam | Pearson |
| Calvin | Penner |
| Matt | Perry |
| Dorathy | Peters |
| Karen S. | Peters |
| Dr. Richard | Piazza |
| Edward and Vickey | Pridemore |
| Chris | Pruitt |
| Jennifer | Ralstin |
| Roy | Ralstin |
| David | Rangle |
| Debra | Redington |
| Ernest | Reida |
| Billy | Reinschmiedt |
| Mary | Retana |
| Steve | Rice |
| Todd | Riechenberger |
| Robert | Righter |
| Quilla | Roberts |
| Mike | Robinson |
| Lisa | Rodgers |
| Nancy | Rodgers |
| Tracey | Rohlman |
| Bill | Rowland |
| Jay | Rupp |
| Dr. Joeseph | Sack |
| George | Saghbene |
| Cindy | Sams |
| Jennifer | Sandrick |
| Niel T. | Sandrick |
| Craig | Sangles |
| Dr. Timothy | Scanlan MD |
| Doris | Scheideman |
| Father Steve | Scheier |

| | |
|---|---|
| David | Schippers |
| Duane Kent | Schmidt |
| Linda | Schneider |
| Stephen | Schneider |
| James | Schuckman |
| Michael | Schwanky |
| Gloria | Scott |
| Brenda and Michael | Sentel |
| Dr. David | Shuck |
| James | Shuckman |
| Betty Janene | Shulze |
| John and Judy | Sibling |
| Dennis | Sieg |
| Dr. Steve | Simon |
| Dr. Lawrence | Simons |
| Douglas | Simrell |
| Sandra | Sipes |
| Kara | Skelton |
| Carol | Sladek |
| Chelly Lenea | Smith |
| Dr. J.P. | Smith |
| Mary A. | Smith |
| Jimmy and Nora | Songer |
| Dr. Carolina | Soria |
| Deborah | Sowards |
| Dr. Donna | St. Clair |
| Dr. Dwight | St.Clair |
| Troy | Stambaugh |
| Travene W | Starcher |
| Kelly | Stevens |
| Darold | Stripling |
| Dinease | Stripling |
| Robert | Swanger |
| Dr. Donna | Sweet |
| Robert | Swonger |
| Chad W. | Tabor |
| Jasmine | Talavera |
| Todd | Tanner |
| Jeff | Tavis |
| Charlotte/Steve | Tennant/Kline |
| Catherine | Terrell |
| Jeff T. | Tevis |
| Megan | Throckmorton |
| Debbie | Thurman |
| Lowell | Toothman |
| Lorene | Trammell |
| La Donna | Trask |
| Mike | Trask |
| Paula | Treadwell |
| Edward | Trotter |

| | |
|---|---|
| Carlos | Trujillo |
| Robert | Twillman |
| Ronald | Uber |
| Leland | Unruh |
| Mark | Van Nordstrand |
| Dr. Ronald | Varner |
| Dr. Eric | Voth |
| Tom | Wagoner |
| Father Tom | Wai |
| Karen | Walker |
| Kim | Ward |
| Dr. George | Watson DO |
| Larry | Wayman |
| Amber | Welch |
| John | West |
| Dr. Robert | White |
| Terry L. | White |
| Sandy | Wilburn |
| Jody | Wilson |
| Jan | With |
| Vennessa | Wooten |
| Russel | Wright |
| Deaborah | Yeager |
| Toni | Young |
| Dr. Lyle | Zepick |
| Bonita | Zoglman |