# UNITED STATES DISTRICT COURT
# DISTRICT OF KANSAS

**MONTI L. BELOT**
   **Judge**

111 U.S. Courthouse
401 N. Market
Wichita, Kansas 67202
(316) 269-6519

January 15, 2009

ALL COUNSEL OF RECORD

    Re: United States v. Schneider, Case No. 07-10234-01,02

Dear Counsel:

    I hope that you are taking seriously my direction that you significantly pare down your witness lists.  In reliance on your statements, I have directed the clerk to inform prospective jurors that the case will take four to five weeks and I will stick to that timetable.  In all probability, I will establish and enforce time limits for presentation of the government's case (including forfeiture) and defendants', assuming they will present a defense case.

                             Very truly yours,

                             s/ Monti Belot

                             Monti L. Belot

MLB/sw