Lawrence W. Williamson, Jr.
**Williamson Law Firm, LLC**
**Attorney and Counselor at Law**
816 Ann Ave
Kansas City, Kansas  66101
Telephone:  (913) 871-7060
Facsimile:   (913) 535-0736
E: l.williamson@williamsonfirm.com

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 07-10234-MLB |
| | ) |
| Plaintiff, | ) |
| | ) DEFENDANTS' UPDATED WITNESS LIST |
| vs. | ) |
| | ) |
| STEPHEN J. SCHNEIDER | ) |
| and | ) |
| LINDA K. SCHNEIDER, a/k/a | ) |
| LINDA ATTERBURY, | ) |
| d/b/a/ SCHNEIDER MEDICAL CLINIC, | ) |
| | ) |
| | ) |
| Defendants. | ) |

## **DEFENDANTS' UPDATED WITNESS LIST**

COMES NOW, Defendant, Stephen Schneider, through his attorney, Lawrence W. Williamson, Jr. of Williamson Law Firm, LLC and on behalf of all defendants, provides the following witnesses:

| | |
|---|---|
| Gregg | Ackers |
| Muhammad | Akram |
| Dr. Alan | Albarracin |
| Amanda and James | Allen |
| Curt | Atterbury |
| Lee | Atterbury |
| Christina | Autrey |
| Amy | Beahan |
| Valerie | Beahan |

| # | First | Last |
|---|---|---|
| 1 | Diane | Bellquist |
| 2 | Dave | Bergen |
|   | Brenda | Beyer |
| 3 | Pillip | Bolin |
|   | Laurie | Brown |
| 4 | Marti Martha | Brown |
| 5 | Rebecca | Carrington |
|   | Dr. Raghu | Chaparala, MD |
| 6 | Barbara | Cobuzzi MBA, CPC, CENTC, CPC-H, CPC-P, CPC-I, CHCC |
|   | Deborah | Daniels |
| 7 | Dr. Brad | Dopps |
|   | Dale | Eckerman |
| 8 | Dr. Barry | Eliot Cole, MD, MPA |
| 9 | Brenda | Eller |
|   | Dr. Michael | Estivo |
| 10 | Marlene | Fether |
|   | Donald | Fitzwater |
| 11 | Nadine | Foreman |
| 12 | Mark A | Friend |
|   | Katherine | Gaines |
| 13 | Jean "Jeannie" | Gentry |
| 14 | Marie | Goelz |
|   | John David | Grant |
| 15 | Dr. Anthony H. | Guarino |
| 16 | Dorothy | Hancock |
|   | Cory | Hatmaker |
| 17 | Jay | Hester |
|   | Deborah | Hunt |
| 18 | Michael | Irvin |
| 19 | George | Jobi |
|   | Dr. Gary | Johnson |
| 20 | Matt | Johnson |
|   | Tom | Johnson |
| 21 | Dr. Rodney | Jones |
| 22 | Jon | Journey |
|   | Clinton and Mary | Justus |
| 23 | Dr. Steven | Karch MD, FFFLM |
| 24 | Wade | Kern |
|   | James | Kitchings |
| 25 | Lynnette | Kraft |
|   | Dr. Greg | Lakin |
| 26 | David | Lamp |
|   | Judy | Larsen |

DEFENDANTS' UPDATED WITNESS LIST

| | |
|---|---|
| Amber | Lee Rey |
| Dr. Joseph | Lemiek |
| Sharon | Lytle |
| Timothy "Tim" | MacDonald |
| Dr. Florante Richard | Mancao |
| Debra | Mann |
| Jack | Mann |
| Deborah | McEachern |
| Brandy | Morarie |
| Dr. Steen | Mortensen, MD |
| Tim | Norton |
| Dr. David | Pappish |
| Toni | Parker |
| Dr. Steven D | Passik |
| Kathy | Pauly |
| Edward and Vickey | Pridemore |
| Jennifer | Ralstin |
| Roy | Ralstin |
| Robert | Righter |
| Jay | Rupp |
| Dr. Joeseph | Sack |
| George | Saghbene |
| Jennifer | Sandrick |
| Craig | Sangles |
| Dr. Timothy | Scanlan MD |
| Doris | Scheideman |
| Brenda and Michael | Sentel |
| Deborah | Sowards |
| Dr. Donna | St. Clair |
| Kelly | Stevens |
| James | T. McClave, Ph.D. |
| Jasmine | Talavera |
| Megan | Throckmorton |
| Paula | Treadwell |
| Dr. Eric | Voth |
| Larry | Wall |
| Kim | Ward |
| Dr. George | Watson DO |
| Terry L. | White |
| Connie | White |
| Cristy | Wolf |
| Deaborah | Yeager |
| Bonita | Zoglman |

DEFENDANTS' UPDATED WITNESS LIST

Respectfully submitted,

s/ Lawrence W. Williamson, Jr.
Lawrence W. Williamson, Jr. #21282
**Williamson Law Firm, LLC**
**Attorney and Counselor at Law**
816 Ann Ave
Kansas City, Kansas  66101
Telephone:  (913) 871-7060
Facsimile:   (913) 535-0736
E: l.williamson@williamsonfirm.com

*Attorney for Stephen Schneider*

Kevin P. Byers Co., L.P.A.

By:  s/Kevin P. Byers
Kevin P. Byers
OSB # 0040253
107 South High Street, Suite 400
Columbus, Ohio 43215-3456
Telephone 614.228.6283
Facsimile 614.228.6425
Email Kevin@KPByersLaw.com

Eugene V. Gorokhov, PLLC

By:  s/Eugene V. Gorokhov
Eugene V. Gorokhov
VSB # 73582
1800 Wilson Blvd., Suite 12
Arlington, Virginia 22201-6609
Telephone 703.310.7587
Facsimile 267.390.7587
Email eugene@evgpllc.com

The Law Offices of Uzo L. Ohaebosim

By: s/Uzo L. Ohaebosim
510 N. Topeka
Wichita, KS. 67203
Phone: 316.261.5400

-4-

DEFENDANTS' UPDATED WITNESS LIST

Fax: 316.261.5404
Email u.ohaebosim@swolawfirm.com

s/David P. Leon
1540 North Broadway, Suite 101
Wichita , KS 67214
316-264-2154
Fax: 316-263-0148
Email: leonlaw@cox.net

Trial Co-counsel for Defendant
Linda K. Atterbury

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing was filed via CM/ECF causing delivery to:

Tanya J. Treadway
Assistant United States Attorney
290 U.S. Courthouse
444 S.E. Quincy
Topeka, KS 66683-3592

this January 23, 2009.

s/ Lawrence W. Williamson, Jr.
Lawrence W. Williamson

-5-

DEFENDANTS' UPDATED WITNESS LIST