Lawrence W. Williamson, Jr.
**Williamson Law Firm, LLC**
**Attorney and Counselor at Law**
816 Ann Ave
Kansas City, Kansas  66101
Telephone:  (913) 871-7060
Facsimile:   (913) 535-0736
E: l.williamson@williamsonfirm.com

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 07-10234-MLB |
| ) | |
| Plaintiff, ) | |
| ) | MOTION FOR ORDER ALLOWING THE |
| vs. ) | JURY TO VISIT THE CLINIC |
| ) | |
| STEPHEN J. SCHNEIDER ) | |
| and ) | |
| LINDA K. SCHNEIDER, a/k/a ) | |
| LINDA ATTERBURY, ) | |
| d/b/a/ SCHNEIDER MEDICAL CLINIC, ) | |
| ) | |
| ) | |
| Defendants. ) | |

### MOTION FOR ORDER ALLOWING THE JURY TO VISIT THE CLINIC

COMES NOW, Defendant, Stephen Schneider, through his attorney, Lawrence W. Williamson, Jr. of Williamson Law Firm, LLC and on behalf of all defendants, moves for an order allowing the jury to visit the clinic and states as follows:

1. Defendants request that this court allow the jury to visit the former Schneider Medical clinic; preferably after opening statements.

2. Whether the jury is permitted to view evidence outside the courtroom is a matter for the discretion of the trial court. *United States v. Gallagher*, 620 F.2d 797 (10th Cir.) *cert. denied* 449 U.S. 878, 101 S. Ct. 224, 66 L. Ed. 2d 100 (1980).

3. A trial court acts within its discretion when it denies a motion for a jury view of a scene of an alleged crime, so long as sufficient evidence is available to describe the scene, such as testimony, diagrams, or photographs. *United States v. Culpepper*, 834 F.2d 879, 883 (10th Cir. 1987) (finding that the trial court did not abuse its discretion where the condition of the scene had changed and photographs were admitted into evidence).

4. Here, sufficient evidence is not available to describe the clinic. The combination of the photographs of the clinic, testimony about the clinic, and diagrams of the clinic are all insufficient to describe the clinic. For the good and the bad, testimony about the sloppiness of offices is not a replacement for how sloppy any office may be. At the same time, any testimony about the process and places where records are kept are no replacement for actually seeing records and where they are kept. Moreover, there are over 25 rooms in the clinic and it would take more time to attempt to describe the clinic in detail than it would take for a jury to take a tour of the facility. Lastly, the government alleges that the clinic was erected for the sole purposes of a criminal enterprise. The jury is entitled to actually consider the best evidence as opposed to relying on someone else's impression of what the clinic looks like. It is unfathomable that the government would insist on keeping the relevant truth from the jury in this case, especially if the government fulfills its duty to ensure that justice is served and does not simply attempt to secure a conviction.

5. Therefore, allowing the jury to visit the clinic, even in its current state, would save invaluable trial time, give the jury the best evidence of the clinic, and will aid in their comprehension of all of the testimony about the clinic during this long trial.

Respectfully submitted,

s/ Lawrence W. Williamson, Jr.
Lawrence W. Williamson, Jr. #21282
**Williamson Law Firm, LLC**
**Attorney and Counselor at Law**
816 Ann Ave
Kansas City, Kansas 66101

MOTION FOR ORDER ALLOWING THE JURY TO VISIT THE CLINIC

Telephone:  (913) 871-7060
Facsimile:   (913) 535-0736
E: l.williamson@williamsonfirm.com

*Attorney for Stephen Schneider*

Kevin P. Byers Co., L.P.A.

By:  s/Kevin P. Byers
Kevin P. Byers
OSB # 0040253
107 South High Street, Suite 400
Columbus, Ohio 43215-3456
Telephone 614.228.6283
Facsimile 614.228.6425
Email Kevin@KPByersLaw.com

Eugene V. Gorokhov, PLLC

By:  s/Eugene V. Gorokhov
Eugene V. Gorokhov
VSB # 73582
1800 Wilson Blvd., Suite 12
Arlington, Virginia 22201-6609
Telephone 703.310.7587
Facsimile 267.390.7587
Email eugene@evgpllc.com

The Law Offices of Uzo L. Ohaebosim

By: s/Uzo L. Ohaebosim
510 N. Topeka
Wichita, KS. 67203
Phone: 316.261.5400
Fax: 316.261.5404
Email u.ohaebosim@swolawfirm.com

 s/David P. Leon
1540 North Broadway, Suite 101
Wichita , KS 67214
316-264-2154
Fax: 316-263-0148
Email: leonlaw@cox.net

    Trial Co-counsel for Defendant
    Linda K. Atterbury

−3−
MOTION FOR ORDER ALLOWING THE JURY TO VISIT THE CLINIC

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing was filed via CM/ECF causing delivery to:

Tanya J. Treadway
Assistant United States Attorney
290 U.S. Courthouse
444 S.E. Quincy
Topeka, KS 66683-3592

this January 25, 2009.

                                                s/ Lawrence W. Williamson, Jr.
                                                Lawrence W. Williamson