IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
WICHITA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| PLAINTIFF, | ) | Case No. 07-10234-MLB |
| v. | ) | |
| STEPHEN J. SCHNEIDER, ET AL., | ) | |
| DEFENDANTS. | ) | |

**MOTION TO DISMISS INDICTMENT
BASED UPON PROSECUTORIAL MISCONDUCT
TABLE OF AUTHORITIES**

TABLE OF AUTHORITIES

Cases

*Gonzales v. Oregon,* 546 U.S. 243 (2006)……………………………………………………6

*United States v. Isgro*, 974 F.2d 1091 (9th Cir.1992*),*
*cert. denied*, 507 U.S. 985 (1993)…………………………………………………………….7

*United States v. De Rosa*, 783 F.2d 1401 (9th Cir.),
*cert. denied*, 477 U.S. 908 (1986)…………………………………………………………….7

*United States v. Kravchuk*, 335 F.3d 1147 (10th Cir. 2003)……………………………..7

*In re Grand Jury Proceedings (Fernandez Diamante*),
814 F.2d 61 (1st Cir. 1987)…………………………………………………………...…8, 15, 16

*United States v. Gibbons*, 607 F.2d 1320 (10th Cir. 1979)………………....…………8

*United States v. Apperson*, 441 F.3d 1162 (10th Cir. 2006)……………….………….8

*United States v. Jenkins*, 904 F.2d 549 (10th Cir. 1990)…………………..………….8

*United States v. Kovaleski*, 406 F.Supp. 267 (E.D.Mich.1976)………….………8, 9, 23

*United States v. Raphael*, 786 F. Supp. 355 (S.D.N.Y. 1992)…………...……….9, 23

*Mooney v. Holohan,* 294 US 103 (1935)…………………………………….....…12

*Giles v. Maryland*, 386 U.S. 66 (1967)………………………………………….......12

*Napue v. Illinois*, 360 U.S. 264 (1959)…………………………………………….12

*Alcorta v. Texas*, 355 U.S. 28 (1957)………………..…………………………….12

*Hysler v. Florida*, 315 U.S. 411 (1942)……………………………………….......12

*Pyle v. Kansas*, 317 U.S. 213 (1942)…………………………………….....…..12

*US v. Radetsky*, 535 F.2d 556 (10th Cir. 1976)………………………………......15, 16

*Butterworth v. Smith*, 494 U.S. 624 (1990)……………………………………...15

*US v. Kilpatrick*, 575 Fed. Supp. 325 (D. Colo. 1983)……………………………15

*United States v. Shaygan,* No. 08-20112, 2009 WL 980289,
(S.D. Fla. 2009)…………………………………………………………19, 21, 23

*US v. Stein*, 541 F.3d 130 (2d Cir. 2008)……………………………………………….21

*In re Grand Jury Proceedings*, 776 F.2d 1099 (2d Cir. 1985)…………..………..24

*Boy Scouts of America v. Dale*, 530 U.S. 640 (2000)……………………………….24

*Roberts v. United States Jaycees*, 468 U.S. 609 (1984)……………………….…..24

*Bd. of Dirs. of Rotary Int'l v. Rotary Club of Duarte*, 481 U.S. 537 (1987)………......25

*Lawrence v. Texas,* 539 U.S. 558 (1993)……………………………………………....25

*Marcum v. McWhorter*, 308 F.3d 635 (6th Cir. 2002)………………………………….25

*White v. Lee,* 227 F.3d 1214 (9th Cir. 2000)……………………………………………25

*New York State Club Ass'n, Inc. v. City of New York*, 487 U.S. 1 (1988)……………….26

