IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF KANSAS

FILED
U.S. District Court
District of Kansas

JUN 24 2010

Clerk, U.S. District Court
By _____ Deputy Clerk

UNITED STATES OF AMERICA,        )
                                 )
            Plaintiff,           )   CRIMINAL ACTION
                                 )
v.                               )   No.   07-10234-01, 02
                                 )
STEPHEN J. SCHNEIDER and LINDA K.)
SCHNEIDER, a/k/a LINDA ATTERBURY,)
d/b/a SCHNEIDER MEDICAL CLINIC,  )
                                 )
            Defendant.           )
                                 )

## VERDICT

We the jury, duly impaneled and sworn, upon our oaths find the defendants **STEPHEN SCHNEIDER and LINDA SCHNEIDER**

1. (GUILTY)       )
                  )   as charged in Count 1 of the Indictment;
   NOT GUILTY     )

NOTE:  Circle the words "guilty" or "not guilty" to properly reflect your verdict.

[IF YOUR VERDICT ON COUNT 1 WAS "GUILTY," ANSWER THE SPECIAL QUESTIONS WHICH APPEAR ON THIS AND THE REMAINING PAGES OF THIS VERDICT FORM.  THEN SIGN AND DATE THE VERDICT FORM.  IF YOUR VERDICT WAS "NOT GUILTY," IT IS NOT NECESSARY TO COMPLETE THE REST OF THIS VERDICT FORM.  YOU MUST, HOWEVER, SIGN THIS VERDICT FORM AND PROCEED TO THE VERDICT FORMS FOR THE REMAINING CHARGES AGAINST THE DEFENDANTS.]

Identify which of the following crimes that you unanimously find the government has proven beyond a reasonable doubt that the defendants conspired to commit.  If you cannot reach unanimous agreement that the defendants conspired to commit a particular crime listed below, leave the corresponding box blank:

| Crime | YES |
|---|---|
| Unlawful dispensing of Controlled Substances, in violation of 21 U.S.C. § 841(a)(1) | |
| Health Care Fraud, in violation of 18 U.S.C. § 1347 | X |
| Money Laundering, in violation of 18 U.S.C. § 1957 | |

Identify any of the following "Overt Acts" you unanimously find that the government has proved beyond a reasonable doubt. The overt acts are alleged in paragraph 51 of the indictment. The following list refers to the overt acts alleged in paragraphs 51(b) through 51(p) of the indictment. Please indicate your findings by placing an "X" in the corresponding box in the column labeled "**STEPHEN SCHNEIDER**" if you unanimously conclude that the government has proved beyond a reasonable doubt that **STEPHEN SCHNEIDER** committed the alleged overt act, and/or by placing an "X" in the corresponding box in the column labeled "**LINDA SCHNEIDER**" if you unanimously conclude that the government has proved beyond a reasonable doubt that **LINDA SCHNEIDER** committed the alleged overt act. If you cannot reach unanimous agreement as to a particular act and a particular defendant, leave that box blank.

| Overt Acts alleged in the indictment, by paragraph | STEPHEN SCHNEIDER | LINDA SCHNEIDER |
|---|---|---|
| 51(b) | X | |
| 51(c) | | X |
| 51(d) | X | X |
| 51(e) | X | X |
| 51(f) | X | X |
| 51(g) | | |
| 51(h) | | |
| 51(i) | X | |
| 51(j) | X | |
| 51(k) | X | X |
| 51(l) | X | X |
| 51(m) | X | X |
| 51(n) | X | X NO |
| 51(o) | | |
| 51(p) | | |

4/24/10
Date

Foreperson