888

1                    (Beginning at 1:00 p.m. April,

2                     30, 2010, the following

3                     proceedings continued.)

4          THE COURT:  Next witness, please.

5          MS. TREADWAY:  Thank you, Judge.  Pursuant to

6    an agreement by the parties, we are interrupting Dr.

7    Oeberst's cross-examination to bring in another witness

8    who has some travel difficulties after today.  The

9    Government would call Dr. Deborah Johnson.

10                      **Deborah Johnson**

11   Having been first duly sworn to tell the truth, the

12   whole truth and nothing but the truth, testified as

13   follows on:

14                    **DIRECT EXAMINATION**

15   BY MS. TREADWAY:

16   Q   Could you please introduce yourself to the jury?

17   A   Yes.  I'm Deborah Gale Johnson.

18   Q   And are you a medical doctor?

19   A   Yes, I am.

20   Q   In the past have you performed autopsies at the

21   Sedgwick County Regional Forensic Science Center?

22   A   Yes, I have.

23   Q   And could you review with the jury your educationsl

24   background beginning with your graduate college degree?

25   A   Sure.  I have a Bachelor of Science in Chemistry

1   from Texas Tech in Lubbock, Texas.  I have a Master's

2   Degree in Physical Chemistry and Astrophysics from the

3   University of Colorado in Boulder.  Then I have a

4   Medical Degree from the University of Colorado School of

5   Medicine that I got in 1990.

6   Q    And are you a board certified forensic pathologist?

7   A    Yes.

8   Q    And how long have you been a board certified

9   forensic pathologist?

10  A    I believe my last board was in the fall of '96.

11  Q    So you have more than one board certification?

12  A    Yes.  I have them in anatomic, clinical and

13  forensic.  You can only have three specialties and those

14  are my three.

15  Q    How many years have you been working as a forensic

16  pathologist, Dr. Johnson?

17  A    Almost 14.  My first job was here in Wichita in

18  1996.

19  Q    In those years, could you estimate how many

20  autopsies you've been involved in?

21  A    Yes.  I just counted and I just went over the 3,000

22  mark a few months ago.

23  Q    As a medical examiner and forensic pathologist, do

24  you on occasion serve as a paid expert instead of an

25  expert in the course of doing your job at the facility?

1   A   Occasionally, yes.

2   Q   And is that the context you are here today?

3   A   Yes.

4   Q   Are we going to be compensating you for your time

5   here in court?

6   A   I hope so.

7   Q   And for the time that you spent reviewing the

8   materials?

9   A   Yes.

10  Q   And are we also compensating you for your travel?

11  A   I think you've already prearranged it so I didn't

12  have to pay for it.

13  Q   You know what you've been paid to date?

14  A   I haven't been paid anything to date.

15  Q   Once you send us your invoice, we'll pay you?

16  That's what you're anticipating?

17  A   I'm hoping.

18  Q   Okay.  Now, I'd like to hand you what has been

19  marked for identification as Exhibit 5-D-7, 150-7-B and

20  150-25-B.  Prior to your testimony today did you have an

21  opportunity to review those documents?

22  A   Yes.

23  Q   And are those three autopsy reports about autopsies

24  that you personally performed here in Wichita at the

25  Forensic Science Center?

891

1    A    Yes.

2    Q    And are these autopsies public records?

3    A    Yes, they are.

4    Q    And do those documents reflect your activities at

5    the Forensic Science Center, including matters observed

6    and your factual findings?

7    A    Yes.

8    Q    And as to the matters observed, recorded in these

9    documents, were these documents created under a duty

10   imposed by law for you and the Forensic Science Center

11   to make such observations and report them?

12   A    Yes.

13   Q    And as to the factual findings recorded in these

14   documents, did you make them as the result of an

15   investigation that you made pursuant to the authority

16   granted to you by law?

17   A    Yes.

18   Q    Prior to your testimony today, have you reviewed

19   these autopsies and the toxicology reports?

20   A    Yes.

21   Q    And did Dr. Rohrig author all of the toxicology

22   reports?

23   A    Yes.

24   Q    And do you, as a forensic pathologist in the normal

25   course of doing your duties, review toxicology reports

```
1     for the cases you are performing autopsies on?

2     A   Yes.

3     Q   And are they a part of the final autopsy report?

4     A   Yes.

5               MS. TREADWAY:  Government would offer Exhibit

6     5-D-7, 150-7-B and 150-25-B as public records under

7     803(8) and as business records under 803(6).

8               MR. WILLIAMSON:  We'll object to the

9     toxicology aspect of the autopsy reports based on the

10    same grounds and subject to the conditional admittance

11    like the Court did with the others until we make a final

12    decision before 5:00 today.

13              MR. BYERS:  Join in that, Your Honor.

14              THE COURT:  Same for you, Mr. Byers?

15              MR. BYERS:  Yes, Your Honor.

16              THE COURT:  They're received.

17    BY MS. TREADWAY:

18    Q   I'm also handing you for reference, ma'am, something

19    I believe you also reviewed prior to your testimony

20    today.  That's Government Exhibit 1-A which is a summary

21    chart that hasn't yet come into evidence but we've been

22    referring to.  Did you review the autopsies and death

23    certificates and compare the information to that which

24    is in that summary chart for these three autopsies?

25    A    Yes.
```

1    Q    And did you find the information in Exhibit 1-A to

2    be accurate?

3    A    Yes.

4    Q    Now I'd like to hand you what has been marked for

5    identification as the corresponding death certificates,

6    Exhibit 5-D-6, Exhibit 150-7-A, and 150-25-A.  Are those

7    the corresponding death certificates for the autopsies

8    you performed?

9    A    Yes.

10   Q    And were you the certifying physician on all these

11   death certificates?

12   A    No.

13   Q    And why is it that you weren't the certifying

14   physician on some or all of these?

15   A    One of them was an out-of-county case and by law --

16   I believe the person died in that county, and that

17   Coroner will do the certifying.  We just give them the

18   information.  And then the other case I was probably out

19   of town when the death certificate finally came in

20   because at the time I was only here part-time.  And Dr.

21   Oeberst as the Coroner has the authority to sign in my

22   absence given the information I give her.

23   Q    Great.  Now I'd like to identify each of these

24   individuals for the record.  Who is the autopsy report

25   about 5-D-7?

894

1    A    That is Pamela F.

2    Q    And 150-7-B, who's autopsy is that?

3    A    Donna D.

4    Q    And 150-25-B, whose autopsy is that?

5    A    Ralph S.

6    Q    Now, with regard to Donna D, was the certifying

7    physician on the death certificate Dr. Varner?

8    A    Yes.

9    Q    And was the certifying physician on Ralph's death,

10   Dr. Oeberst?

11   A    Yes.

12   Q    Are these death certificates public records?

13   A    Not in the sense that anybody can see them.  Next of

14   kin, people who have a need to know can and they have to

15   sign for them.  They're vital statistics.

16   Q    That was my next question.  They are vital

17   statistics, are they not?

18   A    Yes.

19   Q    And have you reviewed the death certificates in

20   comparison with your autopsy reports?

21   A    Yes.

22   Q    And in their pertinent parts, do the death

23   certificates accurately reflect what was in your autopsy

24   report?

25   A    Yes.

1          MS. TREADWAY:  Government would offer Exhibits

2    5-D-6, 150-7-A and 150-25-A as both public records under

3    803(6) and records of vital statistics under Federal

4    Rule of Evidence 803(9).

5          THE COURT:  Same objection?

6          MR. WILLIAMSON:  Yes, Your Honor.

7          MR. BYERS:  Yes, sir.

8          THE COURT:  Same ruling.

9    BY MS. TREADWAY:

10   Q    Now let's first look at Government Exhibits 5-D-7

11   and 5-D-6, the death certificate and autopsies for

12   Pamela F.  And let's look at Page 2 of your autopsy

13   report.  And we're going to bring this up for the jury

14   to see simultaneously.

15   A    Okay.

16   Q    According to your autopsy report, what was the cause

17   of Pamela F's death?

18   A    That was an acute mixed drug intoxication; and in

19   parenthesis it lists the drugs benzodiazepine, which is

20   a general category, oxycodone, and Carisoprodol.

21   Q    And what was the manner of Pamela's death?

22   A    That was an accident.

23   Q    And turning to her death certificate, if we could

24   look in box 33-D, how injury occurred.

25   A    Yes.

1    Q    What does it say?

2    A    Ingested prescription medications.

3    Q    Now I would like to go back to Pamela's autopsy and

4    I would like to go to the end of your report,

5    specifically Page 6.  As we were preparing for your

6    testimony today I think I accused you of being an

7    English teacher in a prior lifetime.  You write in this

8    autopsy your opinion of how Pamela F died.  And I think

9    it would be helpful to the jury if you could read that

10   to them as they're reading along with you on the screen.

11   A    Okay.  "It is my opinion that Pamela F died as the

12   result of an acute mixed drug (benzodiazepines,

13   oxycodone, carisoprodol) intoxication.  A complete

14   autopsy found the decedent to be morbidly obese with an

15   enlarged heart, spleen and liver.  Toxicological

16   analyses with post mortem specimens found decedent had a

17   therapeutic level of Alprazolam; high level of oxycodone

18   that was several times the therapeutic level; and a high

19   level of Carisoprodol and its active metabolite

20   Meprobamate that was also several times the therapeutic

21   level."

22   Q    All right.  I want to stop you right there.  Now,

23   the Alprazolam, is a benzodiazepine?

24   A    Yes.

25   Q    Do you know the typical name of the drug that

1    produces Carisoprodol and its metabolite Meprobamate?

2    A    Yes.  That's called Soma.

3    Q    Continue reading please.

4    A    "Since these drugs are not intended to be mixed

5    together in a cocktail and ingested simultaneously

6    because their effects are additive, to do so is to risk

7    entering a state of central nervous system and

8    specifically respiratory depression so severe that one

9    may never come out of it.  Contributing factors were

10   morbid obesity, which can cause difficulties breathing;

11   and hypertension, which causes an enlarged heart that

12   requires a higher level of oxygen in the blood to

13   continue proper functioning.  In the face of declining

14   respiration from the drugs, such a heart would be more

15   prone to develop a fatal cardiac arrhythmia.  Another

16   contributing factor is the decedent's advanced liver

17   disease.  Since all these drugs depend upon a healthy

18   functioning liver to metabolize them to inactive

19   byproducts over a short period of time, when the liver

20   cannot do this, the levels of the active forms of these

21   drugs can climb to dangerous levels.  While the

22   decedent's alcohol level at the time of death was

23   negative, the degree of liver cirrhosis seen here is

24   most consistent with a history of chronic alcohol abuse,

25   although a history of that was not given in this case.

898

1    Examination on her prescription bottles found she had

2    taken far too many pills than she should have of her

3    Diazepam, Carisoprodol and Oxycodone.  Because the

4    levels are not suggestive of an intentional massive

5    overdose, it is more likely that the decedent's death

6    was unintentional.  The manner of death is accident. "

7    Q    Thank you.  If we can digest that into smaller

8    information.  Were her underlying medical conditions

9    contributory but not the primary cause of her death?

10   A    Yes.

11   Q    And because of those underlying medical conditions,

12   was the overdose even worse for her?

13   A    Yes.

14   Q    Now I would like you to turn to the death

15   certificate and autopsy for Donna D.  Government

16   Exhibits 150-7-A and B.  Would you bring that autopsy

17   up.  And if we could turn to the cause and manner of

18   death section.  What was the cause of death as you

19   reported on page 2 of this autopsy report, Dr. Johnson?

20   A    Okay.  Acute mixed drug intoxication.  And with

21   Fentanyl, Methadone, benzodiazepines, Meprobamate being

22   the drugs.

23   Q    In terms of the manner of death, were you able to

24   determine that at the time of autopsy?

25   A    No.

899

```
 1    Q    And, in fact, was that ever able to be determined?

 2    A    No, evidently not.

 3    Q    What were the two choices that you were

 4    contemplating?

 5    A    It came down to accident versus suicide.  Homicide

 6    is still out there, but there was never any suggestion

 7    of that.  But basically did she take them purposefully

 8    or was it just an accident that she overdosed?

 9    Q    You never thought that Donna died of natural causes,

10    did you?

11    A    No.  But I did consider that.

12    Q    Of course you did.  You don't start out with your

13    conclusion when you're looking at a body ready to be

14    autopsied, do you?

15    A    No.

16    Q    An autopsy is just one part of the death

17    investigation and you look at everything you have to

18    determine the cause of death?

19    A    Yes.

20    Q    Because forensic pathology is at its heart the

21    practice of medicine, isn't it?

22    A    I hope so, yes.

23              MR. WILLIAMSON:   I'm going to object.  I gave

24    a little leeway; but she's been leading for several

25    questions.
```

900

1          THE COURT:  Sustained.

2    BY MS. TREADWAY:

3    Q    Now let's refer to the death certificate and confirm

4    that this was an undetermined manner of death.

5    A    Said could not be determined, which is the same

6    thing.

7    Q    Could not be determined.  Same thing.  I think it's

8    on the next page.  Could not be determined.  Thank you.

9          Now, again, you wrote a lovely opinion for Donna on

10   Page 7 of your autopsy; and if you can take a drink of

11   water again and read that for the jury as they're

12   reading along with you I think this would be very

13   educational for them.

14   A    "It is my opinion that Donna D died as the result of

15   an acute mixed drug, Fentanyl, methadone,

16   benzodiazepines and meprobamate intoxication.  A

17   complete autopsy found an obese female with a number of

18   medical problems.  See diagnosis above.  None of which

19   were compelling as a cause of death.  Toxicological

20   analyses, however, found fatal levels of two

21   non-prescribed prescription drugs:  Fentanyl and

22   Methadone.  Together with Meprobamate, a derivative of

23   Soma.  And benzodiazepines in therapeutic amounts.

24   There was no hydrocodone found, thus indicating that she

25   had disposed of the drug in some fashion other than

1    ingesting it.  Unless the history received is

2    inaccurate, this decedent was not prescribed and thus

3    was not a habitual user of either Fentanyl or methadone.

4    Although she may have been somewhat opiate tolerant if

5    she had recently been on morphine.  However, even opiate

6    tolerant individuals would be at risk with the

7    combination of the drugs she ingested -- she had

8    ingested at the amounts found in her system.

9        The associated brain edema, although a nonspecific

10   finding, is quite characteristic of drug overdoses which

11   involve severe respiratory central nervous system

12   depression and suppression of respiration, leading to

13   irreversible anoxic injury of the brain.

14       Information provided about the history and

15   circumstances of this death is insufficient to determine

16   manner of death at this time.  And its determination

17   will be made by the referring Coroner based on his

18   further investigation.

19   Q    There are two words in there I'm going to need you

20   to explain.  What is edema associated in the brain.

21   What does that mean?

22   A    It's just swelling of the brain and it's just the

23   water builds up in tissues of the brain.

24   Q    And there's -- also you said an irreversible anoxic

25   injury of the brain.  What is anoxia?

