5491

```
1                          (Beginning at 12:50 p.m. June 4,

2                      2010, the following proceedings

3                      continued.)

4            THE COURT:  Who is your last witness?

5            MR. WILLIAMSON:  Carol Carter.

6            THE COURT:  Carol Carter.  Please have her

7    come forward.
```

**CAROL CARTER**

```
9    Having been first duly sworn to tell the truth, the

10   whole truth and nothing but the truth, testified as

11   follows on:
```

**DIRECT EXAMINATION**

```
13   BY MR. WILLIAMSON:

14   Q   Can you introduce yourself to the jury.

15   A   My name is Carol Carter.  And I come from Haysville.

16   Q   And, Carol, what do you do for a living?

17   A   Well, right now I'm on disability.

18   Q   And are you married?

19   A   I'm widowed.

20   Q   Do you have any children?

21   A   Not now.

22   Q   Okay.  Did you have any children?

23   A   Yes, I had one daughter.

24   Q   And is that Toni W?

25   A   That's Toni W_____.
```

5492

```
 1    Q    Now, we're going to spend some time talking about
 2    you specifically and then we'll spend some time talking
 3    about Toni.  Is that okay?
 4    A    That's fine.
 5    Q    Were you a patient of the Schneider Medical Clinic?
 6    A    Yes, sir, I was.
 7    Q    And when did you begin being a patient there?
 8    A    I started being a patient of his probably about
 9    1992.
10    Q    And do you recall why you initially began being a
11    patient with Dr. Schneider?
12    A    I fell and broke this leg.
13    Q    And we see you here today, with a cast.  Did you
14    recently break your left leg?
15    A    Yes, I broke my left fibia (sic).
16    Q    Now, in 1992 was Dr. Schneider at Riverside or the
17    Haysville medical center?
18    A    He was through Riverside Hospital.  He was located
19    off south Stewart in a little shopping center.
20    Q    And at some point in time did you become -- did you
21    have to be seen for chronic pain conditions?
22    A    Yes, sir.  In 2002.
23    Q    And can you tell the jury a little bit about that?
24    A    Well, I was working.  I'm an exterminator, so I do a
25    lot of walking and stuff and I was workin' at Nolan
```

5493

1    Plastics there in Haysville, slipped on some clear

2    hydraulic fluid and ruptured three discs in my back.

3    Q    Okay.  Now, when you went to Dr. Schneider, did he

4    treat your -- the conditions you have for your pain?

5    A    Yes.  He sent me through Nova Care for therapy

6    because they thought maybe it was in my leg.  I had done

7    something in my hip.  And after about five months it

8    really got a little better but it really wasn't quite

9    right.  So I told him we had to do something different.

10   So he brought Dr. Estivo into his office.  That was in

11   November of 2002.  And Estivo did a nerve conductor test

12   which showed that, yes, it was in my lower back.  And

13   then Estivo ordered, on December 19th, what they call a

14   disc-o-gram.  Where they can go in and with a

15   fluoroscope and they use these large needles and they

16   put a needle in each vertebra to see if there's still a

17   disc there or if it's bone and bone.  I have one that's

18   bone and bone and I have three protruding discs.

19   Q    And is that what you, you still suffer from that

20   now?

21   A    Oh, yes.  Yes.  That's the reason I have my

22   disability.

23   Q    Okay.  Now, did Dr. Schneider also treat you with

24   any pain medication when he sent you to therapy?

25   A    Oh, yes.  Yes.

5494

1   Q   And do you remember what that was?

2   A   He gave me Lortab for my pain.

3   Q   Now, did Dr. Schneider only treat your pain

4   conditions or was he like a complete family doctor for

5   you?

6   A   He was my family doctor.

7   Q   Did he ever treat any heart conditions?

8   A   He found a heart condition and didn't really put a

9   name on it but he made sure I always had a prescription

10  for nitro 'cause he knew my father had passed away from

11  a heart attack when he was 51 and -- but I have an

12  arrhythmia.  My heart skips every third beat.  'Cause he

13  originally found it and then he brought -- then he had

14  me see Dr. Alvarez and they did EKG's all the time.

15  Q   Okay.  Now, when you would see Dr. Schneider, would

16  he rush you in and out of the exam room?

17  A   Oh, never.  You talked and then he would always ask

18  is there anything else.

19  Q   Did he ever just bring you in and say what do you

20  need and write a prescription?

