6013

```
 1                    (Beginning at 2:00 p.m. June 24,

 2                    2010, the following proceedings

 3                    continued.)

 4          THE COURT:  Juror # 025, has the jury reached

 5   verdicts in this case?

 6   A    Yes, Your Honor, we have.

 7          THE COURT:  Please pass them to Ms. Silva.

 8                    (complies with request.)

 9          THE COURT:  All right.  Now, here's the

10   procedure we're going to follow.  I'm going to have

11   Mrs. Silva read these verdict forms.  The verdict forms

12   are long.  It will take a while to read them.  And at

13   the conclusion of reading the verdict forms, then I'm

14   going to have Mrs. Silva poll the jurors.

15       Now, I won't tolerate any kind of disturbance or

16   demonstration or anything with respect to these

17   verdicts.  Anyone who says anything, makes any noise,

18   does anything else, will be immediately ejected from the

19   courtroom and from the courthouse.

20       Now, something else.  I enforce the Court's rule

21   that there is no contact with the jurors after the

22   verdict, after the case is over.  And I mean I enforce

23   it.  I hope you all understand what that means and what

24   it could mean to you if you violate that rule.

25       Read the verdicts.
```

6014

1           LAW CLERK MS. SILVA:  Yes, sir.

2       "We the jury, duly impaneled and sworn, upon our

3   oaths find the Defendants, Stephen Schneider and Linda

4   Schneider, guilty as charged in Count 1 of the

5   Indictment.

6       "If your verdict on Count 1 was guilty, answer the

7   special questions which appear on this and the remaining

8   pages of this verdict form.

9       "Identify which of the following crimes that you

10  unanimously find the Government has proven beyond a

11  reasonable doubt that the Defendants conspired to

12  commit.  If you cannot reach unanimous agreement that

13  the Defendants conspired to commit a particular crime

14  listed below, leave the corresponding box blank.

15      "Crime:  Unlawful dispensing of controlled

16  substances in violation of 21 U.S.C. Section 841(a)(1).

17  Blank.

18      "Health care fraud in violation of 18 U.S.C.

19  Section 1347.  Yes.

20      "Money laundering in violation of 18 U.S.C. Section

21  1957.  Blank.

22      "Identify any of the following overt acts you

23  unanimously find that the Government has proved beyond a

24  reasonable doubt.  The overt acts are alleged in

25  Paragraph 51 of the Indictment.  The following list

6015

1    refers to the overt acts alleged in Paragraphs 51(b)

2    through 51(p) of the Indictment.  Please indicate your

3    findings by placing an X in the corresponding box in the

4    column labeled Stephen Schneider if you unanimously

5    conclude that the Government has proved beyond a

6    reasonable doubt that Stephen Schneider committed the

7    alleged overt act; and/or, by placing an X in the

8    corresponding box in the column labeled Linda Schneider

9    if you unanimously conclude that the Government has

10   proved beyond a reasonable doubt that Linda Schneider

11   committed the alleged overt act.  If you cannot reach

12   unanimous agreement as to a particular act and a

13   particular Defendant, leave that box blank.

14        "Paragraph 51(b):  Stephen Schneider, yes; Linda

15   Schneider, blank.

16        "51(c):  Stephen Schneider, blank; Linda Schneider,

17   yes.

18        "51(d):  Yes as to both Defendants.

19        "51(e):  Yes as to both Defendants.

20        "51(f):  Yes as to both Defendants.

21        "51(g):  Blank as to both Defendants.

22        "51(h):  Blank as to both Defendants.

23        "51(i):  Yes, Stephen Schneider; blank, Linda

24   Schneider.

25        "51(j):  Yes, Stephen Schneider; blank, Linda

6016

1    Schneider.

2         "51(k):  Yes as to both Defendants.

3         "51(l):  Yes as to both Defendants.

4         "51(m):  Yes as to both Defendants.

5         "51(n):  Yes as to Stephen Schneider; blank as to

6    Linda Schneider.

7         "51(o):  Blank as to both Defendants.

8         "51(p):  Blank as to both Defendants."

9         Dated today's date and signed by the foreperson.

10        Juror # 038, was that and is that your verdict?

11   A   Yes, it was.

12             LAW CLERK MS. SILVA:  Juror # 018, was that

13   and is that your verdict?

14   A   Yes, it was.

15             LAW CLERK MS. SILVA:  Juror # 044, was that

16   and is that your verdict?

