FILED
United States Court of Appeals
Tenth Circuit

October 17, 2011

Elisabeth A. Shumaker
Clerk of Court

# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

v.

STEPHEN J. SCHNEIDER, et al.,

    Defendants - Appellants.

No. 10-3281
(D.C. No. 6:07 CR-10234-MLB-1
and No. 6:07-CR-10234-MLB-2)

## ORDER

This matter is before the court on the "Schneiders' Second Motion to Supplement Record on Appeal." The appellants ask that the record be supplemented to include the morning session of the trial proceedings held on June 4, 2010.

The motion is granted. The clerk of the district court shall forthwith prepare and transmit a supplemental record consisting of the above mentioned item. A copy of the original motion is attached.

                Entered for the Court,

                *Elisabeth A. Shumaker*

                ELISABETH A. SHUMAKER, Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.   10-3281 |
| | ) | |
| Plaintiff-Appellee, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| STEPHEN J. SCHNEIDER and | ) | |
| LINDA K. SCHNEIDER | ) | |
| | ) | Dist. Ct. No. 6:07-CR-10234-MLB |
| Defendants-Appellants. | ) | (Dist. Of Kansas-Wichita) |

THE SCHNEIDERS' SECOND MOTION TO SUPPLEMENT THE
RECORD ON APPEAL

Stephen J. Schneider and Linda K. Schneider, through their respective undersigned counsel, respectfully request that the record on appeal be supplemented to include the morning session of the trial proceedings held on June 4, 2010. As grounds in support, the Schneiders state as follows.

1.  The Schneiders' Transcript Order Form requested a transcript of all trial proceedings. *See* Tenth Circuit Docket Entry 9844496. The court reporter for trial was Cindy Schwemmer. Counsel for Stephen Schneider began reading the trial proceedings conducted on June 4, 2010 (roughly the

1

24th day of trial) earlier today, and discovered that the transcript does not include the morning session of court. The master index of trial witnesses indicates that five defense witnesses testified on June 4th before Carol Carter – whose testimony begins the June 4th transcript now on file – began her testimony. Counsel cannot adequately represent the Schneiders on direct appeal with a complete transcript of the trial proceedings under review.

　　2.　　The Schneiders attempted to confer with counsel for the United States (AUSA Tanya Treadway), but received an automated "out of office" email response explaining that Ms. Treadway would be out of the office until October 18th. Counsel attempted to contact a different attorney for the United States with limited involvement in this case (AUSA James Brown) but was told that Mr. Brown was not in the office.

　　WHEREFORE, the Schneiders respectfully request that the record on appeal be supplemented with the inclusion of the transcript of the morning session of court held on June 4, 2010.

Dated:　　October 14, 2011
　　　　　　Denver, Colorado

Respectfully submitted,

s/Robert Fishman
Of Counsel
Ridley, McGreevy & Winocur, PC
303 16th Street, Suite 200
Denver, CO  80202
(303) 590-8143
bobfishman3@gmail.com

Attorneys for Stephen Schneider


s/ John T. Carlson
JOHN T. CARLSON
Assistant Federal Public Defender (Digital)
633 17th Street, Suite 1000
Denver, Colorado 80202
(303) 294-7002
Email Address:   COX_10ECF@fd.org
                 John_Carlson@fd.org

Attorneys for Linda Schneider

## CERTIFICATE OF DIGITAL SUBMISSION

I hereby certify that with respect to the foregoing THE SCHNEIDERS' SECOND MOTION TO SUPPLEMENT THE RECORD ON APPEAL:

(1) all required privacy redactions have been made;

(2) if required to file additional hard copies, that the ECF submission is an exact copy of those documents;

(3) the ECF submission was scanned for viruses with the most recent version of a commercial virus scanning program (TrendMicro Titanium, updated October 14, 2011) and according to the program, it is free of viruses.

            s/Robert T. Fishman

# CERTIFICATE OF SERVICE

  I hereby certify that on October 14, 2011, I electronically filed the foregoing THE SCHNEIDERS' SECOND MOTION TO SUPPLEMENT THE RECORD ON APPEAL using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

  Richard A. Friedman, AUSA
  Richard.Friedman@usdoj.gov

  Tanya J. Treadway, AUSA
  Tanya.Treadway@usdoj.gov

  John T. Carlson, Federal Public Defender
  John_Carlson@fd.org

and I hereby certify that I have emailed the document to:

  Court Reporter Cindy Schwemmer at
  Cindy_Schwemmer@ksd.uscourts.gov


            s/ Robert T. Fishman