IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Criminal Case No. 07-10234-MLB ) |
| STEPHEN J. SCHNEIDER, and LINDA K. SCHNEIDER, a/k/a LINDA K. ATTERBURY, d/b/a SCHNEIDER MEDICAL CLINIC, | ) ) ) ) ) ) |
| Defendants. | ) ) |
| Ancillary Forfeiture Proceeding: | ) ) |
| Credit Union of American Account No. XXX131, | ) ) ) |
| Parcel of Real Property Located in Delaware County, Oklahoma | ) ) ) ) |

## **<u>PARTIAL FINAL ORDER OF FORFEITURE</u>**

Before the Court is the United States' motion which seeks a final order of forfeiture regarding the two items of property captioned above. The Court finds that:

WHEREAS, on November 22, 2010, this Court entered a Preliminary Order Of Forfeiture regarding the contents of Credit Union of America (CUA) account no. XXX 131;

AND WHEREAS, on August 17, 2011, this Court entered an Order of Forfeiture regarding a parcel of real property located in Delaware County, Oklahoma;

AND WHEREAS, beginning on January 24, 2011, and ending on February 22, 2011, the United States published on an official government internet website, www.forfeiture.gov, notice of this forfeiture and of the United States' intent to dispose of CUA account no. XXX131 in

accordance with the law and further notifying all third parties of their right to petition the Court within thirty days for a hearing to adjudicate the validity of their alleged legal interest in CUA account no. XXX131;

AND WHEREAS, beginning on October 12, 2012 and ending on November 10, 2012, the United States published on an official government internet website, www.forfeiture.gov, notice of this forfeiture and of the intent of the United States to dispose of the property in Delaware County, Oklahoma, in accordance with the law and further notifying all third parties of their right to petition the Court within thirty days for a hearing to adjudicate the validity of their alleged legal interest in the property located in Delaware County, Oklahoma;

AND WHEREAS, direct written notice was provided to those persons known to the United States to possibly have an interest in CUA account no. XXX131 and the property located in Delaware County, Oklahoma;

AND WHEREAS, it appears from the record that no claims or petitions, contested or otherwise, have been filed or asserted for CUA account no. XXX 131 and the property located in Delaware County, Oklahoma, other than the claims of L.E. Atterbury and Ellen Atterbury;

AND WHEREAS the claims of L.E. Atterbury and Ellen Atterbury to CUA account no. XXX131 and the property located in Delaware County, Oklahoma have been resolved with L.E. Atterbury and Ellen Atterbury agreeing to the forfeiture of these two items to the United States, pursuant to the Stipulation For Compromise Settlement, which is filed as an attachment to the United States' motion.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

1. The contents of Credit Union account no. XXX131 in the approximate amount of

$100,956.43 is hereby forfeited to the United States of America pursuant to Title 18, United States Code, Sections 982(a)(1) and (a)(7), Title 21, United States Code, Section 853(a)(1) and Fed. R. Crim. Pro. 32.2 (c)(2).   All claims or petitions by any other person or entity in the real property are hereby extinguished and forever barred, and the United States Marshal is authorized to dispose of said property according to law.

      2.      The property located in Delaware County, Oklahoma, more particularly described as:

All that lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments and easements, described as:   All that part of the Northeast 1/4 Southwest 1/4 of Section 21, Township 24 North, Range 23 East of the Indian Base and Meridian in Delaware County, Oklahoma, being more fully described as follows:   Commencing at the Northwest corner of said Northeast 1/4 Southwest 1/4; thence South 43° 42' East a distance of 57.45 feet; thence South 38° 00' East a distance of 236.7 feet; thence South 02° 30' East a distance of 194.4 feet; thence South 09° 30' West a distance of 160.00 feet; thence South 18° 00' West a distance of 129.7 feet to the point of beginning; thence South 80° 14' East a distance of 131.2 feet; thence South 12° 00' West a distance of 67.30 feet; thence South 25° 16' East a distance of 159.28 feet; thence South 32° 48' West a distance of 202.62 feet; thence South 70° 27' West a distance of 67.9 feet; thence North 21° 10' West a distance of 210.43 feet; thence North 00° 54' West a distance of 227.28 feet; thence North 88° 20' East a distance of 69.80 feet to the point of beginning.   Subject to covenants, easements, and restrictions

is forfeited to the United States of America pursuant to Title 21, United States Code, Sections 853 (n) and (p) and Fed. R. Crim. Pro. 32.2 (c)(2) and (e).   Clear and merchantable title to the above-described real property is hereby vested in the United States.   All claims of whatsoever by any other person or entity in the real property are hereby extinguished and forever barred, and the United States Marshal is authorized to dispose of said property according to law.

      IT IS SO ORDERED THIS _____19th_____ day of ___August____, 2013.

                                   s/Monti Belot_____
                                   HONORABLE MONTI L. BELOT

SENIOR UNITED STATES DISTRICT JUDGE