*NAACP v. Alabama ex rel. Patterson*, 357 U.S. 449 (1958)……………………………26

*Bantam Books, Inc. v. Sullivan*, 372 U.S. 58 (1963)……………………………………26

*Laird v. Tatum,* 408 U.S. 1 (1972)……………………...…………….…………………26

*American Communications Ass'n. C.I.O. v. Douds*, 339 U.S. 382 (1950)……………….26

*Mendocino Environmental Ctr. v. Mendocino County*, 192 F.3d 1283
(9th Cir.1999)……………………………………………………………………………..26

*Crawford-El v. Britton*, 93 F.3d 813 (D.C.Cir.1996),
*vacated on other grounds*, 520 U.S. 1273 (1997)…………………………………………26

*In re First Nat'l Bank,* 701 F.2d 115 (10th Cir. 1983)…………………………………27

*United States v. Gurule*, 437 F.2d 239 (10th Cir. 1970)…………………………27, 33

*Faretta v. California*, 422 US 806 (1975)…………………………………….………28

*Washington v. Texas*, 388 U.S. 14 (1967)……………………………………….....28, 29

*Webb v. Texas*, 409 U.S. 95 (1972)……………………………………………………28

*United States v. Henricksen*, 564 U.S. 197 (5th Cir. 1977)………………………...28

*United States v. Whittington*, 783 F.2d 1210 (5th Cir. 1986)………………………29

*United States v. Pinto*, 850 F.2d 927 (2nd Cir. 1988)….…………………..…..29

*United States v. Goodwin*, 625 F.2d 693 (5th Cir.1980)………...…………..29, 30

*United States v. Smith*, 478 F.2d 976 (D.C.Cir.1973)……………………………..29

*United States v. MacCloskey*, 682 F.2d 468 (4th Cir.1982)…………………….….29

*United States v. Little*, 753 F.2d 1420 (9th Cir.1984)………………….…....…29

*See United States v. Goodwin*, 625 F.2d 693 (5th Cir. 1980)…………...…………29

*United States v. Hammond,* 598 F.2d 1008 (5th Cir. 1979)……………………..…30

*United States v. Chapman*, 524 F.3d 1073 (9th Cir. 2008)……………………...…33

*Cacoperdo v. Demosthenes*, 37 F.3d 504 (9th Cir. 1994)…………………………33

*United States v. Owen*, 580 F.2d 365 (9th Cir. 1978)……………………………..33

*United States v. McClintock*, 748 F.2d 1278 (9th Cir. 1984)…….....………………33

*Bank of Nova Scotia v. United States*, 487 U.S. 250 (1988)………………………33

*United States v. Lartzolo*, 869 F.2d 1354 (9th Cir. 1989)…………………………33

*United States v. Ruehle*, United States District Court,
Central District California, Southern Division, Case No. 08-00139 – CJC,
Exhibit I……………………………………………………………...………………34

Federal Statutes

18 USC §1512……………………………………………………..…………….…...13

18 USC §2511……………………………………………………….……........…18

Code of Federal Regulations

5 CFR §2635.501………………………………………………………..…………..19

5 CFR §2635.502……………………………………………………………...….….19

28 CFR §45.2……………………………………………………………….......……19

Criminal Rules

Fed. R. Crim. Pro. 6(e)(2)…………………………………………….....15, 17, 18, 19


Fed. R. Crim. Pro. 26.2……………………………………………..…….8, 9, 14, 27

<u>Other Federal Authorities</u>

USAM §9-11.010…………………………………………………………………….13

USAM §9-2.032 (D) (1)-(2)……………….……………………19, 20, 21

USAM §9-2.032 (D)(2)(b)……………………………………………………...28

<u>Kansas Statutes</u>

KSA §22-2515……………………………………………………………….17

KSA §2217……………………………………………………………………..18

KSA §2215(b)-(d)……………………………………………………......18

<u>Other Kansas Authority</u>

Kansas R. of Prof. Cond. §1.7, comment 15……………………………...11

<u>Treatise</u>

William P. Marshall, <u>In Defense of the Search for Truth as a First Amendment Justification</u>, 30 Ga. L. Rev. 1 (1995)………………………….25