902

```
1    A    Anoxia literally means without oxygen, although to
2    be absolute correct probably hypoxia would do the same
3    thing.   And the hypoxia means low oxygen.   So if you
4    starve the brain of oxygen, it will swell.   That's how
5    it reacts.
6    Q    And in this death, as with the prior death of
7    Pamela, was it the combination of drugs and their
8    additive effects that caused these individuals' deaths?
9    A    Yes.
10   Q    And the anoxic effect and the edema, are those
11   typical findings in drug overdose deaths?
12   A    Yes.   They're not required.   There are a few drug
13   deaths you don't always see them; but it's very
14   characteristic.
15   Q    And as the brain loses oxygen, what happens to the
16   rest of the body?
17   A    Well, that's the control center and everything else
18   shuts down.   The heart may keep beating for a while
19   because it has some stimulating neuron -- well, not
20   neurons, but little cells in the heart that can keep it
21   beating.   But only for a few minutes and then it's gone.
22   Q    Turning to your last autopsy for Ralph S, Exhibits
23   150-25-A and B, the death certificate, autopsy.   Turning
24   to Page 2 -- or this is on Page 1.   I apologize.   On
25   Page 1 of your autopsy report what are the cause and
```

1    manner of his death?

2    A    The cause is acute mixed drug -- which in this case

3    was methadone and benzodiazepine -- intoxication; and

4    manner was accident.

5    Q    And turning to 33-D on the death certificate, what

6    you list as how the injury occurred?

7    A    Okay.  Jamie listed this, Jamie Oeberst.

8    Q    I'm sorry.  What did Jamie list?

9    A    This is very similar to the way I would have worded

10   it:  Ingested quantities of prescribed and non-

11   prescribed controlled drugs.

12   Q    Now moving to Page 6 of your autopsy report.  We

13   have another one of your narratives which I like.  Could

14   you share that with the jury please.

15   A    Okay.  I don't know how confusing this will be, but

16   you'll guide us later, I'm sure, if there are unanswered

17   questions because I expect the person to know the

18   history before they know this.  It is my opinion that

19   Ralph S died as a result of acute mixed drug --

20   methadone and benzodiazepine -- intoxication.  A

21   complete autopsy found no evidence of significant trauma

22   or medical disease process except for a rather edematous

23   (swollen) brain, which can occur in situations of

24   hypoxia/anoxia.  Toxicological analyses of post-mortem

25   specimens found a high level of methadone and

904

1    therapeutic levels of diazepam, which is Valium, and its

2    other benzodiazapine metabolites, which are also

3    pharmacologically active.  Decedent was not prescribed

4    methadone but was prescribed diazepam.  Two pills that

5    were found in his stomach at autopsy were aspirin

6    tablets.  Mixing a narcotic and a benzodiazepine is

7    quite dangerous because both are central nervous system

8    depressants and can suppress respiration

9    synergistically, that is, more than in just a straight

10   additive way.  Despite the administration of Naloxone,

11   Narcan, which reverses the effects of narcotic drugs

12   like methadone by preferentially binding to opiate

13   receptors and displacing the methadone from them,

14   rendering it harmless, the decedent still succumbed to

15   the drugs anyway.  Naloxone has no effect against

16   benzodiazepines, of course, and he may have taken

17   additional methadone, which his wife believes was

18   unlikely.  The presence of the aspirin pills in the

19   stomach also argues -- and there should have been an

20   against but the type is left out -- which is me -- the

21   likelihood of his having taken more methadone pills

22   since no other pill remnants were found in the stomach

23   or small intestine.  Instead, he may have been a victim

24   of the well known rebound effect which can occur when a

25   great deal of methadone has been taken which allows

1    methadone to outlive the Naloxone which has a shorter

2    half life or survival time.  Because he lied to the

3    emergency room staff and told them he had only taken

4    benzodiazapine and because methadone is not detected on

5    the standard urine drug screen, they were unaware he was

6    really in danger from a narcotic and should have

7    probably continued to be given Naloxone and observed for

8    several more hours.  Benzodiazepines are not nearly so

9    dangerous in an overdose situation and massive amounts

10   have to be taken to get in serious trouble; however, he

11   had not just taken benzodiazepines.  And when the

12   Naloxone wore off, the methadone was free to once again

13   bind with receptors synergistically with the

14   benzodiazepines still present to cause respiratory

15   depression and death.

16   Q   Yes.  There's lots of questions embedded in that

17   narrative.  First of all, on the first page you said

18   that the metabolites of benzodiazepines are also

19   pharmacologically active.  Tell the jury what that

20   means.

21   A   Well, many of the later generations -- I mean,

22   everybody's heard about 'em -- but there are many other

23   drugs that you can get.  His drug was Ativan, as I

24   recall, that he had been given and it's a bigger drug

25   that gets broken down.  And so when it gets brown down,

906

1    one of the ones is Diazepam, which is Valium.  So we
2    can't tell sometimes what they originally took, you
3    know, if they took Ativan or they took -- they all have
4    a bunch of different names.  But most of them their
5    metabolites are just as potent as the original drug so
6    that's why we just say benzodiazepines.
7    Q    Once it breaks down, are you saying it's still
8    active?
9    A    Yes.
10   Q    Now, you mentioned there was a medical history
11   behind this story?
12   A    Yes.
13   Q    Could you briefly explain what that medical history
14   is?
15   A    Yeah.  Well, he was found unconscious in his car
16   waiting for a family member who went shopping.  When the
17   family member came back, he was passed out.  And the
18   emergency crew who came to respond gave him -- as they
19   always do everybody in that situation -- they give 'em a
20   dose of Narcon.  Won't hurt anybody.
21   Q    And what is that?
22   A    It's Naloxone.  It's an antagonist.  By that it
23   means it will actually push off any sort of opiate
24   that's binding to the receptors that they bind to give
25   us the pain relieving effects and cause unconsciousness.

1    Q   Now, in lay terms, is there a way you can explain

2    what Narcan does if you have overdose?

3    A   Well, it -- the receptors that bind the narcotic and

4    make it work like Narcan molecules better.

5    Q   So they run there?

6    A   Well, it stays put, but the, you know, everything is

7    bounding against, you know, you've got a fluid system in

8    the body and so these molecules are bumping up against

9    the receptor all the time.  When it sees the Narcan

10   molecule, it likes that better and so it will bind onto

11   that.  But it doesn't last as long as the methadone

12   molecule will; and so over a period of time the Naloxone

13   will break down and then the methadone says, oh,

14   receptor, back on.  So that's a danger.  And emergency

15   room physicians know this; and if they suspect there

16   really is a narcotic, they will continue to monitor the

17   patient and if they start getting sluggish and sleepy

18   again, they'll give 'em another dose.  It takes two or

19   three doses.  So that, unfortunately, was not known and

20   their drug screen -- Methadone won't react as an opiate.

21   It doesn't come up.  Unless it's, you know, you can set

22   up your drug screen so that you can see it but the

23   typical hospital drug screen doesn't.

24   Q   So does the Narcan act to stop the opiate from the

25   central nervous system depression effect?

908

```
 1   A   Yes.  It does not hurt anything in the body.
 2   Q   But it will stop that opiate?
 3   A   It blocks it.  Can't get to the receptor.
 4   Q   But in this situation, it didn't block it?
 5   A   It did originally.
 6   Q   Long enough?
 7   A   Right.
 8   Q   So it came back?
 9   A   Yes.
10   Q   And that's what eventually was a part of his death
11   process?
12   A   Right.  We can't 100% say he didn't get ahold of
13   some more; but his wife was really sure they didn't have
14   any around there and she didn't see any.  She did leave
15   the house for a little bit of time.  But we didn't find
16   anything but aspirin in his stomach.
17   Q   Which would indicate that he hadn't ingested
18   anything else?
19   A   Right.  I think what it was was the rebound effect.
20   Q   Dr. Johnson, in your opinion, within a reasonable
21   degree of scientific and medical certainty, did each of
22   the autopsies we have introduced into evidence correctly
23   reflect both the cause and manner of death?
24   A   Yes.
25   Q   And in your opinion did all three of these
```

909

```
 1   individuals die of essentially drug overdoses?
 2   A   Yes.
 3           MS. TREADWAY:  Nothing further, Judge.
 4           THE COURT:  Yes, sir.
 5           MR. WILLIAMSON:  Thank you, Your Honor.
 6                   CROSS EXAMINATION
 7   BY MR. WILLIAMSON:
 8   Q   How you doing, Dr. Johnson?
 9   A   I'm fine.
10   Q   I'm Lawrence Williamson.  We've never had a chance
11   to meet.  I represent Dr. Schneider in this case.
12   A   Okay.
13   Q   I'm assuming that you have given testimony in court
14   before; correct?
15   A   Yes.
16   Q   And you've actually written papers, articles, about
17   testifying in front of juries and how misconceptions
18   could be taken based on, like, these television shows
19   and things; correct?
20   A   Yes.
21   Q   Okay.  I want to talk to you -- I know you have to
22   be out of here.  But I just want to speak with you about
23   these individuals that you just testified about.  Okay?
24   A   Sure.
25   Q   Starting with Pamela F.  Can you look at her
```

910

1    autopsy?

2    A    Sure.

3    Q    Are you aware that Dr. Schneider did not prescribe

4    the medicine that she had been taking?

5    A    I didn't know who had prescribed the medicine.

6    Q    And there's nothing in the history of your

7    investigation that you found that showed that Dr.

8    Schneider had been prescribing the medicine or that he

9    prescribed the medicine that she took at the time that

10   she passed; correct?

11   A    I don't have that information, no.

12   Q    And when I say you I mean you have to rely on the

13   investigative report; correct?

14   A    There's nothing in the file folder that I ever saw

15   that mentioned who the doctor was on him.

16   Q    And the only reason I ask is because there may be

17   something in that folder that you may not necessarily

18   remember.

19   A    Well, I went over and reviewed it yesterday and, you

20   know, to the best of my knowledge, there was nothing --

21   well, you know, it --

22   Q    I understand.

23   A    You understand, yeah.

24   Q    Your exam identified that Pamela F had an enlarged

25   heart; correct?

911

1    A    Yes.

2    Q    And it was 560 grams?

3    A    Right.

4    Q    And it should have been roughly around 270 grams,

5    correct?

6    A    Well, let me check her height.

7    Q    I think she was about 68 inches tall?

8    A    Yeah, I go by height.  Some people do factor in the

9    weight; but I feel that, you know, it puts a strain on

10   the heart, and big hearts for obese people are

11   pathology.  So I would say anywhere from 250 to 350

12   probably.  I wouldn't have even thought otherwise about

13   the heart on her.

14   Q    Okay.  So 560 grams is really extremely large?

15   A    It's at least one and a half times.

16   Q    Okay.  And you would agree that having an enlarged

17   heart is a -- puts people at a greater risk for dying

18   from sudden cardiac disease; correct?

19   A    Yes.

20   Q    Did you also measure the thickness of her heart?

21   A    Yes.

22   Q    And was it about 2.0 centimeters?

23   A    Okay.  Now, you're not referring to the whole heart.

24   Q    I'm sorry.  I'm actually mixing up my people.

25   Sorry.

1    A    I can tell you it was 1.7, which is enlarged.  Your

2    point is still pretty much the same.

3    Q    Right.  And would you categorize her as obese?

4    A    Yes.  She was morbidly obese I think.  Yes,

5    morbidly, which means a body mass index of greater than

6    40 for those of you who watch those things.

7    Q    And, again, that is a factor that could put somebody

8    at greater risk for sudden cardiac death; correct?

9    A    Yes.  I mean, there's a pathway to get there; but,

10   yeah.  Bottom line, yeah.

11   Q    Okay.  I really appreciate your opinion for actually

12   laying it out.  Are you familiar with NAME?

13   A    Oh, yes.  I'm a member.

14   Q    And part of the NAME standards they ask you to set

15   forth an opinion where you detail your analysis and how

16   you reach your opinion; correct?

17   A    Yeah.

18   Q    Okay.  And you think that's important.  I believe it

19   was actually helpful to the jury to do that; correct?

20   A    Yes.

21   Q    Okay.  And do you do this on all your autopsies?

22   A    Pretty much, yes.

23   Q    And you would expect any competent medical examiner

24   to do the same thing; correct?

25   A    No.  I know some very fine people who believe it's

913

```
 1    not a good idea and they can give excellent reasons why

 2    they don't.  One of my favorite mentors only puts the

 3    opinion of how -- the cause and manner of death.  He

 4    just believes -- but I just want -- if I get hit by a

 5    bus tomorrow, I want the medical examiner who has to

 6    testify for my report to know what I was thinking.  So

 7    personal preference; but -- just different, not wrong.

 8    Q   Okay.  And as far as -- well, that's fine.  The last

 9    question -- couple questions I have are you state that

10    there's a high level of oxycodone.  Correct?

11    A   Yes.

12    Q   And do you know how long this individual had been

13    taking hydrocodone -- or, excuse me -- oxycodone?

14    A   Okay.  Now, her, you know, just off the top of my

15    head, I don't remember.  That is one of the things I

16    always investigate.  I believe she, she was prescribed

17    that one and so I would expect her to have a higher

18    level.

19    Q   Okay.  And you would take that into consideration

20    when making your diagnosis; correct?

21    A   Yes.  It's why I say an autopsy is not done in a

22    vacuum.  We need the history.  And I did know at the

23    time I did this what every drug was and if we had a

24    reason for it.

25    Q   And would it also have been important how long she
```

914

1    had been taking that prescription?

2    A    Well, just to know that she had been taking it a

3    while, yeah.  Not just yesterday, but --

4    Q    And whether or not she had a continuous treatment of

5    that?

6    A    Yes.

7    Q    Because if she took some a long time ago, took a

8    break, a long break, then her tolerance would be

9    reduced; correct?

10   A    Right.

11   Q    And are you familiar with any literature where

12   patients were being treated with large doses of

13   oxycodone greater than what you found in Ms. Pamela F?

14   A    Oh, sure, yes.

15   Q    And so that number alone, without knowing how long

16   she had been taking it and the amounts that she had been

17   taking, you really can't say the full effect that that

18   oxycodone had on Pamela F while she was alive.  Is that

19   fair?

20   A    That's fair.

21   Q    Now, let's turn to Ralph S.  As part of Ralph S'

22   autopsy, did you review any medical records?

23   A    His private ones, no.  I reviewed the hospital

24   records and I did talk extensively with his wife.

25   Q    Okay.  And you noted that he was not truthful to the

915

1    ER when he went in to get treated; is that correct?

2    A    That's right.

3    Q    And as a medical doctor, you understand that it's

4    important for a patient to be honest with a physician so

5    the physicians can make the right medical decisions for

6    'em; correct?

7    A    Right.

8    Q    And because he was not honest with the emergency

9    room, they probably weren't able to give him certain

10   medicines that they might have otherwise have given him;

11   correct?

12   A    Certainly didn't help.

13   Q    Okay.  And are you aware, based on your

14   investigation, that Dr. Schneider never prescribed any

15   methadone to Ralph S?