21  A   Oh, no.  No.  No.  No.  No.

22  Q   Was he attentive to your medical needs?

23  A   Oh, yes.  Really well.  That's what I liked about

24  him.  He was a pleasant man.  Kind of like a country

25  doctor.  He really cared about his patients.

5495

1    Q    Now, at some point in time when you were taking this
2    chronic pain medication, did you almost get fired from
3    the pain management program?
4    A    Yes.  He had me on a really minute amount of what's
5    called Oxycontin and it's like .05, really tiny, tiny, a
6    little orange pill; and I only took that at night
7    because I can't take Oxycontin 'cause they make me act
8    like I'm drunk and I was the only driver in the family
9    so I could not take that type of medication.  But at
10   night he had me taking that and it was during the
11   summer, when I went to -- and he did regular UAs, and it
12   didn't show up but it was like 1:00 in the afternoon.
13   And so we scheduled another one for the next day and --
14   Q    Let me pause there.  When -- make sure we're on the
15   same page.  You took a UA and it came back --
16   A    Negative.
17   Q    Okay.  And did Dr. Schneider or his clinic just
18   ignore that result?
19   A    Yeah.  He, he told me what the results of it and I
20   said, well, I know I took it.  I went to the extent in
21   even going up to a different place where they do UAs,
22   individual, you can have 'em done yourself, and it
23   didn't show up there either.  And I knew I'd taken it
24   and they had rescheduled me for one at Dr. Schneider's
25   office.  It didn't show up again.

5496

1   Q   Okay.  Well, and so at this point the test is saying

2   that medicine is not in your system and are you telling

3   Dr. Schneider I am taking this medicine?

4   A   Yes.

5   Q   And were you telling him the truth?

6   A   I was telling him the truth.

7   Q   Now, did -- did the clinic allow you to continue to

8   take your medication?

9   A   For about a week they cut me down to medication

10  called Ultram or Tramadol.  And then we got -- uhm, they

11  could have a discussion, he and the other doctors could

12  have a meeting on it.  So, but then they put me back on

13  it but I refused to take any more oxycontins.  I just

14  said I don't want to take 'em.  So he took me off of

15  'em.

16  Q   Now, did you ever try to take any other medication

17  that you did not like the side effects for?

18  A   Well, when I first seen him on this leg he gave me

19  Percocets, which is a form of Oxycontin, too.  And it

20  made me so drunk I went right back to him the next day

21  said --

22  Q   Well, let's --

23  A   -- I need something different.

24  Q   Okay.  Well, let's pause there for a second.  The

25  jury has heard testimony that if a patient gets medicine

5497

1    on one day and then comes back the next day and

2    specifically asks for medicine, that that's signs that

3    they're not in pain, that they're drug-seekers.  Were

4    you in there just to try to get more medication and get

5    high?

6    A    No, I wanted a different medication for my pain.

7    Q    And were you actually in pain?

8    A    Yes.

9    Q    And when you told Dr. Schneider that this medication

10   was not helping, did he try to force you to continue to

11   take this Percocet?

12   A    No.  Absolutely not.

13   Q    Now, what do you take for your pain now?

14   A    Right now I'm taking Ibuprofen 800s three times a

15   day, which is not helping the healing process.  So my

16   doctor I'm using right now told me to cut back on that

17   and to take Tramadol in between.

18   Q    Now, is your pain controlled today as well as it was

19   when you were seeing Dr. Schneider?

20   A    No.  No, it's not.

21   Q    Okay.  Now let's turn and let's talk about your

22   daughter, Toni W.  Was she -- she was also a patient of

23   Dr. Schneider?

24   A    Yes.  She first started seeing him for Post

25   Traumatic Stress Syndrome back in 1990, March of '90.

5498

1    Q   At some point -- was Dr. Schneider her primary

2    physician?

3    A   Yes, he was her primary physician.

4    Q   At some point did she develop any serious pain

5    conditions?

6    A   Yes.  She has a family history, the entire family

7    has a history of degenerative disc disease.  Her father

8    had it seriously.  Oh, it was terrible.  He ended up in

9    a wheelchair his last days.

10   Q   Did she suffer from any other medical condition?

11   A   Yes.  She had migraines, severe migraines, which is

12   also a family history thing.  She got that from my side.

13   And she was borderline diabetic.  So we had to watch her

14   diet real close.

15   Q   Okay.

16   A   And then she had an enlarged heart.  And four

17   kidneys.