17   A   Yes, it is.

18             LAW CLERK MS. SILVA:  Juror # 115, was that

19   and is that your verdict?

20   A   Yes.

21             LAW CLERK MS. SILVA:  Juror # 022, was that

22   and is that your verdict?

23   A   Yes.

24             LAW CLERK MS. SILVA:  Juror # 058, was that

25   and is that your verdict?

1    A    Yes.

2              LAW CLERK MS. SILVA:   Juror # 024, was that

3    and is that your verdict?

4    A    Yes.

5              LAW CLERK MS. SILVA:   Juror # 025, was that

6    and is that your verdict?

7    A    Yes, ma'am.

8              LAW CLERK MS. SILVA:   Juror # 027, was that

9    and is that your verdict?

10   A    Yes.

11             LAW CLERK MS. SILVA:   Juror # 075, was that

12   and is that your verdict?

13   A    Yes.

14             LAW CLERK MS. SILVA:   Juror # 036, was that

15   and is that your verdict?

16   A    Yes.

17             THE COURT:   Are counsel satisfied with the

18   poll of the jury as to Count 1?

19             MS. TREADWAY:   Yes, Judge.

20             MR. WILLIAMSON:   Yes, Your Honor.

21             MR. BYERS:   Yes, Your Honor.

22             THE COURT:   All right.   Now, please read the

23   verdict form as to Stephen Schneider.

24             LAW CLERK MS. SILVA:   Yes, sir.

25             "We the jury, duly impaneled and sworn, upon our

6018

1   oaths find the Defendant, Stephen Schneider, guilty as

2   charged in Count 2 of the Indictment.

3        "If you find the Defendant guilty of Count 2,

4   answer both of the following questions.

5        "Did the Defendant's illegal dispensing of

6   controlled substances result in serious bodily injury to

7   Patricia G?  Yes.

8        "Did the Defendant's illegal dispensing of

9   controlled substances result in Patricia G's death?

10  Yes.

11       "Guilty as charged in Count 3 of the Indictment.

12       "If you find the Defendant guilty of Count 3,

13  answer both of the following questions:

14       "Did the Defendant's illegal dispensing of

15  controlled substances result in serious bodily injury to

16  Eric T?  Yes.

17       "Did the Defendant's illegal dispensing of

18  controlled substances result in Eric T's death?  Yes.

19       "Guilty as charged in Count 4 of the Indictment.

20       "If you find the Defendant guilty of Count 4,

21  answer both of the following questions:

22       "Did the Defendant's illegal dispensing of

23  controlled substances result in serious bodily injury to

24  Robin G?  Yes.

25       "Did the Defendant's illegal dispensing of

6019

1    controlled substances result in Robin G's death?  Yes.

2        "As to Count 5, please answer the following

3    questions:

4        "Did the Defendant illegally dispense controlled

5    substances to the following individuals?

6        "Kandace B.  Yes.

7        "Dalene C.  Yes.

8        "Terry C.  Yes.

9        "Pamela F.  No.

10       "Jeff H.  No.

11       "Victor J.  Yes.

12       "Jeffrey J.  Yes.

13       "Mary Sue L.  Yes.

14       "Heather M.  No.

15       "Jo Jo R.  Yes.

16       "Billy R.  Yes.

17       "Brad S.  No.

18       "Katherine S.  No.

19       "Evelyn S.  Yes.

20       "Mary Jo S.  Yes.

21       "Robert S.  Yes.

22       "Patsy W.  Yes.

23       "Toni W.  Yes.

24       "If you unanimously answered yes to any of the

25   above questions, you must find the Defendant guilty."

6020

1     Guilty is circled on the verdict form.

2     "Did the Defendant's illegal dispensing controlled

3  substances result in serious bodily injury to Kandace B?

4  Yes.

5     "Did the Defendant's illegal dispensing of

6  controlled substances result in death?  Yes.  Kandace B.

7     "Dalene C.  Did the Defendant's illegal dispensing

8  of controlled substances result in serious bodily

9  injury?  Yes.

10     "Did the Defendant's illegal dispensing of

11  controlled substances result in death?  No.

12     "Terry C.  Did the Defendant's illegal dispensing

13  of controlled substances result in serious bodily

14  injury?  Yes.

15     "Did the Defendant's illegal dispensing of

16  controlled substances result in death?  No.

17     "Pamela F.  Blank.

18     "Jeff H.  Blank.