16   A    As far as we knew, it was not prescribed by anybody.

17   Q    Okay.  So if Dr. Schneider didn't prescribe it, do

18   you know how he got it?

19   A    His wife speculated that there was a particular

20   friend of his that had some and he might have gotten it

21   there; but it was all speculation so, no, bottom line,

22   we don't know.

23   Q    Okay.  One point.  When you -- when toxicology tests

24   are run, they don't try to -- the toxicology tests don't

25   search for every like kind of medicine that could be

916

1    prescribed, does it?  Or every chemical that's out

2    there.  Is that fair?

3    A    Strictly speaking, yes.  I could qualify that, but,

4    yes.

5    Q    It does look for everything?

6    A    It depends on what you do, and I, I don't know,

7    you'll need to talk to the toxicologist because a lot of

8    times I run back to him and say but you didn't list this

9    drug and I know she had it, and he says, oh, well, we

10   did test for it.  So they know that better --

11   Q    I'm sorry.  Okay.  That's fair.  So sometimes a

12   toxicologist may run tests for all kind of medicines and

13   they only report certain ones to you?

14   A    They report the positives.  And then sometimes,

15   depending on the lab, different labs do it differently,

16   they'll give you a laundry list of the common things

17   that they know I'd be worried about.  And many is the

18   time I've called up a lab and said I just found out he

19   has this drug, would you have seen it and they say,

20   yeah, or no, they'll have to order that test.  But

21   almost everything can be tested for.

22   Q    And do you -- are you aware as to whether or not the

23   toxicologist actually programs the test to search for

24   certain medicines?

25   A    I know they, they can tell you what they do and

917

1   that's -- I know some about toxicology; but you're

2   getting into the expert area now so -- I'm not an

3   expert.

4   Q   Okay.  You mentioned that there are common types of

5   chemicals that you may want to know about.  Can you tell

6   us just generally do you have just like a short list of

7   things that you in most autopsies you want to know if

8   it's positive in their system?

9   A   Sure.  There are a number of the illicit drugs like

10  cocaine, methamphetamine, ecstasy, that are very common

11  and often seen and I may suspect them.  In other cases

12  they may come up and I thought it was a heart attack.

13  Elderly grandmother driving a car had cocaine.  Who

14  knew.  There are other drugs --

15  Q   Can I just ask you about that.  If, if that --

16  excuse me.  If that elderly lady was driving her car and

17  had a car accident and happened to have cocaine in her

18  system, would that automatically mean that she died from

19  cocaine intoxication?

20  A   No.  No.

21  Q   You would want to do a histologic --

22  A   No.  I mean, she could have certainly just had

23  cocaine on board and it didn't kill her.  Yeah, we

24  all -- in this case, she had what looked like a

25  perfectly good reason to have a heart attack, but

1    because cocaine plays a contributory role to having a

2    heart attack, it becomes part of the cause of death.

3    Q   All right.  And cocaine actually causes cardiac

4    spasms which would help trigger a heart attack; correct?

5    A   It causes a lot of things.  That's -- arterial

6    narrowing can certainly bring on a heart attack.  She

7    actually had more, but, yes.

8    Q   Sorry for interrupting you.  And you were mentioning

9    the other types of substances --

10   A   Yeah.  We go on the history.  That's why I was being

11   kind of qualified with you before.  If I know that it's

12   a child who couldn't -- who could have gotten into the

13   parents' medicine cabinet, then I'll tailor what I ask

14   for specifically; but the common things are the anti

15   depresssent categories the benzodiazapine categories

16   because they're so commonly prescribed.  The muscle

17   relaxants like Flexeril, Soma.  The -- well, the

18   analgesics, the pain reliever, the opiates, the

19   pseudonarcotics.  Those are the common things that are

20   run through any drug screen.  And then usually when you

21   order tox you can order all levels.  We're lucky here

22   that they do just about everything so --

23   Q   Okay.  Thank you.  And Mr -- I'm not going to spend

24   a lot of time since this wasn't even somebody that Dr.

25   Schneider saw, but just a couple more questions.  This

919

1    person also had an enlarged heart; correct?

2    A    In his case I'd say it was physiological, meaning

3    he's just -- he -- he was very fit.  He was a soldier.

4    Very strong, muscular guy.  I'd expect him to have a

5    heart just about the size that he had.  And I didn't put

6    it down as a diagnosis even so I think his heart is

7    perfectly normal for him.

8    Q    For his physiological make-up?

9    A    Yes.  He was very muscular.

10   Q    And I don't think I have anything else about

11   Mr. Ralph.

12        Lastly let's talk about Ms. Donna D.  Are you aware

13   that Ms. Donna D was never prescribed methadone or

14   Fentanyl by Dr. Schneider?

15   A    I believe I even said that in my conclusion that I

16   didn't know where she got those.

17   Q    Right.  You said non-prescribed; correct?

18   A    Right.

19   Q    Let's talk a little bit about your Fentanyl finding.

20   Just before we go -- I want to make sure we understand

21   that when you said non-prescribed you meant that, that

22   Fentanyl had not been prescribed by anybody.  Correct?

23   A    Not that we knew; but, remember, this is one that we

24   didn't get a good history on and I qualified everything

25   I said.  You know, as far as we knew.

1    Q    So in your history you never found any prescriptions

2    by Dr. Schneider so you wouldn't dispute that fact;

3    correct?

4    A    Let me make sure I'm not mixing these two people up.

5    It's easy to do.  So hang on.

6    Q    Okay.

7    A    Correct.  Yes.  They did go out to the house and do

8    an investigation and they did not find any, any drugs of

9    this category there.

10   Q    They didn't find any left over Fentanyl patches or

11   lollipops or anything?

12   A    Not according to what we had from the other -- but

13   we're depending on somebody else's investigation.

14   Sometimes they've thrown it out in the trash.  Whether

15   they went out there and looked -- I would, but maybe

16   they didn't.

17   Q    Okay.  And so your autopsy, your history that you

18   relied on depends heavily on the medical investigators

19   doing an accurate and complete job; correct?

20   A    Yes.

21   Q    Okay.  Now, Fentanyl itself -- well, strike that.

22             MR. WILLIAMSON:  I don't have anything

23   further, Your Honor.

24             THE COURT:  Redirect please.

25             MS. TREADWAY:  Nothing further, Judge.

921

```
 1              THE COURT:  Nothing further?
 2              MS. TREADWAY:  Yes.
 3              THE COURT:  Thank you, Doctor.  Very
 4   interesting.  Okay.  What are we going to do?  Call the
 5   other doctor back or --
 6              MS. TREADWAY:  I believe they want Dr. Oeberst
 7   back.
 8              MR. WILLIAMSON:  Ready, Your Honor.
 9              THE COURT:  I'm ready.  Born ready.
10                          JAMIE OEBERST
11   Having been previously duly sworn to tell the truth, the
12   whole truth and nothing but the truth, testified further
13   as follows on:
14                   CONTINUED CROSS EXAMINATION
15   BY MR. WILLIAMSON:
16   Q   Okay.  Dr. Oeberst, we were talking about Brad S
17   when we left off.  Can you just pull that file up
18   please.
19              MS. TREADWAY:  I'm sorry.  The name?
20              MR. WILLIAMSON:  Brad S.
21              MS. TREADWAY:  Thank you.
22   A   I found it.
23   BY MR. WILLIAMSON:
24   Q   I believe we talked about your findings in pretty
25   good detail, but there was one more issue that I'd just
```

1   like to discuss with you.

2           THE COURT:  Are you still on Bradley S?

3           MR. WILLIAMSON:  I am, Your Honor.

4   BY MR. WILLIAMSON:

5   Q   You found methadone in Bradley S' system; correct?

6   A   Yes.

7   Q   Are you aware that he had never been prescribed

8   methadone by Dr. Schneider?

9   A   No.

10  Q   Let's turn to -- I think you have this lady on your

11  list.  Lynnise G?

12  A   Yes.

13  Q   Are you there?

14  A   Yes.

15  Q   First, are you -- let's talk about Ms. G's history.

16  Are you aware that she suffered chronic neck pain?

17  A   Yes.

18  Q   Are you aware that she suffered migraines?

19  A   I don't have that history.  I have chronic back and

20  neck pain.

21  Q   Okay.  Where did you get your history from?

22  A   From the nurse at the hospital.

23  Q   And, again, you didn't request the medical records,

24  did you?

25  A   From the Schneider clinic?

1    Q    Yes.

2    A    I don't have those with me.  I don't recall from the

3    case file whether they were present or not.  I'm sure we

4    had hospital records.

5    Q    Okay.  And are you aware that -- strike that.  You

6    didn't find any oxycodone in her system, did you?

7    A    No.

8    Q    And no methadone either?

9    A    No.

10   Q    And there was Hydrocodone found in her system;

11   correct?

12   A    Yes.

13   Q    Are you aware that Dr. Schneider did not prescribe

14   Lynisse G with any hydrocodone at any time close before

15   she passed away?

16   A    No.

17   Q    You state in your pathologic diagnosis that Lynnise

18   G had a history of chronic prescription drug abuse;

19   correct?

20   A    Yes.

21   Q    Where did you base that information from?

22   A    From the history obtained from the hospital.

23   Q    From the history from the hospital?

24   A    Yes.

25   Q    Okay.  You didn't see any police reports where she

924

1    had been arrested for any drug abuse; correct?

2    A    No.

3    Q    Okay.  So do you know where the hospital got their

4    information from that Lynisse G was a drug abuser?

5    A    No.

6    Q    Okay.  Now, this is an interesting issue that we

7    probably haven't talked about before that will probably

8    lead us to just talk a little bit about a few other

9    types of drugs.  But what was the condition of Lynnise

10   G's liver?

11   A    She had what they call central lobular hemorrhagic

12   necrosis.

13   Q    And that's just what you would expect in the case of

14   acetaminophen poisoning; correct?

15   A    Yes.

16   Q    Acetaminophen is Tylenol, is it not?

17   A    Yes.

18   Q    And isn't it true that Tylenol or acetaminophen has

19   a higher chance of causing death as opioids?

20   A    I mean, it depends on how much you take.

21   Q    Right.  But acetaminophen is a lot more lethal than

22   opiates; correct?

23   A    If you take a very high dose it can cause extensive

24   liver injury, yes.

25   Q    Well, because Dr. Schneider didn't prescribe this

1    stuff, I think that's all we need to speak on with Ms.

2    G.

3              MS. TREADWAY:  Judge, I'm going to object at

4    this point in time to Mr. Williamson continually

5    testifying and would ask the Court admonish the jury

6    that questions of counsel are not evidence.

7              THE COURT:  I've already admonished them about

8    that.  I think that it's -- seems to me that the better

9    way to deal with it is to ask her if she has evidence

10   that Dr. Schneider did or did not prescribe the drugs.

11   The way you phrase it, it's assuming facts not in

12   evidence.  Right?

13             MR. WILLIAMSON:  I can rephrase it that way,

14   Judge.

15   BY MR. WILLIAMSON:

16   Q   Can we talk --

17             THE COURT:  You're not here to testify but you

18   can get that evidence in through this witness if you ask

19   the question properly.

20             MR. WILLIAMSON:  Thank you, Your Honor.

21   BY MR. WILLIAMSON:

22   Q   Let's turn to Marie H.

23             MS. TREADWAY:  She is 6-M.

24   A   I found it.

25

```
1    BY MR. WILLIAMSON:

2    Q   Are you there?

3    A   Yes.

4    Q   Okay.  Give me one second, please.  Do you have any

5    evidence that Dr. Schneider prescribed Marie H with any

6    kind of pain medicine leading up to her passing?

7    A   No.

8    Q   Okay.  Marie H had cocaine in her system; correct?

9    A   Yes.

10   Q   And cocaine can trigger a heart attack; correct?

11   A   Arrhythmia, yes.

12   Q   Do you have any evidence that Dr. Schneider -- and

13   on this one -- strike that.

14       You also note that she did have an enlarged heart;

15   correct?

16   A   Yes.

17   Q   And her cause of death is toxic effects of cocaine;

18   correct?

19   A   Yes.

20   Q   And do you have any evidence that Dr. Schneider

21   prescribed cocaine?

22   A   No.

23   Q   Do you know why this case is even before the jury?

24   A   No.  It was just included in the cases I was to

25   present.
```

```
 1              THE COURT:  Is she in Exhibit 1-A?  Is it --
 2      oh, yeah, I see her.  Marie H.  Not Mary H.
 3              MR. WILLIAMSON:  Marie.
 4              THE COURT:  I see her.  Okay.
 5      BY MR. WILLIAMSON:
 6      Q   Let's turn to Darrell H, please.  Now, Darrell H,
 7      this is a case where you've been paid by plaintiff
 8      lawyers to testify in; correct?
 9      A   In the past, yes.
10      Q   Okay.  You identify -- strike that.  Let's back up.
11      Are you aware -- do you have any evidence that Dr.
12      Schneider saw Darrell H?
13      A   I do not, other than a history.
14      Q   Do you know -- do you have any -- I'm sorry.  Other
15      than history?
16      A   Yes.
17      Q   Is there something in the history that says that Dr.
18      Schneider was her primary physician?
19      A   It's in my investigative report.
20      Q   Okay.  And are you aware that -- or do you have
21      evidence to know that Kim He'bert was primarily seeing
22      doctor -- excuse me, Darrell H?
23      A   Is that one of the PA's?
24      Q   Yes.
25      A   If she was in the clinic, they may have just -- the
```

928

1    investigator, as opposed to distingishing she was a

2    physician's assistant, may have just put the physician

3    that was managing the clinic.

4    Q   Right.  And that person who decided to write that in

5    that investigative report, he's not here; correct?

6    A   No.

7    Q   But you understand that it's Dr. Schneider on trial

8    here; correct?

9    A   Yes.

10   Q   And you understand that he's responsible for his

11   medical decisions that he decides to make.  You

12   understand that?

13   A   Yes.

14   Q   Okay.  And do you have any evidence that Kim He'bert

15   was not the last person to see Darrell H?

16   A   No.

17   Q   Do you know whether or not Darrell H was suffering

18   from scoliosis?

19   A   I don't have that history.  I have back pain.

20   Q   Okay.  Do you know how long Darrell H had been on

21   pain management?

22   A   No.

23   Q   Do you know whether or not how many different

24   physicians' offices Darrell H had been seeing on pain

25   management before he came to the Schneider clinic?

1    A    No.

2    Q    You state in your report that Darrell H had fibrosis

3    on the heart; correct?

4    A    Yes.

5    Q    Okay.  Would you agree that your microscopic finding

6    is one of the valid criteria for myocarditis?

7    A    It can be, yes.

8    Q    And it could be a heart attack as well; correct?  I

9    think you testified earlier that it would be an

10   infarction?

11   A    Fibrosis can represent an old infarct, yes.

12   Q    And myocarditis and an infarction, which is a heart

13   attack, can both be fatal; correct?

14   A    They can be.

15   Q    And what method did you use in this case to

16   determine that it was the medicine that he had in his

17   system and not the myocarditis that was the cause of

18   death?