18   Q   Four kidneys?

19   A   Four kidneys.  It's a birth defect.  It's not really

20   unheard of but she had four kidneys.

21   Q   How did you learn that she had four kidneys?

22   A   Dr. Schneider.

23   Q   He found that out?

24   A   Yeah, he found it out.

25   Q   Now, did the Schneider Medical Clinic only treat

1   Toni's pain conditions?

2   A    No.   They treated her for everything from pneumonia

3   on down.   And then they found the cancer, cervical

4   cancer.   One of Dr. Schneider's PAs, Kim, found the

5   cervical cancer.   But Dr. Schneider -- Toni didn't have

6   any kind of insurance and so she was gonna have to go

7   through an organization called Project Access.   Well, he

8   didn't have the connections for that so he sent her to

9   Hunter Clinic, which is quite well known around here,

10  and they have access to Project Access and then they got

11  her a surgeon to do her cancer surgery.

12  Q    And what do you know Hunter Clinic as?

13  A    Do I know Hunter Clinic?

14  Q    Yeah.   Is it -- can you tell the jury what kind of

15  clinic that is?

16  A    It's just a general clinic, medical clinic.

17  Q    Is it for indigent individuals?

18  A    For individuals.   And especially if you're low

19  income and no insurance like I am myself right now.   I,

20  I ended up going to Hunter Clinic because no other

21  physician would see any of Dr. Schneider's patients.

22  Q    Now, even when these physicians weren't seeing you,

23  were you still suffering from your pain conditions?

24  A    Oh, yes.   Yes.

25  Q    Now, in regards to Toni.   Did you attend many of her

5500

1   visits with her?

2   A   I'm the one that had to take her.  Toni did not have

3   a driver's license or vehicle so, and she stayed with

4   me.  After her cancer and my husband dying, she just

5   kind of moved in with me, just made it a lot more

6   convenient and cheaper.  And so I took her to all her

7   doctor's visits, hospital visits, everything.

8   Q   And would you go in the exam room with her when she

9   met with Dr. Schneider?

10  A   Oh, yes.

11  Q   And did Dr. Schneider ever rush Toni through?

12  A   Never.

13  Q   Did Dr. Schneider ever try to give Toni any pain

14  medication if she was not in pain?

15  A   Oh, no, huh-uh.  No.  He was -- he was pretty strict

16  about her pain medications, too.

17  Q   Now, at some point do you know whether or not Dr.

18  Schneider was attempting to refer Toni to other

19  specialists?

20  A   Yes.  Just like the deal on her cancer, he referred

21  her to specialists.  Over the years, if he could not

22  handle it in his office, he always referred her to

23  someone else.

24  Q   Did he have trouble referring her because she didn't

25  have any insurance?

1    A    Oh, yes.

2    Q    Was she employed during this time period?

3    A    No.  She couldn't work.  Her back wouldn't let her

4    work.

5    Q    Are you aware as to whether or not Dr. Schneider

6    ever worked with another doctor in order to try to treat

7    Toni?

8    A    Yes.  He worked with Dr. Scanlin on her pain

9    medication.  Dr. Scanlin is over the Methadone clinics

10   here in Wichita.

11   Q    Okay.  And what other -- I think you mentioned

12   degenerative disc disease, but did she suffer from any

13   other kind of pain conditions?

14   A    Well, she had migraine headaches, severe migraine

15   headaches.

16   Q    And I think you mentioned fibromyalgia?

17   A    She had fibromyalgia, migraine headaches and any

18   time she would get a kidney infection, that was severe

19   pain.

20   Q    Ma'am, was Toni suffering from real pain?  I mean

21   like was she really in pain?

22   A    Oh, yes, she was really in pain.

23   Q    Do you believe because you were there at these

24   visits that she was just going to the Schneider clinic

25   just to get, "high"?

5502

1    A    Get high?

2    Q    Yes.

3    A    No, I don't think so.   The medication that she was

4    on wouldn't make you high.   Unless you were allergic to

5    it like I was.   It would make you high.

6    Q    When Toni was going to the clinic and she was taking

7    her pain medication, was she able -- did her functions

8    increase?

9    A    Yeah, she could -- if she was on her pain

10   medication, she could function.   Without 'em, I would

11   have to lock hands with her like this (Indicating) to

12   sit her up in bed if she didn't have her medications.