19     "Victor J.  Did the Defendant's illegal dispensing

20  of controlled substances result in serious bodily

21  injury?  No.

22     "Did the Defendant's illegal dispensing of

23  controlled substances result in death?  No.

24     "Jeffrey.  Did the Defendant's illegal dispensing

25  of controlled substances result in serious bodily

1   injury?  Yes.

2        "Did the Defendant's illegal dispensing of

3   controlled substances result in death?  No.

4        "Mary Sue L.  Did the Defendant's illegal

5   dispensing of controlled substances result in serious

6   bodily injury?  Yes.

7        "Did the Defendant's illegal dispensing of

8   controlled substances result in death?  Yes.

9        "Heather M.  Blank.

10        "Jo Jo R.  Did the Defendant's illegal dispensing

11   of controlled substances result in serious bodily

12   injury?  Yes.

13        "Did the Defendant's illegal dispensing of

14   controlled substances result in death?  Yes.

15        "Billy R.  Did the Defendant's illegal dispensing

16   of controlled substances result in serious bodily

17   injury?  Yes.  Did the Defendant's illegal dispensing of

18   controlled substances result in death?  Yes.

19        "Brad S.  Blank.

20        "Katherine S.  Blank.

21        "Evelyn S.  Did the Defendant's illegal dispensing

22   of controlled substances result in serious bodily

23   injury?  No.

24        "Did the Defendant's illegal dispensing of

25   controlled substances result in death?  No.

1          "Mary Jo S.  Did the Defendant's illegal dispensing

2     of controlled substances result in serious bodily

3     injury?  Yes.  Did the Defendant's illegal dispensing of

4     controlled substances result in death?  Yes.

5          "Robert S.  Did the Defendant's illegal dispensing

6     of controlled substances result in serious bodily

7     injury?  Yes.  Did the Defendant's illegal dispensing of

8     controlled substances result in death?  Yes.

9          "Patsy W.  Did the Defendant's illegal dispensing

10    of controlled substances result in serious bodily

11    injury?  Yes.

12         "Did the Defendant's illegal dispensing of

13    controlled substances result in death?  No.

14         "Toni W.  Did the Defendant's illegal dispensing of

15    controlled substances result in serious bodily injury?

16    Yes.

17         "Did the Defendant's illegal dispensing of

18    controlled substances result in death?  Yes.

19         "As to Count 6, please answer the following

20    questions.  Did the Defendant illegally dispense

21    controlled substances to the following individuals?

22         "Earl A.  No.

23         "Sue B.  No.

24         "Boyce B.  No.

25         "Michael C.  No.

6023

1     "Danny C.  No.

2     "Leslie C.  No.

3     "James C.  No.

4     "Patricia C.  Yes."

5     The remaining individuals are blank.

6     "Catherine D.  Blank.

7     "Jessie D.  Blank.

8     "Thomas F.  Blank.

9     "Lacie F.  Blank.

10     "Marie H.  Blank.

11     "Russell H.  Blank.

12     "Darrell H.  Blank.

13     "Vickie H.  Blank.

14     "Shannon Mi.  Blank.

15     "Jerad M.  Blank.

16     "Jason P.  Blank.

17     "Mark P.  Blank.

18     "Tori S.  Blank.

19     "Jamie S.  Blank.

20     "Randall S.  Blank.

21     "Michelle S.  Blank.

22     "Ancira W.  Blank.

23     "Erika W.  Blank.

24     "Ronald W.  Blank.

25     "Guilty as charged in Count 7 of the Indictment.

6024

 1      If you find the Defendant guilty of Count 7, answer both

 2      of the following questions:

 3          "Did the Defendant's health care fraud result in

 4      serious bodily injury to Patricia G?  Yes.

 5          "Did the Defendant's health care fraud result in

 6      Patricia G's death?  Yes.

 7          "Guilty as charged in Count 8 of the Indictment.

 8      If you find the Defendant guilty of Count 8, answer both

 9      of the following questions:

10          "Did the Defendant's health care fraud result in

11      serious bodily injury to Eric T?  Yes.

12          "Did the Defendant's health care fraud result in

13      Eric T's death?  Yes.

14          "Guilty as charged in Count 9 of the Indictment.

15      If you find the Defendant guilty of Count 9, answer both

16      of the following questions:

17          "Did the Defendant's health care fraud result in

18      serious bodily injury to Robin G?  Yes.