19   A    Interpretation of the toxicology levels.

20   Q    Okay.  Do you have a toxicology report that actually

21   has the levels identified?

22   A    Yes.

23   Q    May I take a look, please.  Okay.  I just want to

24   make sure your report matched up with that one so we're

25   on the same page.  So the toxicology was negative for

1    oxycodone; correct?

2    A    Yes.

3    Q    And there was .011 milligrams of hydrocodone;

4    correct?

5    A    Yes.

6    Q    And that's what you're basing your conclusion on

7    that it was a -- it was the hydrocodone as opposed to

8    myocarditis; is that correct?

9    A    I didn't just isolate the hydrocodone.  He also had

10   very high levels of the muscle relaxants, the

11   carisoprodol and meprobamate.  And he also had several

12   variations of benzodiazepines.  Diazepam, which is

13   Valium, including several of the breakdown active

14   metabolites of Valium.

15   Q    So he had Valium in his system; corrects?

16   A    Yes.

17   Q    Okay.  And do you have any evidence that anybody in

18   the clinic prescribed Valium to Mr. Darrell H

19   immediately before -- in any close time to the proximity

20   to the time he passed away?

21   A    No.

22   Q    And if he was taking Valium and was not instructed

23   to do that, would you agree that that is a decision that

24   he made to do?

25   A    Unless he had been prescribed by another physician.

```
 1    Q    How big was Darrell H's heart?

 2    A    400 grams.

 3    Q    And would you consider that large?

 4    A    Mildly, yes.

 5    Q    What type of tests do you normally ask your

 6    toxicologist to run?  In other words, what type of

 7    chemicals do you ask the toxicology team to screen for

 8    when they run these toxicology tests?

 9    A    It depends.

10    Q    Okay.  Do you have a common set that you normally

11    request?

12    A    We have an alcohol and common drugs of abuse screen;

13    and then there's also -- and it varies, but the

14    toxicologist actually is the one that they also have

15    what they call a complete toxicology which includes

16    about 25 of the most common drugs that -- and there's

17    different studies.  And actually the toxicologist

18    determines this -- what they will test for.  And then

19    they do directed testing for other substances, depending

20    on the history and what the person had been prescribed.

21    It's really the toxicologist that determines the

22    testing.

23    Q    Okay.  So I would have to talk to him to know about

24    that?

25    A    About the different drugs that are on each screen,
```

1    yes.

2    Q    Okay.  And there would be times, though, that you

3    may ask them to -- can you particularly screen for this

4    kind of substance?

5    A    Yes.  If -- Fentanyl is a good example.  And I don't

6    think that's the case now, but in the past it wasn't

7    part of our routine assay and so they would do -- we may

8    ask them to do a directed assay for Fentanyl

9    specifically.  Now I don't know if that holds true now.

10   Q    And I think this may be helpful for the jury.

11   Fentanyl is a, I guess, more of a recent type of

12   prescription medicine that came out; correct?

13   A    It's not real recent.  I mean, it's more recent

14   than, like, morphine and that kind of thing.  I don't

15   know actually when Fentanyl went into effect.  They

16   initially used it as an anesthetic and then developed

17   patches for chronic pain control and other substances

18   for pain control management.

19   Q    Would that be around between '04 and '06 sometime?

20   A    You know, I don't know specifically.

21   Q    Okay.  Let's take a look at Michael H.  Have you

22   found him?

23   A    Yes, I did.

24   Q    Do you know whether or not Michael H was a Medicaid

25   patient?

1    A    No, I don't know anything about that.

2    Q    Do you have any evidence that Dr. Schneider was the

3    last provider to see Michael H?

4    A    I don't have that evidence, no.

5    Q    Do you have any evidence that Michael H was

6    primarily seen by a physician's assistant named Curt?

7    A    No.

8    Q    Now, Michael H, can you tell the jury how much his

9    heart weighed?

10   A    570 grams.

11   Q    And would you call that enlarged?

12   A    Yes.

13   Q    And does hypertension cause the heart to enlarge?

14   A    Yes.

15   Q    Now, his heart should have weighed roughly around

16   341 grams.  Would you agree with that?  For his height?

17   A    Again, depends on what --

18   Q    When I say these numbers I'm just speaking of a

19   range.  Around that, not -- I mean, because, as you

20   said, it depends on what different table you use.

21   Correct?

22   A    Yes.

23   Q    But those tables would probably overlap in many

24   areas even though they, you know, they're termed their

25   own different table.  Would you agree with that?

934

1   A    Yes.

2   Q    And so roughly around 341 grams is something that

3   you would have looked for; correct?

4   A    Start with 350 and then -- for my own personal use,

5   I sart with around 350 and then depending on the, you

6   know, like, like you said, there's a range depending on

7   a person's body mass and how tall they are.

8   Q    You are aware that Mr. H had methadone found in his

9   system; correct?

10  A    Yes.

11  Q    And you're aware that -- do you know how much he was

12  taking?

13  A    We have no prescription history for methadone for

14  Mr. H.

15  Q    Meaning that he was taking medicine he wasn't

16  prescribed; correct?  Or, excuse me, he was taking

17  methadone that he wasn't prescribed; correct?

18  A    I don't know what his -- if he had been prescribed

19  it or not.  We just did not get a history that he had

20  been prescribed it.

21  Q    You haven't seen any evidence that Dr. Schneider

22  himself ever wrote a prescription for -- strike that.

23  You don't have any evidence whatsoever that Dr.

24  Schneider wrote a prescription for Michael H at any

25  recent time leading up to his passing; correct?

1   A   No, I have no history of that.

2   Q   You also found Valium; correct?

3   A   Yes.

4   Q   And you didn't find any prescription history that

5   Dr. Schneider had prescribed Michael H Valium at any

6   time leading up until -- any recent period of time

7   leading up to his passing; correct?

8   A   No, I do not have that history.

9   Q   Okay.  You also found Xanax; correct?

10  A   No.

11  Q   You didn't find any Xanax?  Hydroxyalprazolam?

12  A   Oh, in his urine.

13  Q   Okay.  That was found in his system; correct?

14  A   Yes.  In his urine.

15  Q   And you don't have any prescription history that Dr.

16  Schneider prescribed him that at any time, did he?  Up

17  until -- any recent time leading to his death?

18  A   No.

19  Q   He also had methamphetamines in his system; correct?

20  A   In his urine, yes.

21  Q   He also had amphetamines in his system; correct?

22  A   Yes.

23  Q   He also had marijuana in his system; correct?

24  A   He it metabolited marijuana, yes.

25  Q   Okay.  Doctors cannot prescribe methamphetamines,

```
1    can they?  They're not authorized by law to do that, are

2    they?

3    A    No.

4    Q    What about amphetamines?  They're not authorized by

5    law to do those either, are they?

6    A    Certain amphetamines are used to treat certain

7    conditions.

8    Q    You didn't find any prescription history that Dr.

9    Schneider prescribed Michael H with any amphetamines;

10   correct?

11   A    No, I did not.

12   Q    You didn't find any evidence that Dr. Schneider

13   prescribed marijuana to this individual; correct?

14   A    No.

15   Q    Now, you agree that in addition to taking these

16   illegal drugs, Michael H also had blockages to his

17   heart; correct?

18   A    Yes.

19   Q    So he had 80 to 90% occlusion to the left anterior

20   descending artery; correct?

21   A    Yes.

22   Q    80 to 90% to his right coronary artery; correct?

23   A    Yes.

24   Q    And he also had a -- well, we already discussed

25   that.  And we've discussed previously that each one of
```

 1    these factors could lead to sudden cardiac death;

 2    correct?

 3    A    Yes.

 4    Q    And isn't it true that methamphetamines, that it's

 5    an established fact that methamphetamines can cause

 6    heart attack?

 7    A    They can cause sudden cardiac death, yes.

 8    Q    And they do that by causing coronary artery spasms;

 9    correct?

10    A    Yes.

11    Q    And they can also cause -- they being

12    methamphetamines, can also cause lethal cardiac

13    arrhythmias; correct?

14    A    Yes.

15    Q    And we also -- we saw the marijuana in his system;

16    correct?

17    A    Yes.

18    Q    And that can also cause coronary spasms; true?

19    A    It can.

20    Q    You didn't do a microscopic examination on Michael H

21    either, did you?

22    A    No.

23    Q    And that's because of his enlarged hearth -- strike

24    that.  That is because of the obvious signs of cardiac

25    disease he presented with; correct?

1    A    Correct.

2    Q    And it's possible that the methamphetamines

3    triggered the heart -- a heart attack; correct?

4    A    He didn't actually have the active drug in his

5    blood.  It was only in his urine.

6    Q    So that means that the effects -- well, strike that.

7    You would agree that a person can have a heart attack

8    but not feel the effects for a few days later; correct?

9    A    Yes.

10   Q    Okay.  So it's possible that these methamphetamines

11   were in his system and it could have caused a coronary

12   spasm?

13   A    It could have.

14   Q    And you didn't do a microscopic exam with Michael H;

15   correct?

16   A    Correct.

17   Q    And so without the microscopic exam, you were unable

18   to look at the cells of the heart to determine whether

19   or not they showed signs of accute -- an attack?  An

20   acute attack; correct?

21   A    Yes.

22   Q    You mentioned yesterday when Ms. Treadway was

23   questioning you that you found that the number of

24   individuals that were presenting to your location with

25   pain medicine in their system was alarming to you.  Do

1    you remember that?

2              THE COURT:  Was what to her?

3              MR. WILLIAMSON:  Alarming.

4              THE COURT:  Alarming.

5              MS. TREADWAY:  I think that misstates the

6    testimony, Judge.

7              MR. WILLIAMSON:  I'm not quoting, Your Honor.

8    A   Well, I wouldn't have known that they had pain

9    medication when they presented to the office.

10   BY MR. WILLIAMSON:

11   Q   No.  You remember the question Ms. Treadway was

12   asking you, well, you know, have you ever in your time

13   seen this many mixed drug intoxication deaths.  Do you

14   remember that?

15   A   I think it was more in association with a single

16   physician.

17   Q   Right.

18   A   Or group.

19   Q   Right.  You remember that testimony?

20   A   Yes.

21   Q   Okay.  Did you undertake any statistical studies to

22   determine what could probably be the cause of seeing the

23   number of people coming into your location?

24   A   What type of statisticals?

25   Q   Any kind?

940

```
 1   A   We just had anecdotal -- we don't get that many -- I
 2   mean, we have about 700 cases a year, and if we -- we
 3   can -- it's more of recognizing a trend.  Whether it be
 4   drug related cases or flu or, you know, we'll keep track
 5   of them.  But we didn't do some sort of analyses.
 6   Q   Right.  And you understand that statistical analyses
 7   can be utilized to try to determine whether or not this
 8   disparity is happening because of chance or whether or
 9   not it's happening because of some other related factor;
10   correct?
11   A   Yeah.  There are tests to do that.
12   Q   Okay.  And so far nearly every person that we've
13   seen presented -- and I think we're more than halfway
14   finished -- but just so far we have seen a lot of
15   cardiac -- serious cardiac conditions.  Would you agree
16   with that?
17   A   Yes.
18   Q   And we've seen a few who were abusing drugs that are
19   illegal or not prescribed for them.  Would you agree
20   with that?
21   A   Yes.
22   Q   Now let's turn to Jeffrey J.  Tab --
23            MS. TREADWAY:  It's 5-B.
24   A   I found it.
25
```

941

1   BY MR. WILLIAMSON:

2   Q   Do you have any evidence that Dr. Simons had not

3   been seeing Jeffrey J for the whole year of 2006?

4   A   I'm sorry.  I'm not sure I understand the question.

5   Q   Let me rephrase.  Do you have any evidence that Dr.

6   Schneider had seen Jeffrey J at any point in 2006?  And

7   that's the year he passed away.  Correct?

8   A   Yes, it is.  No information.

9   Q   Do you have evidence that it was actually Dr. Simons

10  who saw Jeffrey J at his last appointment at least at

11  the Schneider Medical Clinic?

12  A   I have prescriptions dated on the 23rd by our

13  records were issued by Dr. Simons.  So if that's the

14  last time he was seen by a physician, which was the day

15  before his death, so I'm assuming it was.

16  Q   Okay.

17  A   So, yes.

18  Q   You knew that Dr. Simons was the person that saw

19  him?

20  A   Yes.

21  Q   Okay.  Thank you.  Were you aware that Jeffrey J had

22  diabetes?

23  A   Yes.

24  Q   Okay.  Were you aware that he had depression?  He

25  had been diagnosed with depression?

942

1   A    I have chronic back pain and diabetes as my history.

2   Q    And are you aware as to whether or not his chronic

3   back pain was caused by cervical spine fracture?

4   A    No, I don't have that history.

5   Q    Okay.  Can you tell the jury what the occlusion, the

6   blockage, of Jeffrey J's heart was?

7   A    His left anterior descending artery was 80%

8   occluded.  First major branch off that same artery was

9   also 80% occluded.

10  Q    Major branch after that artery; correct?

11  A    Yes.

12  Q    Okay.  And, again, as we've talked about a lot, that

13  could cause sudden cardiac death; correct?

14  A    Yes.

15  Q    And you also are aware that he suffered -- excuse

16  me -- that he was a cigarette smoker.  Did you know

17  that?

18  A    I may have had that history.  Let me find it here.

19  I don't see it here in any report.

20  Q    Okay.  Well, a cig -- strike that.  Isn't there a

21  substantial body of evidence that shows that cigarette

22  smoking can cause a coronary spasam?

23  A    It's more of a risk for coronary disease itself.  I

24  suppose at very high levels and with other things going

25  on, it's possible.

943

 1    Q    Are you aware of any studies that discuss that?

 2    A    Not off the top of my head.

 3    Q    Okay.  Now, you didn't do an -- you didn't do a

 4    microscopioc exam with Jeffery J either, did you?

 5    A    No.

 6    Q    And is that because his cardiovascular system was

 7    diseased?

 8    A    Yes.

 9    Q    Severely diseased; correct?

10    A    Yes.

11    Q    And he also had a history -- and also because of the

12    history of diabetes; correct?

13    A    No, that wouldn't have influenced my doing the --

14    Q    Isn't it true that people with diabetes, even well

15    controlled, places you at higher risk of having sudden

16    cardiac disease.

17    A    It's a risk factor for the development of coronary

18    artery disease, yes.

19    Q    And do you know how much -- how long, that is, that

20    Jeffrey J had been taking pain medication?

21    A    The records I have say for at least ten months.

22    Q    Do you know what that dosage was?

23    A    Medications are different.  One's Oxycodone, which

24    was prescribed in November of 2005; and the other is

25    Hydrocodone and Tylenol.  Hydrocodone acetaminophen

944

1    preparation.  That was just prescribed on October 23rd,

2    2006.  So there are different notations.

3    Q    And you found that he had .04 milligrams of

4    Oxycodone in his system; correct?

5    A    Yes.

6    Q    And he had .20 milligrams of lidocaine (sic);

7    correct?