13   Like in the mornings, a lot of times, if she, say, slept

14   in or something, I would have to help her out of bed.

15   Q    Now, at some point in time we've learned that Toni

16   passed away.

17   A    Yes.

18   Q    Can you tell the jury -- just invite them into the

19   time period where you found Toni.

20   A    Well, I should mention about the night before she

21   hadn't taken her medication and I told her she needed to

22   take her medication and go to bed.   That was on a Friday

23   night.

24   Q    Okay.

25   A    The 17th.   On February 18th I got up about 8:30 and

5503

1    went in and I seen her door was closed.  So I kind of

2    rustled the door a little bit, opened the door, and she

3    is laying on her back with her head up against the

4    dresser, this part of her head, her chin tucked down,

5    and I shook her and no response.  And then I pulled her

6    over and started CPR.  And until blood come out of her

7    mouth.  But at the same time I got 911 on the phone and

8    the guy that I date just happened to show up at the same

9    time.  So when I seen blood coming out of her mouth, I

10   knew right then something was wrong.  I mean, you know,

11   she was gone.  But her room was so disarrayed,

12   everything was scattered about in her room, which that's

13   not like her.  She always kept everything up real neat.

14   And I finally found her purse under the bed and it was

15   totally dumped out.  All of her money was gone.  So I

16   went to lookin' for her medications which we had gotten

17   two days prior.  Medication was gone.  Bottles and all.

18   Mine and hers.  And that was -- we're talking Methadone,

19   Lortab and Xanax.  And Somas.  Four different

20   medications.  Gone.  Totally gone.

21   Q    Did you relay that information to anybody?

22   A    When the county Coroner arrived, I relayed it to

23   him.

24   Q    To your knowledge, did they ever follow up on this

25   information?

1    A   They did not follow up on anything.  No one ever

2    contacted me.  They did not declare it a crime scene.

3    They let all the family come in and walk around and

4    handle things.  I even found crack cocaine -- I'm sorry

5    to say -- I found a little baggie of crack cocaine,

6    which immediately went down the toilet stool, laying on

7    top of the dresser right in front of the Sheriff's

8    officer and he never spotted it.

9    Q   Did you know Toni to have used crack cocaine in the

10   past?

11   A   Yes, she used crack cocaine occasionally.  She was a

12   bad, bad addict; but she had got out of that and she

13   only used it upon occasion just to kind of ease her pain

14   off.

15   Q   And even though she was using these illegal drugs

16   from time to time, was she really suffering from pain?

17   A   Oh, yeah.  Severe pain.

18   Q   I think some witnesses may say, well, if a person --

19   or may have said, if a person has used illegal

20   narcotics, they don't deserve pain medication.  Do you

21   agree with that?

22   A   Oh, no, I don't agree with that at all.

23   Q   Okay.

24   A   All that narcotic does is take the edge off.  The

25   small amounts she used.

5505

1    Q   When you say the edge, you mean the pain --

2    A   Yeah, it kind of reduces the pain down.

3    Q   Now, did Toni also have any -- did you learn later

4    whether or not Toni had any blunt trauma to the head?

5    A   According to the autopsy, she had two blunt traumas

6    to the back of her head.  One was consistent with a

7    fall.  The other one was larger.

8    Q   Okay.  When you would see Dr. Schneider -- or when

9    you and Toni would see Dr. Schneider, did you ever

10   recall people knocking to try to hurry him out of the

11   room with you all?

12   A   No.  The only time they knocked is when he would ask

13   'em to come get something and they would come back,

14   knock on the door, hand it to him and leave.

15   Q   Now, Toni's last visit with Dr. Schneider was on

16   February 16th, two days before she passed away.  Were

17   you at that meeting with her?

18   A   Yes, because I also had a visit.

19   Q   And was she in increased pain or -- was she still in

20   pain around those visits?

21   A   Oh, yeah.

22   Q   Was there anything out of the ordinary about her

23   demeanor on February 16th?

24   A   No.

25   Q   Now, did the Government ever contact you and ask the

1    family's permission to publish Toni's name and picture

2    during this case?

3    A    No, sir, they did not.

4    Q    Did you or a family member ever receive a "victim

5    letter" from the federal government?

6    A    My granddaughter got a victim letter from the

7    Government.

8    Q    And what did she do with it?

9    A    She throwed it in the trash can.  She said I don't

10   want nothing to do with it.