19          "Did the Defendant's health care fraud result in

20      Robin G's death?  Yes.

21          "Guilty as charged in Count 10 of the Indictment.

22          "Guilty as charged in Count 11 of the Indictment.

23          "Guilty as charged in Count 12 of the Indictment.

24          "Guilty as charged in Count 13 of the Indictment.

25          "Guilty as charged in Count 14 of the Indictment.

6025

1    "Guilty as charged in Count 15 of the Indictment.

2    "Guilty as charged in Count 16 of the Indictment.

3    "Guilty as charged in Count 17 of the Indictment.

4    "Not guilty as charged in Count 18 of the

5    Indictment.

6    "Not guilty as charged in Count 19 of the

7    Indictment.

8    "Not guilty as charged in Count 20 of the

9    Indictment.

10   "Not guilty as charged in Count 21 of the

11   Indictment.

12   "Not guilty as charged in Count 22 of the

13   Indictment.

14   "Not guilty as charged in Count 23 of the

15   Indictment.

16   "Not guilty as charged in Count 24 of the

17   Indictment.

18   "Not guilty as charged in Count 25 of the

19   Indictment.

20   "Guilty as charged in Count 26 of the Indictment.

21   "Not guilty as charged in Count 27 of the

22   Indictment.

23   "Guilty as charged in Count 28 of the Indictment.

24   "Not guilty as charged in Count 29 of the

25   Indictment.

6026

 1        "Not guilty as charged in Count 30 of the

 2   Indictment.

 3        "Not guilty as charged in Count 31 of the

 4   Indictment.

 5        "Not guilty as charged in Count 32 of the

 6   Indictment.

 7        "Not guilty as charged in Count 33 of the

 8   Indictment.

 9        "Not guilty as charged in Count 34 of the

10   Indictment."

11        Dated today's date and signed by the foreperson.

12             MS. TREADWAY:  Judge, excuse me.  As to Count

13   6, I do not believe there was a reading of guilty or not

14   guilty.

15                      (Off-the-record discussion

16                      between the Court and Law Clerk

17                      Ms. Silva.)

18             THE COURT:  All right.  I'm going to have you

19   all return to the jury room and complete the verdict

20   form as to Count 6.  This will be -- you have to either

21   answer guilty or not guilty at the top of that page.

22                      (Jury retires to the jury room

23                      at 2:21 p.m.)

24             THE COURT:  You all can be seated.  And I'm

25   going to have Ms. Silva take the verdict form as to

6027

1    Linda Schneider in and have them do the same with

2    respect to Count 6.

3                        (Off-the-record.)

4                        (Jury returns to the courtroom

5                        at 2:24 p.m.)

6            THE COURT:  Please be seated.  Juror # 025,

7    has the jury completed those two verdict forms?

8    A   Yes, Your Honor.  I apologize for the clerical

9    error.

10           THE COURT:  There was a lot to fill out.  No

11   apology needed.

12       As to Stephen Schneider, the jury has circled

13   guilty.

14       Now, please poll the jury.

15           LAW CLERK MS. SILVA:  Yes, sir.  Juror # 038,

16   was that and is that your verdict?

17   A   Yes.

18           LAW CLERK MS. SILVA:  Juror # 018, was that

19   and is that your verdict.

20   A   Yes.

21           LAW CLERK MS. SILVA:  Juror # 044, was that

22   and is that your verdict?

23   A   Yes.

24           LAW CLERK MS. SILVA:  Juror # 115, was that

25   and is that your verdict?

1    A    Yes.

2              LAW CLERK MS. SILVA:   Juror # 022, was that

3    and is that your verdict?

4    A    Yes.

5              LAW CLERK MS. SILVA:   Juror # 058, was that

6    and is that your verdict?

7    A    Yes.

8              LAW CLERK MS. SILVA:   Juror # 024, was that

9    and is that your verdict?

10   A    Yes.

11             LAW CLERK MS. SILVA:   Juror # 025, was that

12   and is that your verdict?

13   A    Yes.

14             LAW CLERK MS. SILVA:   Juror # 027, was that

15   and is that your verdict?

16   A    Yes.

17             LAW CLERK MS. SILVA:   Juror # 075, was that

18   and is that your verdict?

19   A    Yes.

20             LAW CLERK MS. SILVA:   Juror # 036, was that

21   and is that your verdict?