8    A    Yes.

9    Q    Both of those are well within normal to someone who

10   has developed a tolerance to those medications; right?

11   A    The Hydrocodone is not.  It's elevated.

12   Q    Yes, it's elevated for somebody that's not used to

13   it; correct?

14   A    Well, it's elevated even for the dose of 10

15   milligrams.  And his Tylenol is also elevated,

16   indicating he was taking higher doses.

17   Q    And I'm not disputing the fact whether or not he was

18   taking higher doses.  What I'm asking is are you aware

19   of studies where that amount of milligrams is consistent

20   with a person who has developed a tolerance for those

21   medications?

22   A    It's inconsistent with the dose that he had been

23   prescribed.

24   Q    So, in other words, your testimony is that if he

25   took that much to get that high of a number, it would be

945

```
 1    inconsistent with the prescription that was given to

 2    him; correct?

 3    A    Yes.

 4    Q    Again, with Jeffrey J, you did not prepare a

 5    microscopic exam; correct?

 6    A    No.

 7    Q    And that would be because you saw the occlusions,

 8    how blocked his heart was when he came in; correct?

 9    A    Yes.

10    Q    And so we know he was a smoker -- well, if he was a

11    smoker, and that could have caused some spasms, you did

12    not -- you were unable to determine whether or not the

13    heart had any cell changes that related to a heart

14    attack; correct?

15    A    I did not do a histology exam.

16    Q    Okay.  Let's take a look at --

17              THE COURT:  Are we switching to another

18    person?

19              MR. WILLIAMSON:  Yes, Your Honor.

20              THE COURT:  Let's take our afternoon recess.

21    Approximately 15 minutes, Ladies and Gentlemen.  Please

22    remember and heed the admonition.

23                   (Recess.)

24              THE COURT:  Yes, sir.

25              MR. WILLIAMSON:  Thank you, Your Honor.
```

946

1   BY MR. WILLIAMSON:

2   Q   Dr. Oeberst, let's spend some time talking about

3   William M.

4              MS. TREADWAY:   He's in the 150 series.

5   BY MR. WILLIAMSON:

6   Q   Are you there?

7   A   Yes.

8   Q   Let's talk a little bit about anything you learned

9   through your investigation.   Did you learn through your

10  investigation whether or not William M was last seen by

11  Kimberly He'bert?

12  A   No, I did not know that.

13  Q   Did you learn through your investigation whether or

14  not William M suffered from hepatitis C?

15  A   Yes, I was aware of that history.

16  Q   Did you learn through your investigation whether or

17  not William M suffered from bipolar depression?

18  A   I did not have that history.

19  Q   Did you learn through your investigation whether or

20  not William M suffered from being morbidly obese?

21  A   Yes, he did -- was.

22  Q   And did you learn through your investigation whether

23  or not William M suffered from chronic back pain?

24  A   I have back problems.

25  Q   Okay.   Now, you identified this death as a mixed

947

1    drug intoxication; correct?

2    A    Yes.

3    Q    In fact, he only had one drug in his system;

4    correct?  That would be cocaine?

5    A    No, he had two others as well in his system.

6    Q    What would the others be?

7    A    Alprazolam and Hydrocodone.

8    Q    Okay.  And how much Hydrocodone did he have in his

9    system?

10   A    Heart blood or femoral blood?

11   Q    Let's go with the femoral blood since that's

12   generally more reliable.

13   A    0.08.

14   Q    Okay.  In and of itself, a 0.08 finding of

15   Hydrocodone is not toxic or lethal; correct?

16   A    It still would be higher than I would expect for his

17   prescribed dose.  It would depend on his level of

18   tolerance and I don't have that history.

19   Q    Okay.  So -- but just as we sit here today, we can't

20   take any significant meaning from that number without

21   knowing his tolerance.  Is that fair?

22   A    Well, it's higher than I would expect for his

23   prescribed dosage.

24   Q    Okay.  Unless he had been a chronic pain patient

25   taking this for a long period of time; correct?

948

```
1    A    He would have been tolerant of the dose that he had

2    been prescribed.  This dose is higher, which is why I

3    included it in his mixed drug intoxication.

4    Q    Okay.  But, again, you don't know what that number

5    means without knowing what his tolerance was.  Fair?

6    A    He would have been tolerant to his dose.

7    Q    That number, 0.08 milligrams, you don't know what

8    that -- what significance that number has without

9    knowing his tolerance.  Is that fair?

10   A    To a certain extent, yes.

11   Q    Now, tell the jury what William M's heart weight

12   was?

13   A    600 grams.

14   Q    How much did he weigh?

15   A    355 pounds.

16   Q    And as we've established, both of those are

17   independent factors that could lead to sudden cardiac

18   death in and of themselves; correct?

19   A    It can.

20   Q    And isn't it true that that 630 grams was twice the

21   normal size of a heart?

22   A    600 grams.

23   Q    Roughly twice the normal size; correct?

24   A    Yeah, not quite, one and a half times.

25   Q    When your heart is enlarged that big, you're twice
```

949

1    as likely to die of sudden cardiac death; correct?

2    A    I don't know if twice is the actual number.   More

3    likely.   It's a risk factor for it.

4    Q    And we've already established that cocaine users do

5    die from heart attacks; correct?

6    A    Yes.   Sudden cardiac death, yes.

7    Q    And cocaine can also cause arrhythmias; correct?

8    A    Yes.

9    Q    And can you tell the jury what an arrhythmia is?

10   A    Abnormal heart rhythm.

11   Q    And that could lead to sudden cardiac death;

12   correct?

13   A    Yes.

14   Q    Do you have any evidence that Dr. Schneider ever

15   provided this individual with cocaine?

16   A    No.

17   Q    Terry C.   If you would get that while I'm pulling

18   out my information.

19   A    Okay.

20             MS. TREADWAY:   5-C.

21   Q    Found it?

22   A    Yes.

23   Q    In your autopsy you again opine mixed drug

24   intoxication.   And one of the things you listed is

25   Venlafaxine.   Did I say that correctly?

1    A    Yes.

2    Q    Actually, how does this drug work and what does it

3    do to the body?

4    A    I can't remember.  Can you give me the trade name?

5    Q    I'm sorry?

6    A    Do you know the trade name for the drug?

7    Q    No, but I --

8         MS. TREADWAY:  If I may help.  Effexor.

9    A    Effexor.  It's an anti depressant.

10   Q    Now, can you tell the jury how much Terry C's heart

11   weighed?

12   A    550 grams.

13   Q    And that was an enlarged heart; correct?

14   A    Yes.

15   Q    Should have been roughly afternoon 328 grams;

16   correct?

17   A    Again, I sort of use 350 as a rough number.

18   Q    Okay.

19   A    It's enlarged.

20   Q    Now, you found that Mr. Terry C was taking

21   methadone; correct?

22   A    Yes.

23   Q    And you found it was .38 milligrams; correct?

24   A    Yes.

25   Q    Do you know how long he had been taking, if at all,

1   methadone?

2   A   Looks like around four to five months that I have

3   history of.

4   Q   I'm sorry.  Did you say you knew how long he had

5   been taking it?

6   A   Several months.  I have October of 2002, December of

7   2002.  And then after December I have prescriptions

8   again starting in February and March.

9   Q   So you know he had been taking it for some time;

10   correct?

11   A   Yes.

12   Q   And do you know what his dosage was?

13   A   His last prescribed dose was three 10 milligram

14   tablets three times a day.  So that would be 90

15   milligrams a day.

16   Q   Okay.  And how much did he have in his system?

17   A   .38 milligrams per liter.

18   Q   So that is -- the amount that was in his system was

19   consistent with his therapeutic use of it; correct?

20   A   Correct.

21   Q   That was not a toxic level of methadone for him;

22   correct?

23   A   Correct.

24   Q   And it wasn't a lethal amount for him; correct?

25   A   Not in the methadone.

952

1  Q   Okay.  Do you have any evidence that Dr. Schneider

2  prescribed -- well, strike that.  You listed in your

3  diagnosis that he had a history of narcotic

4  intoxication.  Do you remember that?

5  A   Yes.

6  Q   Where'd you get that information from?

7  A   He did have a history of a suicide attempt by

8  methadone in December.

9  Q   Of what year?

10  A   I think it was 2002.  It may have been from those

11  records.  I don't see it specifically in the records

12  that I have here.

13  Q   So you just note that your investigator learned that

14  from somebody.  Do you know where he learned that from?

15  A   Well, it may have been in the records.  I don't

16  have -- in my circumstances of death, basically patient

17  has -- in my circumstances of death on Page 2 of the

18  autopsy report I state he had previous hospital

19  admissions for intentional and unintentional overdoses

20  with his pain medications.

21  Q   Okay.  And so we're clear.  Couple other things.

22  Tell the jury how clogged up his left artery was?

23  A   80 to 90%.

24  Q   Tell the jury how clogged up his right artery was?

25  A   90%.

1    Q   So as I understand it with Mr. Terry C, you believe

2    he had a heart attack; correct?

3    A   I believe he probably had more a sudden cardiac

4    death, an arrhythmia type related issue.

5    Q   Okay.

6    A   Well --

7    Q   Go ahead.

8    A   I'm sorry.  Let me scratch that.

9    Q   Well, let me finish -- let me ask you a couple more

10   questions because this may be where you were leading.

11   You also found that he had the narrowing of a coronary

12   ostium; correct?

13   A   Of the right coronary ostium, yes.

14   Q   Tell the jury why that's significant.

15   A   In your aorta there's two -- right next to the

16   heart, there's two holes, or ostia, and that's where the

17   blood comes directly from the heart and it goes into the

18   coronary arteries.

19   Q   Okay.

20   A   To feed the muscle in your heart.

21   Q   And when that's narrowed, what happens?

22   A   Slows down the flow.

23   Q   So he --

24   A   Decreases the flow.

25   Q   Okay.  Now, you also noted on your pathological

954

1   diagnosis of a history of chronic pain syndrome with

2   history of narcotic medication intoxication.  Do you see

3   that?

4   A    Yes.

5   Q    Do you attribute that to anything?

6   A    Well, as I said, in my circumstances of death I -- I

7   don't have the records with me.

8   Q    Okay.

9   A    Given the history of the suicide attempt in

10  December, it probably came with that information from

11  those medical records.  I just don't have them with me.

12  Q    Let's assume that it did come from those medical

13  records and let's assume that he did have a suicide

14  attempt in December.  The amounts that you saw in his

15  toxicology were not a toxic amount; correct?  Because

16  you did not rule this suicide, did you?

17  A    No.  But it's not the methadone that in and of

18  itself that I'm talking about.

19  Q    Okay.  Then let's just -- let's talk just a few more

20  minutes about Terry C.  In your cause of death you

21  identified -- Judge, I would like to turn this elmo on.

22          THE COURT:  Okay.  But after you turn it off,

23  put it back down again because the jurors don't want it

24  up.

25          MR. WILLIAMSON:  Okay.

BY MR. WILLIAMSON:

Q   In your cause of death you identify cardiovascular disease as a cause of death, number one?

A   Yes.

Q   Then you identify cardiomegaly as number two?

A   Yes.

Q   And then you just throw mixed drug intoxication -- it's not even labeled in there, is it?

A   I beg your pardon.

Q   Mixed drug intoxication does not carry a number 3, does it?

A   No.  It's Roman Numeral III in the pathology diagnoses.  Cause of death is Roman number I would be the primary cause of death.  Roman numeral II are any contributing conditions.  And they're not listed each with their own individual Roman numeral.  They're just -- anything that I put as contributory will be under Roman number II.

Q   Okay.  Now, again, just to make sure, it's been several hours since I've asked this question, but there are no tests to determine what percentage to place next to athero -- the cardiovascular disease, the cardiomegaly and the mixed drug intoxication; correct?

A   I'm sorry.

Q   There are no percentages -- excuse me -- no tests

1    available that would allow you to place a percentage

2    next to I, II or sub II; correct?

3    A    No.

4    Q    Now, you mentioned the Venlafaxine -- or you

5    mentioned there were other medicines in his system.   One

6    is Venlafaxine; correct?

7    A    Yes.

8    Q    And what is that that we just talked about?

9    A    It's Effexor, an antidepressant.

10   Q    And Tramadol?

11   A    Tramadol is Ultram.   It's a pain relever.

12   Q    Okay.   And both of those were in therapeutic levels

13   for somebody who was tolerant; correct?

14   A    I don't know about the Tramadol.   I think the

15   Venlafaxine level was okay.

16   Q    But you're not certain about the Tramadol?

17   A    No.

18   Q    You're not aware of any studies that find that .23

19   milligrams of Tramadol is lethal; correct?

20   A    Not off the top of my head, no.

21   Q    Can we turn to Evelyn S.   Do you know how long or

22   who the last provider was that Evelyn S saw while they

23   were at the Schneider Medical Clinic?

24   A    According to the prescription medication, last

25   prescribed medications would have been approximately a

957

1    month prior to her death were Connie White and Dr.

2    Simons.

3    Q    Okay.  And those are, of course, Connie White and

4    Dr. Simons are not Dr. Schneider; correct?

5    A    No.

6    Q    And so we have another person that Dr. Schneider

7    didn't prescribe anything to.  Is that fair?

8    A    I don't have any prescription history.

9             MS. TREADWAY:  Judge, I'm going to object.

10   That's not in evidence.  Assuming facts not in evidence.

11            THE COURT:  Rephrase your question.

12   BY MR. WILLIAMSON:

13   Q    Do you have any evidence in front of you that Dr.

14   Schneider prescribed anything to Evelyn S within a month

15   or two leading up to her passing?  If you do, it's okay.

16   If you don't, it's okay.

17   A    No, I -- no.

18   Q    Now, how much did Evelyn S' heart weigh?

19   A    370 grams.

20   Q    And for a woman her size and height, that was

21   enlarged; correct?

22   A    Maybe a little bit.  Mildly.

23   Q    Mildly.  Did she also have a pacemaker?

24   A    Yes.

25   Q    Was that pacemaker ever sent, tested -- sent off to

1    be tested for defects?

2    A    No.

3    Q    And she also had scarring of the heart; correct?

4    A    She had some fibrosis, yes.

5    Q    And fibrosis is an independent risk factor for

6    sudden cardiac death; correct?

7    A    It can be.

8    Q    Again, people with an enlarged heart, they could --

9    they have an increased risk of sudden death, sudden

10   cardiac death; correct?

11   A    Yes.

12   Q    Did you run any tests on the pacemaker during your

13   autopsy?

14   A    No.

15   Q    Was the pacemaker sent off to the manufacturer for

16   any tests?

17   A    No.

18   Q    You don't have any evidence whatsoever that the

19   pacemaker just stopped working and her heart gave out;

20   correct?

21   A    No.

22   Q    What is the methadone concentration that you found

23   in her blood?

24   A    Less than .1.

25   Q    You also found hydrocodone; correct?

1    A    Yes.

2    Q    And you found .76 milligrams of that; correct?

3    A    Yes.

4    Q    Consider that to be a large amount?

5    A    Yes.

6    Q    Is that an amount consistent with taking medicine as

7    prescribed to you?