11   Q    Do you feel like you were a "victim" of Dr.

12   Schneider?

13   A    No.

14   Q    Do you believe he helped your pain when you were

15   seeing him?

16   A    Oh, yes.  He was wonderful on everything I seen him

17   for.

18   Q    Now, do you believe that -- does the family believe

19   that Dr. Schneider is responsible for Toni's passing

20   away?

21   A    Absolutely not.

22   Q    One last thing.  When you would see Dr. Schneider,

23   would you have long waits in the lobby?

24   A    Yeah, sometimes up to two hours.

25   Q    There was a witness from the Government that said

5507

1   that people would only wait up to two hours if they're

2   trying to -- just there to get drugs.  Is that why you

3   would wait that long?

4   A   No.

5   Q   Why would you wait that long?

6   A   Well, because I needed to see the doctor.  And it

7   wouldn't be just for going in and getting pain

8   medication.  I might need antibiotics for a sore throat

9   or earache.  And Toni had earaches and stuff, too.  You

10  know, we seen him for everything.

11  Q   Okay.

12          MR. WILLIAMSON:  I don't have anything else,

13  Your Honor.

14          THE COURT:  Mr. Byers.

15          MR. BYERS:  No questions, Your Honor.

16              **CROSS EXAMINATION**

17  BY MS. TREADWAY:

18  Q   How'd you break your leg?

19  A   Same way I broke the other one in '92.  Fell off the

20  steps.  A step gave way with me, and I landed on it.

21  And, boy, I snapped it good, too.

22  Q   Oh, boy --

23  A   Well, it's now got a steel plate in it, so, so, oh,

24  yeah.

25  Q   So now you'll set off all the alarms at the

5508

1    airports?

2    A   Yes, I've already done that this morning so --

3    Q   Now, ma'am, I want to start where Mr. Williamson

4    started and that was with your own experience as a

5    patient with the Schneider Medical Clinic.  Now, you had

6    a lot of failed urine drug screens over the years,

7    didn't you?

8    A   Failed drug screens?

9    Q   Yes, ma'am.

10   A   No, ma'am.

11   Q   So if we had urine drug screens even as late as

12   2006, you don't remember those?

13   A   2006.  Only drug screen I had they said I failed was

14   that one with those little bitty Oxycontin.  Even the

15   druggist said that after you drink six cups of coffee in

16   the morning and you wait until 1:00 in the afternoon,

17   it's probably not gonna show up because I called my

18   pharmacist about it.

19   Q   And do you remember being referred for drug rehab by

20   the clinic?

21   A   No, ma'am.

22   Q   So if your records indicate that you were referred

23   for drug rehab, that's not the truth?

24   A   That is an absolute false lie.

25   Q   Okay.  And did you ever report that your medicines

1    were stolen?

2    A    I did to the county Coroner when Toni died.    That

3    very morning.

4    Q    And how about your medicines?

5    A    It was stolen, too.

6    Q    Well, how about back in 2004, did you report to the

7    clinic that your medicines were stolen?

8    A    I don't remember.

9    Q    Now, you got care from a number of the providers at

10   the clinic, didn't you?  You saw a lot of different

11   people?

12   A    Usually it was either Dr. Schneider or one PA that I

13   saw.

14   Q    You remember seeing Kim?

15   A    Oh, yes.  She was wonderful.

16   Q    And do you remember seeing Curtis?

17   A    Oh, yeah.

18   Q    And do you remember seeing a woman by the name of

19   Debra Klingsick?  She was there for a short period of

20   time.

21   A    No.

22   Q    Do you remember seeing a man named -- by the name of

23   Mohammed Akram?

24   A    Oh, yeah.

25   Q    Must not like him, I guess?

5510

1    A    Didn't care for that man at all.

2    Q    Did you see Donna St. Clair?

3    A    No, I did not see Donna.

4    Q    And did you see Dr. Simons?

5    A    Yes, one time.  Didn't care for that man either.

6    Q    Now, do you know a person by the name of Diana

7    Mohney, M-O-H-N-E-Y.  Do you know that person?

8    A    M-O-H-N-E-Y?

9    Q    Uh-huh.  Diana.

10        Do you know a person named Toni Shar?

11   A    No.

12   Q    Now, when you were going to the clinic, did you get

13   Methadone?

14   A    Yes, I did, small amounts, yeah.

15   Q    And you got Lortab?

16   A    Yes.

17   Q    Did you also get Soma?

18   A    Yes.

19   Q    And did you also get Xanax?

20   A    Yes, I did.

21   Q    And did you get that pretty steadily throughout the

22   years?