22   A    Yes.

23             THE COURT:   Now, counsel have any questions

24   with respect to that verdict or any objections to the

25   poll of the jury?

1          MS. TREADWAY:  No, Judge.

2          MR. WILLIAMSON:  No, Your Honor.

3          MR. BYERS:  No, Your Honor.

4          THE COURT:  All right.  Now, please read the

5     verdict form as to Linda Schneider.

6          LAW CLERK MS. SILVA:  "We the jury, duly

7     impaneled and sworn, upon our oaths find the Defendant,

8     Linda Schneider, guilty as charged in Count 2 of the

9     Indictment.

10         "If you find the Defendant guilty of Count 2,

11     answer both of the following questions:

12         "Did the Defendant's aiding and abetting of Stephen

13     Schneider's illegal dispensing of controlled substances

14     result in serious bodily injury to Patricia G?  Yes.

15         "Did the Defendant's aiding and abetting of Stephen

16     Schneider's illegal dispensing of controlled substances

17     result in Patricia G's death?  Yes.

18         "Guilty as charged in Count 3 of the Indictment.

19     If you find the Defendant guilty of Count 3, answer both

20     of the following questions:

21         "Did the Defendant's aiding and abetting of Stephen

22     Schneider's illegal dispensing of controlled substances

23     result in serious bodily injury to Eric T?  Yes.

24         "Did the Defendant's aiding and abetting of Stephen

25     Schneider's illegal dispensing of controlled substances

6030

1   result in Eric T's death?  Yes.

2        "Guilty as charged in Count 4 of the Indictment.

3   If you find the Defendant guilty of Count 4, answer both

4   of the following questions:

5        "Did the Defendant's aiding and abetting of Stephen

6   Schneider's illegal dispensing of controlled substances

7   result in serious bodily injury to Robin G?  Yes.

8        "Did the Defendant's aiding and abetting of Stephen

9   Schneider's illegal dispensing of controlled substances

10  result in Robin G's death?  Yes.

11       "As to Count 5, please answer the following

12  questions:

13       "Did the Defendant aid and abet Stephen Schneider's

14  illegal dispensing of controlled substances to the

15  following individuals?

16       "Kandace B.  Yes.

17       "Dalene C.  Yes.

18       "Terry C.  Yes.

19       "Pamela F.  No.

20       "Jeff H.  No.

21       "Victor J.  Yes.

22       "Jeffrey J.  Yes.

23       "Mary Sue L.  Yes.

24       "Heather M.  No.

25       "Jo Jo R.  Yes.

6031

1          "Billy R.  Yes.

2          "Brad S.  No.

3          "Katherine S.  No.

4          "Evelyn S.  Yes.

5          "Mary Jo S.  Yes.

6          "Robert S.  Yes.

7          "Patsy W.  Yes.

8          "Toni W.  Yes.

9          "If you unanimously answered yes to any of the

10    above questions, you must find the Defendant guilty."

11          Guilty is circled on the verdict form.

12          "Did the Defendant's aiding and abetting of Stephen

13    Schneider's illegal dispensing of controlled substances

14    result in serious bodily injury?

15          "Kandace B.  Yes.

16          "Dalene C.  Yes.

17          "Terry C.  Yes.

18          "Pamela F.  Blank.

19          "Jeff H.  Blank.

20          "Victor J.  No.

21          "Jeffrey J.  Yes.

22          "Mary Sue L.  Yes.

23          "Heather M.  Blank.

24          "Jo Jo R.  Yes.

25          "Billy R.  Yes.

6032

1          "Brad S.  Blank.

2          "Katherine S.  Blank.

3          "Evelyn S.  No.

4          "Mary Jo S.  Yes.

5          "Robert S.  Yes.

6          "Patsy W.  Yes.

7          "Toni W.  Yes.

8          "Did the Defendant's aiding and abetting of Stephen

9     Schneider's illegal dispensing of controlled substances

10    result in death?

11         "Kandace B.  Yes.

12         "Dalene C.  No.

13         "Terry C.  No.

14         "Pamela F.  Blank.

15         "Jeff H.  Blank.

16         "Victor J.  No.

17         "Jeffrey J.  No.

18         "Mary Sue L.  Yes.

19         "Heather M.  Blank.

20         "Jo Jo R.  Yes.

21         "Billy R.  Yes.

22         "Brad S.  Blank.

23         "Katherine S.  Blank.

24         "Evelyn S.  No.

25         "Mary Jo S.  Yes.