8    A    I need to see -- no.

9    Q    And, again, you don't have any evidence that Dr.

10   Schneider saw this patient at any time leading to her

11   passing; correct?

12   A    Of the records I have, I don't see him.  I only see

13   Connie White and Dr. Simons.

14   Q    Okay.  The next person I want to talk about is Boyce

15   B.

16            THE COURT:  What again?

17            MR. WILLIAMSON:  Boyce B.

18   A    I have it.

19   BY MR. WILLIAMSON:

20   Q    All right.  With Mr. Boyce B, were you -- in your

21   investigation did you learn whether or not Mr. Boyce B

22   had been getting prescriptions from multiple doctors?

23   A    I have a list of several different practitioners for

24   different medications.

25   Q    Okay.  Would one of those be T Nelson?

960

1   A    Yes.

2   Q    He was receiving Xanax from T Nelson?

3   A    Yes.

4   Q    Dr. Wentzel, he was also receiving Xanax from him as

5   well?

6   A    I don't have that prescription history.

7   Q    Okay.  Do you know whether or not -- in your

8   investigation, did you learn whether or not Mr. Boyce B

9   was suffering from chronic anxiety?

10  A    I don't have that history.

11  Q    During your investigation did you learn whether or

12  not Mr. Boyce B had five back surgeries?

13  A    Yes, I did know that history.

14  Q    Are you aware -- excuse me.  In your investigation

15  did you learn whether or not he had been diagnosed with

16  congestive heart failure?

17  A    We had chronic obstructive pulmonary disease with

18  oxygen being administered at home.

19  Q    Okay.  What is tracheostomy.  Do you know what that

20  means?

21  A    It's if you're having difficulty breathing through

22  your mouth for some reason or -- there's a bunch of

23  different reasons -- but it's basically a breathing tube

24  in your neck.

25  Q    And are you aware that Mr. Boyce B did have one of

1    those as well?

2    A    He had had one in the past.

3    Q    Okay.  Tell the jury how large Mr. Boyce B's heart

4    was?

5    A    630 grams.

6    Q    How tall was he?

7    A    Five nine.

8    Q    His heart should have been roughly around the 324

9    area, but was way greater than your 350; right?

10   A    His heart was enlarged.

11   Q    Okay.  His heart was, depending upon the table, was

12   twice the size of what his heart should be; correct?

13   A    Depending on the table.

14   Q    And, again, people with that large of a heart have a

15   higher risk of sudden cardiac death; correct?

16   A    Yes.

17   Q    Tell the jury how clogged his left anterior

18   descending artery was?

19   A    90%.

20   Q    Tell the jury how clogged his left circumflex artery

21   was?

22   A    90%.

23   Q    Tell the jury how clogged his obtuse artery was?

24   A    70%.

25   Q    Tell the jury how clogged his posterior descending

1    artery was?

2    A    70%.

3    Q    Tell the jury how clogged his right coronary artery

4    was?

5    A    70%.

6    Q    And all of these are factors that independently of

7    themselves could lead to sudden cardiac death; correct?

8    A    Yes.

9    Q    He also had a history of diabetes; correct?

10   A    Yes.

11   Q    And diabetes also increases the likelihood of having

12   a sudden cardiac incident; correct?

13   A    Increases the risk for coronary artery disease.

14   Q    Which leads to sudden cardiac death?

15   A    It can, yes.

16   Q    He had a body mass index of about 35; correct?

17   A    I don't see that I calculated it here on this report

18   so --

19   Q    Okay.

20   A    He was overweight.  Obese.

21   Q    Obese?

22   A    Yes.

23   Q    Morbidly obese?

24   A    Morbidly obese in general applies to someone with a

25   body mass index greater than 40.  So obese is 30 to 40.

963

1    Q    Okay.  And you also noticed bands of white tan

2    fibrosis; correct?  In his heart.

3    A    Yes.

4    Q    And, again, it's true that fibrosis of the heart is

5    associated with sudden cardiac death; correct?

6    A    Yes.

7    Q    And fibrosis is essentially scarring; correct?

8    A    Yes.

9    Q    But nonetheless, you found mixed drug intoxication

10   as the cause, as a contributing cause of death; correct?

11   A    Yes.  His oxycodone is elevated.  Significantly.

12   Q    Significantly?

13   A    Yes.

14   Q    .32?

15   A    Yes.

16   Q    Isn't it true that that is a therapeutic level for

17   somebody who has built up tolerance for Oxycodone?

18   A    No.

19   Q    Are you familiar with the "Journal of Pain and

20   Symptom Management"?

21   A    No.

22   Q    You're not?

23   A    No.

24   Q    You're not a pain management specialist; correct?

25   A    No.

```
 1   Q    And so you're not aware of any studies where there
 2   have been amounts of Oxycodone anywhere between 17 and
 3   41.6 in regards to therapeutic levels of Oxycodone?
 4   A    Based on what dose?
 5   Q    I'm just asking about -- the milligram that you
 6   stated here is not therapeutic.  I'm asking are you
 7   aware of any studies that have found that that amount is
 8   therapeutic?
 9   A    It's inconsistent with his prescribed dose.
10   Q    So as I understand it -- well, what was his
11   prescribed dose?
12   A    According to my records, 40 milligrams, one tablet,
13   twice a day.
14   Q    40 milligrams, one tablet, twice a day?
15   A    Yes.
16   Q    So that would be 80 milligrams a day; correct?
17   A    Well, but you don't do it in -- the blood level
18   should reflect a 40 milligram dose, not an 80 milligram
19   dose.
20   Q    Okay.  And so you believe that by the time he takes
21   the second pill that the first one, all the milligrams
22   in there would have dissipated to zero?
23   A    No.  There will be some overlap, but there --
24   Q    Okay.  That's fair.  Now, if you're taking this on a
25   continuous basis, you have a continuous overlap,
```

1    continuous overlap, continuous overlap, this person

2    builds up a tolerance.  Isn't it possible that this

3    amount was a therapeutic level for this individual?

4    A   His prescription was filled on the 23rd.  So he was

5    to take one tablet twice a day.  He was pronounced

6    deceased at 3:00 in the morning on January 25th.  He's

7    missing nine tablets.  That's inconsistent with his

8    dosing schedule.

9    Q   You also found Valium in his toxicology; correct?

10   A   I found breakdown product of Valium, yes.

11   Q   And you also found Atropine?

12   A   Atropine.

13   Q   Atropine?

14   A   That would have been something he received during

15   resuscitative efforts.

16   Q   Is that different than Narcan?

17   A   Yes.

18   Q   And what about this last thing, Quinine, Quinidine?

19   A   Quinine/Quinidine?

20   Q   Yes.

21   A   Quinine is -- well, it's a drug that has different

22   uses, but they use it for -- well, historically, it's

23   been to treat malaria or muscle cramps.  Sometimes they

24   also use it for arrhythmias, but not usually.

25   Q   All right.  Now, would that person, Mr. Boyce B,

966

 1    just so I'm clear -- strike that.

 2         Let's move to the next person.  Michael B.  Let's

 3    talk about him for a minute.  After you move on to him I

 4    want to ask you one more question about Mr. Boyce B.

 5    A    Okay.

 6    Q    You found Michael B?

 7    A    I did.

 8    Q    Okay.  Have you learned through the course of your

 9    position that sometimes people take more medicine than

10    prescribed because they're in more pain and that pain,

11    they need it, they feel like they need it?

12    A    They may.

13    Q    Okay.  And not every time that a person takes more

14    than prescribed, that doesn't mean they're addicted to

15    the medicine; correct?

16    A    It doesn't mean they're addicted?

17    Q    Yes.

18    A    No.

19    Q    Okay.  Did you learn in the course of your

20    investigation regarding Michael B whether or not Dr.

21    Schneider ever saw this patient?

22    A    I have, according to my records, a prescription

23    dated 1-28-05 that does have his name on it.

24    Q    It has Dr. Schneider's name on it?

25    A    Well, that's what it says in my records.

967

1    Q    Okay.  Is this from one of those medical

2    investigators again?

3    A    Yes.  And there's several other prescriptions that

4    have a PA -- well, there's one other prescription that

5    has a PA listed and then a back slash and Schneider

6    after it.  So it's possible that that's this case.  But

7    his name is on -- associated with two prescriptions in

8    my records.

9    Q    Okay.  And is it your understanding that if a PA,

10   physician assistant, excuse me, physician's assistant,

11   prescribes a medicine, that it's common for the pharmacy

12   to put the supervising physician next to that name?

13   A    And that may be the case here.  I don't know.

14   Q    But you don't have any evidence that Dr. Schneider

15   actually saw that individual and prescribed -- made the

16   actual prescription; correct?

17   A    I do not have that record, no.

18   Q    Tell the jury how -- strike that.  Michael B, was he

19   diagnosed as a smoker?

20   A    I don't see that specific history in my records.

21   Q    Did he have chronic knee pain and had a knee fusion

22   in the past?

23   A    I have chronic back and leg pain as a history.

24   Q    Did you have anything regarding a rotator cuff

25   surgery?

968

1    A    No.

2    Q    Can you tell the jury how large Michael B's heart

3    was?

4    A    490 grams.

5    Q    And how tall was he?

6    A    Five nine.

7    Q    And his heart should have been around 324 grams;

8    correct?

9    A    Again, I use a rough estimate of about 350, which

10   isn't too dissimilar from what you just said.

11   Q    He had an enlarged heart?

12   A    Yes.

13   Q    You also noticed that he had scarring of the heart

14   as well; correct?

15   A    He had fibrosis, yes.

16   Q    He also had heart inflammation; correct?

17   A    He had some inflammation on the sort of the inner

18   lining around the heart muscle.

19   Q    Okay.  Do you know whether or not he was a

20   methamphetamine user?

21   A    I don't specifically have that history.

22   Q    Okay.  Tell the jury how clogged his left anterior

23   descending artery was?

24   A    90%.

25   Q    Tell the jury how clogged his left circumflex artery

1    was?

2    A    90%.

3    Q    Tell the jury how clogged his first diagnoal branch

4    of the left descending artery was?

5    A    90%

6    Q    Is that that real important artery we just talked

7    about?

8    A    The first diagonal branch?

9    Q    Yes.

10   A    The left anterior descending artery is the large

11   artery that runs down the front of the heart.  First

12   diagonal branch of that artery is just -- it's the first

13   major branch that comes off the left anterior descending

14   artery and tends to run sort of towards the left side of

15   the heart.

16   Q    Okay.  And you also -- can you tell the jury how

17   large, or how blocked his right coronary artery was?

18   A    90%.

19   Q    If he would have had a spasm in any one of these

20   arteries, that would have been sufficient to cause him

21   to have a heart attack; correct?

22   A    In theory, yes.

23   Q    He also had propoxyphene in his femoral blood;

24   correct?

25   A    Yes.

1    Q    And at an elevated level?

2    A    Yes.

3    Q    And if that amount got to that level, either the

4    test is wrong or he took a whole lot of -- what would it

5    be, the Darvocet; correct?

6    A    Scene investigation showed that more than a half a

7    month supply of his pills were gone after one week.

8    Q    Okay.  And that would not be consistent with taking

9    it the way it was prescribed; correct?

10   A    Correct.

11   Q    By -- when it was prescribed by Charles Craig; is

12   that right?

13   A    By whom?

14   Q    Charles Craig.

15   A    I don't have that name listed here.  That's the one

16   that just -- it just says Dr. Schneider.

17   Q    Okay.  Did you consider suicide as a possible manner

18   of death?

19   A    There wasn't any related history to indicate that.

20   Q    But to take a half a bottle of pills within -- you

21   don't know how -- if he did it within one day or he did

22   it within five days.  Is that fair?

23   A    That's correct.

24   Q    Okay.  So if he did it within five days and he took

25   a lot because he was in chronic pain, you wouldn't know

971

```
 1    that; correct?
 2    A    If he had been taking it within five days?
 3    Q    Yeah.
 4    A    The level is more consistent with taking --
 5    increased dosage as opposed to 60 mills.  I would expect
 6    a higher level of not only the Propoxyphene but also the
 7    Acetaminophen because it's a combination of Tylenol and
 8    Propoxyphene.  I would expect a higher level of both
 9    drugs had he taken --
10    Q    Just dumped them all at one time?
11    A    Yes.
12    Q    So it's more consistent with him starting taking it,
13    and then self-escalating his own dosages; correct?
14    A    Just taking it not as prescribed and not in -- but
15    not in a handful of pills.
16    Q    Okay.  Let's turn to Leslie C.
17    A    Okay.
18    Q    Ms. Leslie C.  In your investigation did you learn
19    whether or not she suffered from chronic anxiety and
20    panic attacks?
21    A    Is this Mr. C?
22    Q    No, I think this is --
23    A    Date of death 2-14-03.
24    Q    Yes.  It is Mr. C, yes.
25    A    All right.  And you said history of?
```

1    Q    Chronic anxiety or panic attacks?

2    A    Actually for a mental history I have depression and

3    schizophrenia.

4    Q    Okay.  And tell the jury how large Mr. Leslie C's

5    heart was?

6    A    500 grams.

7    Q    And that is enlarged; correct?

8    A    Yes.

9    Q    You also found scarring on his heart?

10   A    Yes.

11   Q    You noted in your final diagnosis that schizophrenia

12   contributed to his death.  How so?

13   A    Depending on his level of function, sometimes mental

14   illness can contribute to individuals misusing

15   prescriptions.  Whether intentionally or accidentally.

16   We don't know the level of his function.  And

17   individuals with mental illness can inappropriately self

18   administer medication.

19   Q    Okay.  Now, he also had seizure disorder; correct?

20   A    He had a reported history of seizure disorder, yes.

21   Q    And you stated that that contributed to his death;

22   correct?

23   A    Yes.

24   Q    Isn't it true that the seizure disorder could have

25   actually caused it?

1   A   Caused the?

2   Q   Death.

3   A   Well, seizures can result in death, yes.

4   Q   Okay.  And can you explain to the jury why sudden

5   death in an epileptic is known as SUDEP?

6   A   It's relatively self-explanatory.  They can have a

7   seizure and die from their seizure.

8   Q   And there is no way to tell whether or not SUDEP

9   caused Leslie C's sudden death; correct?

10  A   I listed seizure disorder as contributory to cause

11  of death.

12  Q   What I'm trying to figure out is, again, is there a

13  test that you can apply to say that sudden death in

14  epileptics is more of a contributing cause, less a

15  contributing cause or truly the only cause of Leslie C's

16  death?  There's no test, is there?

17  A   I listed it as contributing.

18  Q   I'm asking about the cause.

19  A   It is a contributing cause.

20  Q   The sole cause.  You can't say beyond a reasonable

21  doubt certainty that the SUDEP without any involvement

22  with any kind of prescription medicine did not cause

23  that death; correct?

24  A   No, not in my opinion.  In my opinion he died of a

25  drug overdose with the other conditions as contributory.