23   A    Yeah.

24   Q    Now, I don't mean to be disrespectful, ma'am, but

25   based on the information in the Schneider Medical Clinic

5511

1   records, it appears that your daughter Toni had kind of

2   a tough life.

3   A    Yes, she did.

4   Q    She did, didn't she.  She had an addiction to crack

5   cocaine, didn't she?

6   A    At one time she did.

7   Q    She spent some time in prison for that, didn't she?

8   A    30 days.

9   Q    Yeah.  And as a result of her addiction, she

10  actually lost her parental rights with her children,

11  didn't she, for a while?

12  A    Yeah.

13  Q    Uh-huh.  And she had some mental health problems,

14  didn't she?

15  A    Yeah, she had Post Traumatic Stress Syndrome.

16  Q    And she suffered from anxiety?

17  A    Uh-huh.

18  Q    And depression?

19  A    She found her brother dead on the kitchen floor.

20  Q    So that, that was why she had Post Traumatic Stress

21  Disorder?

22  A    Yeah, that's the very reason she first started going

23  to Dr. Schneider in '90, March of '90.

24  Q    And throughout the entire time she went to the

25  clinic, Toni received a lot of controlled substances,

5512

1   didn't she?

2   A   Well, sure she did.

3   Q   And she received Xanax like you did?

4   A   Uh-huh.

5   Q   And Lortab?

6   A   Yeah.

7   Q   And Methadone.  You remember that?

8   A   Yeah.  We got her on the Methadone to cut her back

9   on the rest of it.

10   Q   And do you remember that she got the patches with

11   Duragesic?  You remember that?

12   A   Yes.

13   Q   And she got Oxycontin.  You remember that?

14   A   Yeah, she got the little, yeah, 10 or 15 milligrams

15   or something like that.

16   Q   And she got Percocet which is another form of --

17   A   Her main thing was Lortab.

18   Q   So her main thing was Lortab.  Do you remember her

19   getting MS-Contin which was a Morphine?

20   A   Probably when she had her cancer surgery.

21   Q   And she also got Soma; right?

22   A   Yeah, that was a muscle relaxer.  She had

23   fibromyalgia.

24   Q   Now, she sometimes went in early for her

25   prescriptions, didn't she?

5513

1    A    No.  No more than three days early, two, maybe three

2    days early.

3    Q    And she failed some urine drug screens, didn't she?

4    A    Not that I know of.  Because if you failed, you're

5    fired.

6    Q    Well, if the records indicate that she failed her

7    urine drug screens and continued to get drugs, would you

8    argue with that?

9    A    Yes, I would.

10   Q    Now, back in October 28th, 2002 -- that's a long

11   time ago, I know --

12   A    Yeah.  I was probably still doing therapy for this

13   right leg in 2002.

14   Q    Toni' progress note indicates that the clinic

15   thought she was faking her pain and Toni admitted to the

16   clinic that she was misusing her medications.  Did you

17   know about either of those?

18   A    I have never heard that before.

19   Q    Okay.  But even though her progress note indicates

20   that, she still got her prescriptions.  Were you aware

21   of that?

22   A    Well, yeah, because I paid for 'em.

23   Q    Okay.  And on August 3rd, 2004, Toni came to the

24   clinic and the progress note indicates that she was

25   drugged and her speech was severely distorted.  Do you

5514

1    remember that visit?

2    A    Nope.

3    Q    And in August 30th of 2004, that's just about six,

4    seven days later, the progress note indicates that her

5    condition was declining.  Did anybody tell you that her

6    condition was declining --

7    A    No.

8    Q    -- when they were still giving her narcotics?

9    A    First I've heard of it.

10   Q    And they continued to give her narcotics until just

11   before her death, didn't they?

12   A    She had her regular monthly prescriptions.

13   Q    Okay.  Toni was only 37 when she passed away?

14   A    Yeah.  She would have been 38 in May.

15   Q    Did you know that when she died, that 46 other

16   people had died before her of prescription drug

17   overdoses?

18   A    No.

19   Q    Would you have liked to have known that information

20   from the clinic?