1          "Robert S.  Yes.

2          "Patsy W.  No.

3          "Toni W.  Yes.

4          "As to Count 6, please answer the following

5     questions:  Did the Defendant aid and abet Stephen

6     Schneider in illegally dispensing controlled substances

7     to the following individuals?

8          "Earl A.  No.

9          "Sue B.  No.

10         "Boyce B.  No.

11         "Michael C.  No.

12         "Danny C.  No.

13         "Leslie C.  No.

14         "James C.  No.

15         "Patricia C.  Yes."

16         The remaining individuals are blank.

17              THE COURT:  Do you want her to announce blank

18    with respect to each of the remaining individuals?

19              MS. TREADWAY:  No, Judge.

20              MR. BYERS:  No, Your Honor.

21              MR. WILLIAMSON:  No, Your Honor.

22              LAW CLERK MS. SILVA:  "If you unanimously

23    answered yes to any of the above questions, you must

24    find the Defendant guilty."

25         Guilty is circled on the verdict form.

6034

1    "Guilty as charged in Count 7 of the Indictment.

2    If you find the Defendant guilty of Count 7, answer both

3    of the following questions:

4    "Did the Defendant's health care fraud result in

5    serious bodily injury to Patricia G?  Yes.

6    "Did the Defendant's health care fraud result in

7    Patricia G's death?  Yes.

8    "Guilty as charged in Count 8 of the Indictment.

9    If you find the Defendant guilty of Count 8, answer both

10   of the following questions:

11   "Did the Defendant's health care fraud result in

12   serious bodily injury to Eric T?  Yes.

13   "Did the Defendant's health care fraud result in

14   Eric T's death?  Yes.

15   "Guilty as charged in Count 9 of the Indictment.

16   If you find the Defendant guilty of Count 9, answer both

17   of the following questions:

18   "Did the Defendant's health care fraud result in

19   serious bodily injury to Robin G?  Yes.

20   "Did the Defendant's health care fraud result in

21   Robin G's death?  Yes.

22   "Guilty as charged in Count 10 of the Indictment.

23   "Guilty as charged in Count 11 of the Indictment.

24   "Guilty as charged in Count 12 of the Indictment.

25   "Guilty as charged in Count 13 of the Indictment.

6035

1        "Guilty as charged in Count 14 of the Indictment.

2        "Guilty as charged in Count 15 of the Indictment.

3        "Guilty as charged in Count 16 of the Indictment.

4        "Guilty as charged in Count 17 of the Indictment.

5        "Guilty as charged in Count 18 of the Indictment.

6        "Guilty as charged in Count 19 of the Indictment.

7        "Guilty as charged in Count 20 of the Indictment.

8        "Guilty as charged in Count 21 of the Indictment.

9        "Guilty as charged in Count 22 of the Indictment.

10       "Not guilty as charged in Count 23 of the

11   Indictment.

12       "Not guilty as charged in Count 24 of the

13   Indictment.

14       "Guilty as charged in Count 25 of the Indictment.

15       "Guilty as charged in Count 26 of the Indictment.

16       "Guilty as charged in Count 27 of the Indictment.

17       "Guilty as charged in Count 28 of the Indictment.

18       "Guilty as charged in Count 29 of the Indictment.

19       "Guilty as charged in Count 30 of the Indictment.

20       "Guilty as charged in Count 31 of the Indictment.

21       "Guilty as charged in Count 32 of the Indictment.

22       "Guilty as charged in Count 33 of the Indictment.

23       "Guilty as charged in Count 34 of the Indictment."

24       Dated today's date and signed by the foreperson.

25       Juror # 038, was that and is that your verdict?

1    A    Yes.

2              LAW CLERK MS. SILVA:   Juror # 018, was that

3    and is that your verdict?

4    A    Yes.

5              LAW CLERK MS. SILVA:   Juror # 044, was that

6    and is that your verdict?

7    A    Yes.

8              LAW CLERK MS. SILVA:   Juror # 115, was that

9    and is that your verdict?

10   A    Yes.

11             LAW CLERK MS. SILVA:   Juror # 022, was that

12   and is that your verdict?

13   A    Yes.

14             LAW CLERK MS. SILVA:   Juror # 058, was that

15   and is that your verdict?

16   A    Yes.

17             LAW CLERK MS. SILVA:   Juror # 024, was that

18   and is that your verdict?