1    Q    I'm asking can you prove with some medical test that

2    SUDEP did not cause the death?  Without any contribution

3    from the medicine that was in his system?

4    A    I don't have any history that he had a seizure.

5    Q    But you listed it as a potential cause of death,

6    didn't you?  A contributing cause of death?

7    A    A contributing cause of death.

8    Q    So why you would list something as a contributing

9    cause of death if you didn't have any evidence that it

10   happened?

11   A    Because it's possible the drug and/or the

12   combination of his heart disease lowered his seizure

13   threshold.

14   Q    But we're not talking about possibilities.  You list

15   it as a contributing cause of death but now you tell us

16   that you don't have any evidence that it happened.  So

17   you don't need evidence to place something as a

18   contributing cause of death so long as it's possible

19   that it happened; is that correct?

20   A    Seizure disorder is a diagnosis of exclusion to a

21   certain extent.  If it's an unwitnessed event and a

22   person has seizure disorder, if you put seizure disorder

23   as cause of death, you ruled out everything else.  And I

24   just listed it as a contributing condition because I

25   felt it was a significant factor in his medical history.

1    Q   All right.  Let's talk about James C.  Before we

2    move on, let me know when you have that so --

3    A   I do.

4    Q   Okay.  Before we move on with Michael B.  Did you

5    find Valium in his toxicology?

6    A   Michael who?

7    Q   I'm sorry.  I think we just talked about that one.

8    I've been doing this for way too long today.

9    A   Leslie C or Michael B?

10   Q   Yeah.  Never mind.  I was looking at the wrong name.

11   We did talk about that.  We can move on to James C.  All

12   right.  Are you aware that -- strike that.

13       Did your investigation show that James C suffered

14   from chronic pain?

15   A   I don't have that history, no.

16   Q   Okay.  Can you tell the jury how large James C's

17   heart was?

18   A   690 grams.

19   Q   And it should be roughly around 357 for an

20   individual his height; correct?

21   A   Roughly.

22   Q   And, again, that's really nearly double the size it

23   should be; correct?

24   A   Approximately, yes.

25   Q   And, again, that significantly increases an

1    individual's chance of having -- suffering from a sudden

2    cardiac death; correct?

3    A    Yes.

4    Q    Did you calculate his body mass index?

5    A    I don't see that I have it written here, but he

6    weighed 392 pounds and was 76 inches tall.  And I have

7    him listed as morbidly obese so --

8    Q    It would have been about 50.3 or so?

9    A    Yes.

10   Q    Okay.  And, again, being that large, that puts you

11   at much greater risk from dying from a sudden cardiac

12   incident; correct?

13   A    Yes.

14   Q    What is the chemical Citalopram?

15   A    Citalopram?

16   Q    Yeah.

17   A    I'm sorry, it's late in the day.  I'm having a hard

18   time without the trade names.

19   Q    Oh, that's okay.  At least you've been getting to

20   sit down this whole time.

21        Are you at your toxicology page?

22   A    I am.

23   Q    0.33 milligrams of?

24   A    Yeah, I just can't remember the trade name of the

25   drug right now.  I'm sorry.

1   Q   Oh, I don't know either.  I'm sorry.  Any help?

2   Okay.  Nobody wants to help us.

3                   DEFENDANT DR. SCHNEIDER:  Antidepressant.

4   Q   Antidepressant.  Okay.  All medicines have a certain

5   chance of side effects.  Would you agree with that?

6   A   Yes.

7   Q   It's a natural risk that's inherent in medicine.

8   Would you agree?

9   A   The majority of them, yes.

10  Q   And are you aware whether or not that antidepressant

11  causes a QT prolongation potentially?

12  A   I'm not aware of it at this time.

13  Q   All right.  Mr. James C also had some blockage;

14  correct?

15  A   Yes.

16  Q   Left anterior descending artery?

17  A   70%.

18  Q   And the right coronary artery?

19  A   50%.

20  Q   Now, after we've seen all these 90s and things, it

21  doesn't sound so shocking, but that is still pretty

22  serious for both; correct?

23  A   Especially the left anterior descending artery, yes.

24  Q   Then you combine that with the enlarged heart and

25  the fact that he is obese -- and he also had a history

1    of hypertension; correct?

2    A    Yes.

3    Q    He also had diabetes; correct?

4    A    Yes.

5    Q    What is hepatic cirrhosis?

6    A    Cirrhosis of the liver.

7    Q    Now, we talked a little bit about coronary spasms

8    earlier.  There are multiple things in the world that

9    can cause a coronary spasm; correct?

10   A    Yes.

11   Q    It could be things not medically related at all;

12   correct?

13   A    Yes.

14   Q    Excitement?

15   A    Yes.

16   Q    A bad dream?

17   A    Yes.

18   Q    Okay.  And with a lot of these individuals that

19   we're talking about, one spasm with these clogged up

20   arteries could cause -- or, excuse me -- like one bad

21   dream or one form of excitement could cause a spasm in

22   one of those arteries and trigger a sudden death

23   incident; correct?

24   A    Theoretically, yes.

25   Q    Let's go to Mary Jo S.  Are you there?

```
1    A    Uh-huh.

2    Q    Mary Jo S.  Did your history show that she suffered

3    from chronic back pain?

4    A    Yes.

5    Q    Did your history show that she had pulmonary edema

6    at some point?

7    A    That might go along with her history of congstive

8    heart failure.

9    Q    Okay.  That she had pneumonia at one point?

10   A    I don't have that history.

11   Q    That she had chronic anxiety and depression?

12   A    I just have chronic back pain.

13   Q    Can you tell the jury how much Mary Jo S' heart

14   weighed?

15   A    430 grams.

16   Q    And what would you -- it should be around what?

17   A    350 again, plus or minus.

18   Q    She also had hypertension; correct?

19   A    Yes.

20   Q    And you also noted that she had bronchial pneumonia;

21   correct?

22   A    Yes.

23   Q    Tell the jury how blocked her left anterior

24   descending artery was?

25   A    60 to 70%.
```

980

1    Q   Tell the jury how blocked her first diagonal branch

2    of the left anterior descending artery was?

3    A   95%.

4    Q   Tell the jury how blocked the obtuse marginal artery

5    was?

6    A   90%.

7    Q   Tell the jury how blocked the right coronary artery

8    was?

9    A   60 to 70%.

10   Q   And the left circumflex artery?

11   A   10 to 20.

12   Q   Okay.  She also had scarring of the heart; correct?

13   A   Yes.

14   Q   Do you know how long she had developed that

15   bronchial pneumonia?

16   A   No.

17   Q   Could have been one day?  Could have been two?

18   Could have been ten?

19   A   Probably less than ten.  It would have started

20   showing some different changes under the microscope if

21   it had been there for --

22   Q   Quite sometime?

23   A   Yes.

24   Q   Isn't it true that pneumonia in and of itself can

25   reduce the amount of oxygen in your blood?

981

1    A    Yes.

2    Q    And isn't it true that if a person has a severe

3    heart disease as she did, that can decrease the oxygen

4    going to the heart?

5    A    Yes.

6    Q    And a decrease in oxygen to the heart can cause

7    sudden death, sudden cardiac death; correct?

8    A    Yes.

9    Q    Isn't it true that pneumonia is the sixth most

10   common cause of death?

11   A    I don't know the exact number.  It's --

12   Q    Pretty high?

13   A    Yes.

14   Q    Okay.  How were you able to tell whether it was the

15   pneumonia or the coronary artery disease that would have

16   been the cause of death?

17   A    I listed them together.  They're not --

18   Q    Let's talk about this.  When you list something as a

19   cause of death, you're essentially trying to give your

20   best guess based on all the information that's in front

21   of you; correct?

22   A    Yes.  The finding that seems the most significant to

23   me when everything is all said and done.

24   Q    But when this person is alive, the two causes don't

25   creep up at the same time and, all the time, and take

982

1    this person's life, does it?

2    A    No.  But they can act concommonly (ph).

3    Q    But there's no test to determine if they truly did

4    act together; correct?

5    A    No, there's no test.

6    Q    Okay.  Now, you also mention in your cause of death

7    mixed death (sic) intoxication?

8    A    Yes.

9    Q    She had 0.05 milligrams of hydrocodone; correct?

10   A    Yes.

11   Q    That is well below a toxic level, isn't it?

12   A    It's above what would be expected for a ten

13   milligram dose.

14   Q    Even if this person was on a chronic pain therapy?

15   A    It's above what would be expected for a ten

16   milligram dose.

17   Q    Is it uncommon to see this amount for somebody who

18   had developed tolerance to Hydrocodone?

19   A    I don't have that history.

20   Q    So you don't know how long she had been taking

21   Hydrocodone or Oxycodone; correct?

22   A    No.

23   Q    You don't know how tolerant she had become; correct?

24   A    No.

25   Q    Let's take a look at Tresa W?

1    A    Tresa?  T-R-E-S-A?

2    Q    Yes.  Did your investigation show whether or not

3    this person was last seen by Kim He'bert at the

4    Schneider Medical Clinic?

5    A    No.

6    Q    Did your investigation show that she suffered from

7    chronic neck and low back pain?

8    A    I don't have that history.

9    Q    Did your investigation show whether or not she

10   suffered from spinal stenosis?

11   A    I don't have that history.

12   Q    Did your investigation show that she suffered from

13   lymphoma?

14   A    That was in remission, yes, I did have that history.

15   Q    Isn't it true when somebody suffers from lymphoma,

16   that weakens one's heart?

17   A    It can.

18   Q    Okay.  And -- well.  Strike that.

19        Now, isn't it -- isn't radiation a standard

20   treatment for the type of tumor that she had?

21   A    It can be.  I'm not an oncologist.

22   Q    Okay.  And, well, you kind of need to have an

23   understanding of that when you're evaluating somebody in

24   her condition to try to determine the cause of death;

25   correct?

984

```
1    A   If I had seen something that looked abnormal to what
2    you're describing as some kind of scarring or a
3    reaction, I would have looked for that history.  I knew
4    that she had received chemotherapy.
5    Q   Okay.  And radiation is a standard treatment,
6    though, right?  I think you just said yes.  I can't
7    remember.
8    A   It can be part of any cancer treatment.  I'm not an
9    oncologist and do not know what treatment regimen she
10   had.
11   Q   She had scarring of the heart; correct?
12   A   Yes, some.
13   Q   Okay.  And are you familiar with the term radiation
14   fibrosis?
15   A   Yes.
16   Q   And that means scarring of the heart caused by
17   radiation?
18   A   Yes.
19   Q   And, again, a scarred heart is a risk factor for
20   sudden cardiac death; correct?
21   A   It can be.
22   Q   And can you tell the jury how large her heart was?
23   A   460 grams.
24   Q   And how tall was she?
25   A   71 inches; five foot eleven.
```

1    Q    And that means she had an enlarged heart; correct?

2    A    Somewhat.

3    Q    Should have been around 283 grams; correct?

4    A    Again, I sort of use 350 and she's pretty tall,

5    so --

6    Q    You use 350 for everybody across the board?

7    A    It's a starting point.  And then, you know, if

8    they're within that, to, you know, plus or minus 10%,

9    then I'll -- but if it seems to be outside of that

10   range, I may go look at a chart to see what's more

11   appropriate.

12   Q    Okay.  But you would agree that the normal heart

13   weight depends upon the characteristic of each specific

14   person?

15   A    Yes.

16   Q    And so what, depending upon, again, the whatever

17   table you utilize, it still is banded, meaning

18   separated, based on different characteristics, including

19   height and weight; correct?

20   A    And sex, yes.

21   Q    Would you disagree that at least under some tables

22   that 283 is the expected weight for a lady her height?

23   A    That may be listed on the table that you are using,

24   yes.

25   Q    Okay.  You also found -- actually you found

986

1    myocarditis with Tresa W; correct?

2    A    Yes.

3    Q    You also found Valium in her toxicology?

4    A    Did you say Valium?

5    Q    Yes.   Diazepam?

6    A    Oh, yes.   Sorry.

7    Q    Okay.   And you also found micrograms of methadone;

8    correct?

9    A    Micrograms per milliliter, yes.

10   Q    Is that smaller than milligrams?

11   A    Micrograms per milliliter is the same as milligrams

12   per liter, which is similar to the numbers we've been

13   using the rest of the day.

14   Q    Okay.   Got that.   Did you find any evidence

15   whatsoever that Tresa W had been prescribed methadone by

16   Dr. Schneider on 11-29 of '04?

17   A    11-29 of '04?   No.   This case was referred to us

18   from the Cowley County Coroner.   And their Coroner

19   reported the medications as prescribed but did not say

20   who had actually prescribed them.

21   Q    What medications did they identify?

22   A    Oxycontin, Methadone, Lortab, Soma and Xanax.

23   Q    Can you say it one more time.   You went kind of

24   fast.

25   A    Sorry.   Oxycontin, Methadone, Lortab 10s, Soma, and

987

1    Xanax.

2    Q    You didn't see anywhere -- strike that.

3         Do you have any evidence that the last provider at

4    the Schneider Medical Clinic actually provided methadone

5    or Valium to Tresa W?

6    A    No.

7    Q    And if records later show that she was not

8    prescribed that medication from a provider at the

9    Schneider Medical Clinic, she would have been what we

10   call pharmacy shopping or polypharming?

11   A    She may have received it from another physician.

12   Q    Okay.

13               MR. WILLIAMSON:   I think we're down to our

14   last three records.   No clapping?

15   BY MR. WILLIAMSON:

16   Q    All right.   Let's take a look at Julia F.   Found it?

17   A    Yes.

18   Q    Now, did you conduct an autopsy?

19   A    No.

20   Q    Not even an external examination?

21   A    Oh, I did do an external, yes.

22   Q    You didn't do an internal examination?

23   A    No.   This external examination was done at the

24   request of the Butler County Coroner.

25   Q    Looking for one record here.   Are you aware --

988

```
 1    strike that.
 2         Did you learn in the course of your investigation
 3    with Julia F whether or not Connie White was the last
 4    provider to see Julia F?
 5    A   I don't have that history, no.
 6    Q   Are you aware that -- strike that.
 7         Did you learn during the course of your
 8    investigation that Curt Atterbury was the individual
 9    that saw her the time prior to that?
10    A   No.
11    Q   Did you learn during the course of your
12    investigation that Dr. Schneider never saw her?
13    A   No, I wasn't aware of her clinic --
14    Q   And -- let me not say never.  So you weren't aware
15    of who saw her and when.  Is that fair?  You didn't
16    learn that during the course of your investigation?
17    A   No.
18    Q   Okay.  Do you -- you said you did an external exam?
19    A   Yes.
20    Q   But didn't do an internal exam?
21    A   Right.
22    Q   So without an internal exam, we don't know how much
23    her heart weighed; correct?
24    A   No.  I have to -- out-of-county autopsies or
25    external exams are done at the request of the out-of-
```

989

1    county Coroner and they request specific testing and we

2    provide a service to them as they request it.

3    Q   Okay.  Does your external exam weigh the heart?

4    A   No.

5    Q   Okay.  And she did have a history of coronary artery

6    disease; correct?