21   A    Well, I tell you what, if you went to that clinic,

22   stood outside when you had an early appointment, you

23   had, you had to get there, if you had a 8:00

24   appointment, you stood outside and these people come up

25   around ya and they're trying to say, well, you get your

5515

1    prescriptions and they don't even have appointments,

2    okay.  You get your scripts, will you sell me some, and

3    I'm lookin' at 'em going you've got to be kidding.  So I

4    would report this to Debra, one of Dr. Schneider's

5    employees.  She was part of our family, personal family.

6    Q    That's Debra McEachern?

7    A    Yeah, McEachern is the way it's pronounced.

8    Q    I'm sorry.  McEachern.  Thank you.

9    A    And then she would tell Dr. Schneider.  I mean,

10   there's lots of times I think Linda had to run a few

11   people off.

12   Q    So the Defendants knew that people were coming up to

13   their patients and asking their patients to sell them

14   drugs?

15   A    And I know they had to run 'em off a couple of

16   times.

17   Q    Did anyone at the Schneider Medical Clinic tell you

18   about how poorly Toni was doing the last month of her

19   life in terms of her progress notes at the clinic?  Did

20   she share that with you?

21   A    Well, I could tell just by her diabetes that she

22   was, you know, she wasn't doing too well.  I had to keep

23   a close eye on her because if her diabetes got -- sugar

24   level got too low, she would just collapse.

25   Q    And that's, in fact, something that she was

5516

1    reporting a lot of toward the end of her life?  She was

2    reporting that she was falling a lot and that she was

3    falling asleep a lot?

4    A    And they were doing screens on her.

5    Q    But what she eventually died of was a drug overdose;

6    isn't that correct?

7    A    Well, that's what they say.  I don't believe it.

8    Because I read part of the autopsy, and the medication

9    in her system according to that autopsy was about half

10   of what she would have normally taken.

11           MS. TREADWAY:  Nothing further, Judge.

12           MR. WILLIAMSON:  I need to look at one exhibit

13   real quick, Your Honor.

14                    **REDIRECT EXAMINATION**

15   BY MR. WILLIAMSON:

16   Q    Ms. Carter, did Toni have her surgery around 2002?

17   A    Her surgery?

18   Q    Yes.  Do you know when that was?

19   A    No, I believe it was later than that.  I know they

20   discovered it, let's see, that could have been.  They

21   discovered it while she was still seeing Tillman out at

22   Youthville in the wheelchair.

23   Q    I'm just going to show you just a progress note from

24   Toni's last visit.  At any time that Toni was receiving

25   medication from the Schneider Medical Clinic, based on

1   your observations when Dr. Schneider was meeting with

2   you and her, was he trying to help her?

3   A    Oh, yes.  Yes.

4   Q    Is there any doubt in your mind about that?

5   A    Not a bit of doubt in my mind at all.

6   Q    And you remember you testified that Dr. Schneider

7   was -- would try to -- wanting to refer her out but she

8   couldn't afford it because she didn't have any

9   insurance?

10  A    Yeah, she had no insurance.

11  Q    Now, looking at this on this last visit with Dr.

12  Schneider, do you see the bottom where it says need

13  further work-up, can't afford.  Do you see that?

14  A    And what is the date on that?

15  Q    This is the 2-16 of '06.  Do you see that document?

16  A    That's the date we had our regular visit.

17  Q    Okay.  Was it tough for Toni to get other kind of

18  care because she did not have any insurance?

19  A    That's right.

20          MR. WILLIAMSON:  I don't have anything

21  further.

22  A    It was either Dr. Schneider or emergency room.

23          MR. WILLIAMSON:  Nothing further.

24          MR. BYERS:  Nothing, Your Honor.

25          THE COURT:  Anything further?

1          MS. TREADWAY:  No Judge.

2          THE COURT:  Well, Ms. Carter, thank you very

3    much.  You're excused.

4       Okay.  Ladies and Gentlemen, you're excused for the

5    weekend.  You're excused for the day.  Have a nice

6    weekend.

7                    (Jury excused at 1:26 p.m.)

8          THE COURT:  Well, is there anything else we

9    need to do?

10         MR. WILLIAMSON:  Hopefully not until Monday,

11   Judge, at least involving you.

12         THE COURT:  I need to see you, Lawrence.

13         MR. WILLIAMSON:  Me?

14         THE COURT:  Yeah.

15                    (Off-the-record.)

16         THE COURT:  Okay.  I'll see you Monday.

17                    (Recessed for the weekend at

18                    1:27 p.m.)

19

20

21

22

23

24

25