19   A    Yes.

20             LAW CLERK MS. SILVA:   Juror # 025, was that

21   and is that your verdict?

22   A    Yes.

23             LAW CLERK MS. SILVA:   Juror # 027, was that

24   and is that your verdict?

25   A    Yes.

6037

```
 1            LAW CLERK MS. SILVA:  Juror # 075, was that
 2   and is that your verdict?
 3   A   Yes.
 4            LAW CLERK MS. SILVA:  Juror # 036, was that
 5   and is that your verdict?
 6   A   Yes.
 7            THE COURT:  Counsel have any questions with
 8   respect to the verdict or any objections to the poll of
 9   the jury?
10            MS. TREADWAY:  No, Judge.
11            MR. WILLIAMSON:  No, Your Honor.
12            MR. BYERS:  No, sir.
13            THE COURT:  All right.  Ladies and Gentlemen,
14   thank you.  You may return to your jury room.
15                      (Jury excused from the courtroom
16                      at 2:35 p.m.)
17            THE COURT:  I want to see counsel at the
18   bench, please.  You all may be seated.
19                      (Thereupon, the following
20                      proceedings were had at the
21                      bench by Court and Counsel
22                      outside the hearing of the
23                      jury.)
24            THE COURT:  The way I read Section 3143,
25   unless the Government would not seek that they be
```

6038

1    detained, they have to be detained.

2              MS. TREADWAY:  That's correct, Judge.  It's

3    mandatory.

4              THE COURT:  Unless you don't want it.

5              MS. TREADWAY:  Oh, I want it.

6              THE COURT:  All right.  Now, there's an

7    exception to that.  I want to call your attention to it.

8    In 3145(c).

9         Here's what I've done.  I don't believe that these

10   Defendants pose a danger to the community.  There is a

11   risk of flight.  I've talked to the probation office.

12   In the event you could satisfy Section 3145(c), or

13   whatever it is, I'll consider letting one or both of

14   them continue on a release; but I'm not going to make

15   that decision today.  I think it's something you have to

16   talk to your clients about and certainly talk to the

17   probation office about.  I'm really not very familiar

18   with the way people are monitored here when they're on

19   bond.  That's something that, you know, the magistrates

20   deal with that most of the time.  I'm really not very

21   familiar with that.  So I'm going to order them into

22   custody today.

23        Now, when do you want to do the forfeiture part of

24   this?

25             MS. TREADWAY:  Judge --

6039

 1          MR. WILLIAMSON:  Can we do it at sentencing?

 2          MS. TREADWAY:  That's what I would suggest

 3   that maybe --

 4          THE COURT:  Can we what?

 5          MS. TREADWAY:  Do it the day before

 6   sentencing, something like that.  Because we have to do

 7   it before sentencing so the probation office can get it

 8   into the paperwork.  But I would do it a day or a week

 9   before.

10          MR. WILLIAMSON:  Day before is fine so we

11   don't have to keep coming back and forth.

12          THE COURT:  That was what I was -- I don't

13   want you to have to do that.  All right.  Well,

14   sentencing will be a while, obviously, because of the

15   complexity of this.

16          MR. WILLIAMSON:  How do you want us to get you

17   the 3145 material?

18          THE COURT:  I think you need to file a motion.

19   And I want to tell you that I know you're disappointed.

20   I know your clients are disappointed.  But you've done a

21   hell of a job, all of you.  These are hard cases.  But,

22   however these things turn out, the jury has done what it

23   was there to do because, clearly, not only were they out

24   for, what, seven days, but they went through that

25   verdict form and answered each question and some guilty

1    and some not guilty, which, to me, anyway, shows that

2    they really paid attention.

3         Now, I always let them take their instructions.

4    Some of them have asked if they can have that notebook

5    with that, what, Exhibit 1-A or whatever.  Do you object

6    to them having that?

7              MR. WILLIAMSON:  No.

8              MR. BYERS:  No.

9              MS. TREADWAY:  No, Judge.

10             THE COURT:  All right.  Okay.  Anything before

11   we break?

12             MR. WILLIAMSON:  No, just if we may have a

13   second to tell our clients about the 3145 issue before

14   you order them into custody.

15             THE COURT:  To talk to them?

16             MR. WILLIAMSON:  Just to mention to them

17   what's going to happen.

18             THE COURT:  I'm just going to -- you can just

19   tell them, unless you want me to formally tell them.