7    A   Yes.

8    Q   She also had a past remote bypass graph surgery;

9    correct?

10   A   Yes.

11   Q   What is that?

12   A   Heart bypass surgery.

13   Q   She also had hypertension; correct?

14   A   Yes.

15   Q   And she also had diabetes; correct?

16   A   Yes.

17   Q   But we don't know how blocked her arteries were;

18   correct?

19   A   Not specifically, no.

20   Q   Okay.  But we know it had some significant blockage

21   because she had a history of coronary artery disease;

22   correct?

23   A   With a bypass surgery, yes.

24   Q   Now, you found methadone and oxycodone in her

25   system; correct?

1    A    Yes.

2    Q    Oxycodone was .03 milligrams; correct?

3    A    Yes.

4    Q    And she also had methadone in her system?

5    A    Yes.

6    Q    And that was .90?

7    A    Yes.

8    Q    And do you know how long she had been taking

9    methadone?

10   A    No, I do not.  The history from the emergency --

11   from the nurse at Susan B Allen did not include

12   methadone in her list of medications.

13   Q    Okay.  So you don't necessarily -- you don't know if

14   she had been tolerant or taking it since 2000; correct?

15   The year 2000?

16   A    No.

17   Q    Okay.  Let's take a look at Lucy S.  Are you there?

18   A    Yes.

19   Q    Did your investigation show that the last provider

20   that she saw was Connie White?

21   A    Yes.

22   Q    Did your investigation show that she had seen Connie

23   White several times?

24   A    According to the records I have, I just have she saw

25   her in July and then again in August five days before

991

1    her death.

2    Q    Do your records show that she did not ever see Dr.

3    Schneider?

4    A    I have no record here that she saw Dr. Schneider.

5    Q    Okay.  You didn't do an autopsy on her either;

6    correct?

7    A    No.

8    Q    She suffered from pancreitis (ph); correct?

9    A    Pancreatitis.

10    Q    She also suffered from diabetes?

11    A    Yes.

12    Q    And without doing an autopsy, you don't know the

13    condition of her pancreas at the time she passed;

14    correct?

15    A    No, I do not.

16    Q    We don't know the size and weight of her heart;

17    correct?

18    A    No.

19    Q    Now, what is the -- if you look at the tox report,

20    that begins with N-O-R-T.  Do you know what that is?

21    A    I'm sorry.  Where?

22    Q    Are you looking at the toxicology report?

23    A    I am.

24    Q    Under the blood, femoral?

25    A    Okay.

```
 1    Q    What is that?

 2    A    Nortriptyline?

 3    Q    Yes.

 4    A    Amitriptyline.  It's an antidepressant.

 5    Q    So both of those are antidepressants?

 6    A    Yes.

 7    Q    That's a metabolite of the same --

 8    A    Nortriptyline is a metabolite of Amitriptyline.

 9    Q    Okay.  And then all she had in her system was

10    Oxycodone; correct?

11    A    And Hydromorphone and Alpradyline (ph).

12    Q    Really.  All right.  So we have -- I see a couple of

13    things happening.  You have blood taken from the sub

14    clavian.  What's that?

15    A    Sub clavian artery is right here underneath the

16    collar bone.

17    Q    Okay.  And then you have it taken from the femoral;

18    correct?

19    A    Yes.

20    Q    You see items in the sub clavian that you don't see

21    in the femoral sample; correct?

22    A    They weren't tested for in the femoral sample.

23    Q    Do you know why not?

24    A    Do you see little asterisks next to femoral and then

25    at the bottom of the page it says quantity not
```

993

1    sufficient for additional toxicological analysis.

2    Q   So basically anything that was found in sub clavian

3    was not enough to even register under the more reliable

4    femoral test; correct?

5    A   No.  There was not enough femoral blood to do

6    additional testing.  That's what that means.  Quantity

7    of the femoral blood.

8    Q   Okay.  Well, I guess we can discuss some of these

9    results that came out of the sub clavian that are not in

10   the femoral.  That would be Hydromorphone?

11   A   Yes.

12   Q   Alprazolam?

13   A   Yes.

14   Q   And it says Oxymorphone but it just says positive;

15   correct?

16   A   Yeah, it's a metabolite.

17   Q   Of Hydromorphone?

18   A   Yes.

19   Q   All right.  So, I know the jury has been listening

20   to this for a long time.  When you have a metabolite,

21   that means that particular chemical has been in your

22   body enough to break down into a sub chemical in that,

23   you know, chemical type; correct?

24   A   Yes.

25   Q   But because you still had some of the Hydromorphone

1  there, it hasn't completely broken down?

2  A    That's correct.

3  Q    Okay.  And the Hydromorphone was .08 milligrams;

4  correct?

5  A    Yes.

6  Q    That is within a therapeutic level for a chronic

7  pain patient; isn't it?

8  A    I don't know the answer to that question right now.

9  Q    That is not a toxic level of hydromorphone in and of

10  itself?

11  A    I don't believe so, no.

12  Q    And the hydro -- excuse me -- the Alprazolam was 32

13  nanograms; correct?

14  A    Yes.

15  Q    And that's well within a therapeutic range; correct?

16  A    Yes.

17  Q    And then you had the Oxycodone which is .24;

18  correct?

19  A    Yes.

20  Q    And we've discussed similar amounts that can be

21  within a therapeutic range depending upon history of

22  use; correct?

23  A    No.

24  Q    No?

25  A    I said that was elevated.  You said you had a

1    reference that -- from the pain something.

2    Q    That was at .40.  I think at .26 or .24, we

3    discussed that.  You don't think that's even therapeutic

4    for --

5    A    No.  It's elevated.  And, again, her, her counts are

6    somewhat off.

7    Q    A little bit.  How much is a little bit?

8    A    I'm sorry.  Let me do my math.  A couple of pills.

9    Q    Okayh.  So she could have -- her medication count,

10   according to your account there, she was taking her

11   pills as prescribed; correct?

12   A    Possibly.

13   Q    Do you know her history of utilizing Oxycodone to

14   manage her chronic pain issues?

15   A    Not the Oxycodone.  The only other prescription that

16   was present at the residence that was from the month

17   prior was the Hydromorphone.

18   Q    And you did not know her tolerance to that; correct?

19   A    To the Hydromorphone?

20   Q    No.  To the Oxycodone?

21   A    No, I -- well, presuming that she had been

22   prescribed this dose for a certain period of time, she

23   would have been tolerant to that dose.

24   Q    Okay.  Thank you.  And we don't have an autopsy to

25   show what her pancreas looked like?

1    A    No.

2    Q    And we don't have any evidence that Dr. Schneider

3    even prescribed her anything; correct?

4    A    I have no record of that.

5    Q    Let's turn to Quinn P.  Are you ready?

6    A    Yes.

7    Q    Tell the jury how much Quinn P's heart weighed?

8    A    580 grams.

9    Q    How much should it have weighed?

10   A    It's enlarged.  I don't have -- can't -- I don't

11   have the table in front of me to be able to plug in his

12   height and weight.  It is enlarged.

13   Q    Okay.  Do you have any evidence that Dr. Schneider

14   ever saw this patient?

15   A    Again, the list of prescription medications

16   described by Anthony police department list PA with no

17   name and then back slash Steven Schneider.

18   Q    So it's another one of those that possibly issued by

19   a PA and with the back slash with the supervising

20   physician; correct?

21   A    Correct.

22   Q    And just so we're clear, the physician's assistants

23   write those prescriptions based on their medical

24   judgment when they're meeting with those patients as you

25   understand it; correct?

```
 1    A    I don't know what they've been instructed to do.
 2    Q    Okay.  Are you aware whether or not Mr. Quinn P
 3  suffered from anxiety?
 4    A    I have a history of bipolar disorder.
 5    Q    Chronic neck pain?
 6    A    I don't have that history.
 7    Q    Right shoulder pain?
 8    A    I don't have that history.
 9    Q    Okay.  Tell the jury how blocked the left anterior
10  descending coronary artery was of Quinn P?
11    A    90%.
12    Q    You call that severe stenosis; correct?
13    A    Yes.
14    Q    And doesn't that decrease the -- that severe
15  stenosis, doesn't that decrease the blood supply to the
16  heart?
17    A    Yes.
18    Q    And with that occlusion, a spasm could have
19  triggered sudden cardiac death; correct?
20    A    Theoretically.
21    Q    You also noted the inflammatory infiltrates in the
22  heart, didn't you?
23    A    Yes, with associated myocyte --
24    Q    Also had scarring of the heart; correct?
25    A    Yes.  He had fibrosis, mild.
```

1    Q    And -- and the toxicology results were -- you had

2    .11 milligrams of methadone; correct?

3    A    Yes.

4    Q    And that is within the therapeutic level; correct?

5    A    I do not have the history that he had been

6    prescribed that medication.

7    Q    So if he had been taking something he had been not

8    prescribed, that would be illegal on his part; correct?

9    A    It's possible someone else prescribed it to him.  I

10   just don't have that history.

11   Q    Because there's no evidence that Dr. Schneider ever

12   saw this person.  I think we'll go into no more detail

13   with that.

14        You would agree that over 90% of the people we have

15   spent this day going over suffered from serious cardiac

16   issues; correct?

17   A    I couldn't give you a percentage.  I would say a

18   significant number of them did.

19   Q    And we talked earlier about you being and remaining

20   conflict free.  You remember that?

21   A    Yes.

22   Q    And do you think that your judgment has been at all

23   effected because you have been paid by Plaintiff's

24   lawyers seeking to get money from Dr. Schneider?

25   A    No.

1    Q   Okay.  Is one of those lawyers sitting right over

2    there in the corner?

3    A   Which corner?

4    Q   Right here.

5    A   I don't know that I worked directly with Mr. Wall on

6    a case.

7    Q   Okay.  And Mr. Chan?

8    A   I did when he was with Hutton and Hutton.

9    Q   Okay.  And --

10            MR. WILLIAMSON:  I think I may be finished.

11   Let me check.

12                  (Off-the-record.)

13            MR. WILLIAMSON:  I don't have anything

14   further, Your Honor.

15            THE COURT:  Mr. Byers, do you have any

16   questions?

17            MR. BYERS:  Very briefly, Your Honor.

18                  **CROSS EXAMINATION**

19   BY MR. BYERS:

20   Q   Hopefully just one.  And this is in response to

21   Judge Belot's concern raised yesterday to me about one

22   of your responses.  In these hours and hours and hours

23   of testimony we've now heard about your pathological

24   findings, isn't it true that you have never even once

25   mentioned Linda Schneider by name?

1000

```
 1    A    No, I have not mentioned her by name.

 2              MR. BYERS:  Thank you.

 3              THE COURT:  Well, Ladies and Gentlemen, I know

 4    you'll be disappointed, but I'm going to send you home

 5    early.  Thank you very much.  I'll see you all at 9:00

 6    Monday morning.  Remember and heed the admonition.

 7                        (Jury excused for the day at

 8                         4:30 p.m.)

 9              THE COURT:  Be seated.  Now, having gone

10    through all that, do you wish to pursue your objection?

11              MR. WILLIAMSON:  Me?  Me first or Kevin first?

12              THE COURT:  Either one of you.

13              MR. WILLIAMSON:  Judge, I've discussed it with

14    the client and we would waive the Melendez-Diaz issue

15    for the sake of expediency; and I believe we were able

16    to cross-examine Ms. Oeberst on those issues.

17              THE COURT:  I believe you were.

18              MR. WILLIAMSON:  Thank you for your grace for

19    giving me that time to do so.  It was painful though.

20              THE COURT:  Well, we'll discuss that some

21    other time.  Now, how much redirect do you plan to have

22    of the doctor?

23              MS. TREADWAY:  Probably 30 minutes or less.

24              THE COURT:  All right.  Now, give us some

25    preview of what Monday is going to be like if you will,
```

1001

```
1    please.

2              MS. TREADWAY:  Judge, we have another travel

3    issue that we're going to deal with.  Another ME that

4    will be about the same length as Dr. Johnson was today.

5    His name is Larry Czarnecki.  And he has three

6    autopsies.

7              THE COURT:  He has what?

8              MS. TREADWAY:  Three autopsies.

9              THE COURT:  That won't take too long.

10             MS. TREADWAY:  No.  Then we have probably Judy

11   Watterson who was one of the DEA agents and she

12   interviewed the Defendant Steven Schneider on September

13   13th, 2005, the date of the first search warrant.  We

14   also have a travel issue with her and are trying to get

15   her in for that issue.

16             THE COURT:  What are these people all trying

17   to get out of Dodge for?

18             MS. TREADWAY:  Well, let me just say, Judge,

19   this has been a rather logistical nightmare but we're

20   dealing with it as best we can.  Then we will move to

21   Mary Dudley.  Mary Dudley has a similar number of

22   autopsies as did Dr. Oeberst.  Simply because she and

23   Dr. Oeberst were the two main pathologists at the

24   Forensic Science Center.  I must caution the Court,

25   however, and defense attorneys.  I want you to know this
```

1002

```
1   and I'm not telling you anything that Mary wouldn't tell
2   you herself.  Dr. Dudley has recently had retinal
3   surgery.  Her ability to read under these kinds of
4   lights is not the greatest.  Therefore, if there's going
5   to be this kind of cross-examination, it's going to be
6   very lengthy for her because she's going to have a
7   difficult time reading.  And to the extent that she
8   needs breaks so that she doesn't further damage that
9   eye, I would certainly hope that the defense and the
10  Court would grant her that.
11          THE COURT:  Well, I'll certainly accommodate
12  that.  What if we turn the lights down.  Would that help
13  her?
14          MS. TREADWAY:  Judge, I really don't know.
15          THE COURT:  Turn the lights up.
16          MS. TREADWAY:  It's the -- it's the
17  flourescent quality as opposed to --
18          THE COURT:  We can dim the lights if that will
19  help her.
20          MS. TREADWAY:  I don't know.  I'll have to
21  ask.  But if we can accommodate that, that would be
22  helpful.  But it will, it will be difficult for her to
23  be up on the stand for a lengthy period of time reading
24  is my issue.
25          THE COURT:  Well, I'm hopeful that we don't
```

1   have to have as lengthy either direct or

2   cross-examination with that witness as we have with this

3   doctor.  I've been indulgent; but I think the jury, for

4   example, has now figured out that if somebody has a five

5   or 600 gram heart, that that's probably enlarged.  And I

6   don't think we need to repeat with every single witness

7   that this is an enlarged heart and that this can cause

8   something bad.  I mean, I haven't said anything today

9   about this, but I think -- you know what the evidence is

10  going to be that this next doctor is going to offer and

11  I think you need to, for your own benefit, if nobody

12  else's, streamline your cross-examination because they

13  don't need to hear that same sort of stuff from this

14  other witness.  All right.  I'll see you Monday.  9:00.

15          MR. WILLIAMSON:  Thank you, Judge.

16                  (Recessed for the day at 4:35

17                  p.m.)

18

19

20

21

22

23

24

25