20             MR. WILLIAMSON:  I just want to tell them real

21   quick.

22             THE COURT:  You want me to wait out here while

23   you do that?

24             MR. WILLIAMSON:  This will be really quick.

25   We talked about the possibility of them going into

6041

1     custody.  I just want to alert them to that.

2              THE COURT:  Well, I didn't want to make a big

3     issue of that in front of, you know, the people who are

4     here.  They can stay here in the courtroom until

5     everybody leaves so that, you know, there's no -- as a

6     matter of fact, I think what I'll do now is excuse

7     everyone.

8              MR. BYERS:  That would be great.

9              THE COURT:  Would that be all right?

10             MR. BYERS:  Thank you.

11             THE COURT:  And when you're talking to Eugene,

12    tell him he did a good job, too.

13             MR. BYERS:  Thank you.

14             THE COURT:  And tell him congratulations and

15    maybe he'll be back for sentencing and I'll be able to

16    talk to him individually.

17             MR. BYERS:  I would expect so.

18             THE COURT:  Anything further?

19             MR. WILLIAMSON:  No, Your Honor.

20             MS. TREADWAY:  No, Judge.

21             MR. BYERS:  No.

22                      (Thereupon, the following

23                       proceedings continued in the

24                       hearing of the jury.)

25             THE COURT:  All right.  The rest of you are

1  excused.  You may leave.

2                              (Deputy U.S. Marshals and Court

3                              Security Officers clear the

4                              spectator section of the

5                              courtroom.)

6          THE COURT:  All right.  Now, Doctor and

7  Mrs. Schneider, I asked everyone to leave so that you

8  can have a little bit of time to yourselves without

9  everybody in the courtroom.  I'm going to put you in

10 custody because that's what the law requires; but, I've

11 explained to counsel that there is a motion that can be

12 filed that, depending on circumstances that they'll go

13 over with you, you could -- I'm not promising anything

14 by any stretch of the imagination -- be released pending

15 sentence.  That's really a matter that they have to

16 discuss with the Government and with the probation

17 office.

18     Do either of you have any questions?

19          DEFENDANT MR. SCHNEIDER:  Do you have an idea

20 where we will be going?  Will we be going to Sedgwick

21 County?  Butler County?  Harvey County?

22          THE COURT:  The marshals would know that.

23 Mike or --

24          U.S. DEPUTY MARSHAL OBERLY:  We'll have to

25 discuss it with Dave Stevens, the supervisor.

6043

1              DEFENDANT MRS. SCHNEIDER:  Would it be

2    possible that we get permission to be able to write each

3    other because that would have to be a court order?

4              THE COURT:  I have no objection to them

5    writing one another.  And under the circumstances, if

6    they can be placed someplace other than Sedgwick County

7    or someplace --

8              DEFENDANT MRS. SCHNEIDER:  I would like to be

9    in Harvey County because I spent 14 months in Butler and

10   it would be hard to go back there.

11             THE COURT:  Well, Mrs. Schneider, that's up to

12   the Marshals.

13             DEFENDANT MRS. SCHNEIDER:  Okay.

14             THE COURT:  You realize that those places may

15   be full and there won't be any vacancy.

16             DEFENDANT MRS. SCHNEIDER:  I understand.

17             THE COURT:  They'll treat you with dignity.

18   And you may stay here, talk to each other and talk to

19   your lawyers however long you need to.

20             DEFENDANT MR. SCHNEIDER:  Thank you.

21             THE COURT:  Anything else?

22             DEFENDANT MRS. SCHNEIDER:  No.  Thank you,

23   Your Honor.

24             THE COURT:  All right.

25

6044

1                    (Adjourned at 2:45 p.m.)

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1

2                              C E R T I F I C A T E

3

4          I, Cindy L. Schwemmer, United States Court

5     Reporter in and for the District of Kansas, do hereby

6     certify:

7               That the above and foregoing proceedings were

8     taken by me at said time and place in stenotype;

9               That thereafter said proceedings were

10    transcribed under my direction and supervision by means

11    of computer-aided transcription, and that the above

12    and foregoing constitutes a full, true and correct

13    transcript of said proceedings;

14              That I am a disinterested person to the said

15    action.

16              IN WITNESS WHEREOF, I hereto set my hand on

17    this the 4th day of April, 2011.

18

19

20

21                         s/Cindy L. Schwemmer

22                         Cindy L. Schwemmer

23                         United States Court Reporter

24

25